**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**Case No.: 22-cv-_____**

SAFECO INSURANCE COMPANY OF ILLINOIS and
SAFECO INSURANCE COMPANY OF AMERICA,

                Plaintiffs,

vs.

TIMOTHY KEGEL, DALE ROMANS, and ROMANS
RACING STABLES, INC.,

                Defendants.

_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiffs Safeco Insurance Company of Illinois ("Safeco Illinois") and Safeco Insurance Company of America ("Safeco America"), sue Defendants Timothy Kegel ("Kegel"), Dale Romans ("Romans"), and Romans Racing Stables, Inc. ("Romans Racing"), and allege:

### Nature of Plaintiffs' Claims

1.      This is an action for a declaratory judgment pursuant to 28 U.S.C. § 2201, for the purpose of resolving a real and substantial controversy concerning the parties' legal rights, duties, and relationships with respect to certain insurance policies issued by Safeco Illinois and Safeco America to Romans. The issues involve whether these policies provide coverage to Romans and Romans Racing for a personal injury lawsuit filed against Romans and Romans Racing by Kegel in Broward County, Florida Circuit Court, Case No. CACE-21-010343 Division 02 ("Underlying Suit").

**Parties**

2.      Safeco Illinois is an insurance company incorporated under the laws of the State of Illinois, with its principal place of business in the State of Massachusetts. Safeco Illinois is duly authorized to transact business in Florida.

3.      Safeco America is an insurance company incorporated under the laws of the State of New Hampshire, with its principal place of business in the State of Massachusetts.  Safeco America is duly authorized to transact business in Florida.

4.      Kegel is an adult with capacity to be sued, and is a resident of Broward County, Florida.

5.      Romans is an adult with capacity to be sued, and is a resident of the State of Kentucky.

6.      Romans Racing is a corporation incorporated under the laws of the State of Kentucky, with its principal place of business in the State of Kentucky.

**Jurisdiction and Venue**

7.      This Court has jurisdiction, pursuant to 28 U.S.C. § 1332(a), because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between Safeco Illinois and Safeco America, on the one hand, and Kegel, Romans, and Romans Racing, on the other. Kegel seeks damages in excess of $75,000 in the Underlying Suit, and the limits of the policies issued by Safeco Illinois and Safeco America exceed $75,000.

8.      Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1332(b)(1) because Kegel resides in this judicial district, and a substantial part of the events or omissions giving rise to this claim occurred in this district.

Lapin & Leichtling, LLP, 255 Alhambra Circle, Suite 600, Coral Gables, Florida 33134 (305) 569-4100

### The Various Insurance Policies

### The Safeco Illinois Auto Policy

9.      Safeco Illinois issued an auto policy to named insured Romans with a policy period from July 17, 2020, to July 17, 2021.  A genuine copy of the Safeco Illinois Auto Policy is attached as **Exhibit A** to this Complaint.

10.     The liability coverage of the Safeco Illinois Auto Policy provides that "[Safeco Illinois] will pay damages for **bodily injury** … for which any **insured** becomes legally responsible because of an auto accident."  It also states Safeco Illinois "will settle or defend, as [Safeco Illinois] consider[s] appropriate, any claim or suit asking for these damages."

11.     The Safeco Illinois Auto Policy defines "**[i]nsured**" to mean Romans "for the ownership, maintenance or use of any auto." It also means "[f]or any auto … other than **[Romans']** **covered auto,** any other person or organization but only with respect to legal responsibility for acts or omissions of [Romans] …"  And for these persons or organizations, they are insureds "only if the person or organization does not own or hire the auto…"

12.     "**[Romans'] covered auto**" means, in the Safeco Illinois Auto Policy:

    1.  Any vehicle shown in the Declarations.

    2.  a.  Any newly acquired vehicle …Any newly acquired vehicle must be of the following types:

        (1) a private passenger auto;

        (2) a pickup or van that: …

        (3) a motorhome or **trailer.**

        b.  Any newly acquired vehicle is subject to the following conditions:
        ***

3

3. Any auto or trailer you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

\*\*\*

13.     The Safeco Illinois Auto Policy excludes from liability coverage "[a]ny vehicle, other than **[Romans'] covered auto**, which is … owned by [Romans] … or … furnished or available for [Romans'] regular use."  It also excludes "[a]ny vehicle which … (1) has fewer than four wheels; (2) is designed mainly for use off public roads; (3) is a vehicle not licensed for use on public roads."

14.     The Safeco Illinois Auto Policy also excludes, "[t]o the extent the limits of liability exceed the **minimum limits** required by the Kentucky Motor Vehicle Reparations Act … [a]ny **insured** maintaining or using any vehicle while that **insured** is employed or otherwise engaged in any **business** (other than farming or ranching)."

<u>The Safeco America Personal Umbrella Policy</u>

15.     Safeco America issued a personal umbrella policy to named insured Romans with a policy period from February 24, 2020, to February 24, 2021.  A genuine copy of the Safeco America Personal Umbrella Policy is attached as **Exhibit B** to this Complaint.

16.     The Safeco America Personal Umbrella Policy generally provides that "[Safeco America] will pay the **ultimate net loss** in excess of the **retained limit** that the insured is legally responsible for because of covered **bodily injury** … caused by an occurrence."   It also states that "[w]hen a claim covered by this policy is made against any **insured**, and such claim is not covered by the **insured's underlying insurance** stated in the Declarations or by any other **underlying insurance** available to the insured, [Safeco America] will subject to the **retained limits**, defend any suit against any insured even if it is groundless or fraudulent."

17.     The Safeco America Personal Umbrella Policy includes the following definitions:

4

\*\*\*

1. "**Business**" means:

    a. a trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or
    b. any other activity engaged in for money or other compensation other than reimbursement for expenses incurred to perform the activity.

\*\*\*

8. "**Insured**"

    a. means;

      (1) you;

      (2) any **family member**. …

      (3) any person or organization using or having custody of animals owned by you and with your express or implied permission…

\*\*\*

16. "**Retained limit**" means either:

    a. the limit of liability specified in the Schedule of Underlying Insurance of the Declarations for each underlying policy, plus the limit of any other underlying insurance collectible by the **insured**; or

    b. the amount shown under **retained limit** in the Declarations, as the result of an **occurrence** not covered by underlying policies of insurance.

17. "**Underlying insurance**" means insurance policies providing the **insured** with primary liability coverage meeting or exceeding the required minimum limits.  The types of policies and the required minimum liability limits are listed in the policy Declarations.

\*\*\*

18. The Safeco America Personal Umbrella Policy has exclusions that state "this policy does not apply to any:"

\*\*\*

5. **bodily injury, personal injury or property damage:**

    a. arising out of the ownership, maintenance, use, operation, loading or unloading of:

\*\*\*

    (5) any **recreational vehicle.**
        **Recreational vehicle** means a motorized:

        (a) all-terrain vehicle;

        (b) dune buggy;

        (c) golf cart;

        (d) snowmobile; or

        (e) any other vehicle designed for recreational use off public roads other than described in **5.a.(2)(a)** above.

        (f) Unless with respect to **5.a.(5)(a)** through **5.a.(5)(e)** above, the **recreational vehicle** is covered by **underlying insurance** and:

            I.    Coverage is stated and a premium is charged on the Declaration of this policy; or

            II.    Notice is given to us within forty-five days after acquisition of any newly acquired **recreational vehicle** and an additional premium is charged.

        (g) We will, however, cover **bodily injury** or **property damage** while any insured is operating a borrowed or rented **recreational vehicle**:

            I.    with the express or implied permission of the owner or other person having lawful possession. The actual use must be within the scope of that permission; and

            II.    not furnished or available for the regular use of you or a **family member** or any other person who resides with you.

b.   arising out of:

    (1) any **business** pursuits or **business** property of any **insured**, except for:

        (a) the **business** use of a private passenger automobile or owned watercraft, unless used as a public or livery conveyance.

        \*\*\*

    c.  arising out of the maintenance or use, including loading or unloading, of any non-owned **vehicle** regularly used or available for use by you or any **family member**, if the **vehicle** is not covered by **underlying insurance**.

    \*\*\*

The Safeco America Homeowners Policy

19.    Safeco America issued a homeowners policy to named insured Romans with a policy period from February 24, 2020, to February 24, 2021.  A genuine copy of the Safeco America Homeowners Policy is attached as **Exhibit C** to this Complaint.

20.    The Safeco America Homeowners Policy includes personal liability coverage that generally provides "[i]f a claim is made or suit is brought against any insured for damages because of ***bodily injury*** … caused by an ***occurrence*** to which this coverage applies, [Safeco America] will … pay up to our limit of liability for the damages for which the ***insured*** is legally liable … and … provide a defense at our expense by counsel of our choice even if the allegations are groundless, false or fraudulent."

21.    The Safeco America Homeowners Policy defines ***"Insured"*** to mean:

    (1) you; and

    (2) so long as you remain a resident of the ***residence premises***, the following residents of the ***residence premises***:

        (a)  your relatives;

        (b)  any other person under the age of 24 who is in the care of any person described in (1) or (2)(a) above. …

    Under **Section II – Liability Coverage**, "***insured***" also means:

    (3)  with respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **g.(2)(a)** or **(b)**. ….

    (4)  with respect to any vehicle to which this policy applies:

7

     (a) any person while engaged in your employment or the employment of any person included in g.**(2)(a)** or **(b)**; or

     (b) any other person using the vehicle on an ***insured location*** with any ***insured's*** permission.

\*\*\*

22.    The Safeco America Homeowners Policy contains the following exclusions:

**1.**    **Coverage E – Personal Liability** and **Coverage F – Medical Payments to Others** do not apply to ***bodily injury*** or ***property damage***:

\*\*\*

**c.** arising out of ***business*** pursuits of any ***insured.***
  This exclusion does not apply to:
  (1) activities which are ordinarily incident to non-***business*** pursuits;

\*\*\*

**f.** arising out of the ownership, maintenance, use, loading or unloading of:

\*\*\*

   (2) motorized land vehicles, including any trailers, owned or operated by or rented or loaned to any **insured**.

   This exclusion does not apply to:

   \*\*\*

   (b) a motorized land vehicle designed for recreational use off public roads, not subject to motor vehicle registration, licensing or permits and:

      I.    not owned by any ***insured***; or

\*\*\*

## The Underlying Suit

23.    In the Underlying Suit, Kegel seeks damages for bodily injury he allegedly suffered when he was ejected from a motorized golf cart being operated by Romans while Kegel was a passenger.

24.    Kegel alleges in the Underlying Suit that Romans was an employee of Romans Racing, and was working in the course and scope of his employment at all material times.

8

25.     Kegel further alleges in the Underlying Suit that Romans Racing was the owner of the motorized golf cart.

### Facts About the Golf Cart Involved in the Accident

26.     The golf cart being driven by Romans at the time of the accident was designed mainly for use off public roads, and was not licensed for use on public roads.

27.     The golf cart was furnished or available for Romans' regular use, at the time of the accident at issue in the Underlying Suit.

28.     Based on Safeco Illinois and Safeco America's investigation, the prior owner of the golf cart contends he gave the golf cart to Romans as a gift before the accident.

### Claim for Declaratory Relief

29.     An actual controversy has arisen and now exists between Safeco Illinois and Safeco America, on the one hand, and Romans, Romans Racing, and Kegel, on the other.

30.     Safeco Illinois and Safeco America are defending Romans against the Underlying Suit under a complete reservation of rights to deny coverage, and Safeco Illinois is defending Romans Racing against the Underlying Suit under a complete reservation of rights to deny coverage.

31.     Upon information and belief, Romans, Romans Racing, and Kegel all contend there is coverage for Romans and Romans Racing against the Underlying Suit under one or more of the policies issued by Safeco Illinois and Safeco America.

32.     There is a real and substantial need for Safeco Illinois and Safeco America to get a determination on coverage for Romans and Romans Racing against the Underlying Suit under the Safeco Illinois Auto Policy, the Safeco America Umbrella Policy, and the Safeco America Homeowners Policy.

Lapin & Leichtling, LLP, 255 Alhambra Circle, Suite 600, Coral Gables, Florida 33134 (305) 569-4100

WHEREFORE, Safeco Illinois and Safeco America respectfully request this Court declare that:

(1)   there is no duty to defend or indemnify Romans under the Safeco Illinois Auto Policy with respect to the Underlying Suit;

(2)   there is no duty to defend or indemnify Romans Racing under the Safeco Illinois Auto Policy;

(3)   there is no duty to defend or indemnify Romans under the Safeco America Umbrella Policy;

(4)  there is no duty to defend or indemnify Romans Racing under the Safeco America Umbrella Policy;

(5)  there is no duty to defend or indemnify Romans under the Safeco America Homeowners Policy;

(6) there is no duty to defend or indemnify Romans Racing under the Safeco America Homeowners Policy;

and grant such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

LAPIN & LEICHTLING, LLP
*Attorneys for Plaintiffs*
255 Alhambra Circle
Suite 600
Coral Gables, Florida 33134
Telephone No.:      (305) 569-4100

_____
        s/ Jeffrey S. Lapin
        JEFFREY S. LAPIN (Fla. Bar No.: 993298)
        JLapin@LL-Lawfirm.com
        eservice@LL-Lawfirm.com

**Safeco** Insurance™
A Liberty Mutual Company

OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE     KY   40243-2808

June 11, 2020

Policy Number: ▬1790
24-Hour Claims: 1-800-332-3226
Policy Service: (502) 451-8800
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

DALE ROMANS
1812 PARKRIDGE PKWY
LOUISVILLE KY  40214-5916

Thank you for allowing us to continue serving your insurance needs.

To ensure you are receiving the best coverage and value available, the following changes have been made to your 12-month automobile policy, including those requested by you or your agent or broker.

This change is effective July 17, 2020.   Please place this letter with your insurance policy. Information on coverages and limits can be found on the revised Declarations page, enclosed.

The credit for this change is $2,693.68.   The billing for this amount will be explained on your next billing statement.   A $922.18 payment for the outstanding bill on your account will be deducted on June 24, 2020.

If you have any questions or wish to make any changes to your policy, you can do so by calling your agent at (502) 451-8800.

We appreciate the opportunity to serve you.   Thank you.

Personal Lines Underwriting




0000072DEBDEV6072043917655     6765

**EXHIBIT A**

**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13

**Safeco** Insurance™
A Liberty Mutual Company

**POLICY NUMBER:** ▌▌▌▌1790

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
DALE ROMANS
1812 PARKRIDGE PKWY
LOUISVILLE KY  40214-5916

**POLICY CHANGE**
 **CHANGED EFFECTIVE:**  JULY 17 2020
 **POLICY PERIOD FROM:**  JULY 17 2020
                     **TO:**  JULY 17 2021
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE       KY   40243-2808

**AGENT TELEPHONE:**
(502) 451-8800

| **RATED DRIVERS** | DALE ROMANS, TAMMY FOX, BAILEY ROMANS, JACOB ROMANS |
|---|---|

**2015 HYUNDAI**   EQUUS SIGNATURE/UL 4 DOOR SEDAN          ID# KMHGH4JH2FU095628
LOSS PAYEE        FIRST FINANCIAL BANK ISAOA/ATIMA

**2018 CHEVROLET**  TRAVERSE PREMIER    4 DOOR             ID# 1GNERKKW6JJ129291
LOSS PAYEE        G M FINANCIAL

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2015 HYUN LIMITS | PREMIUMS | 2018 CHEV LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 483.70 | $500,000 Each Occurrence | $  522.80 |
| **PERSONAL INJURY PROTECTION** | | 120.80 | | 155.30 |
| **COMPREHENSIVE** | Actual Cash Value Less $1000 Deductible Full Glass Coverage | 175.80 | Actual Cash Value Less $1000 Deductible Full Glass Coverage | 121.80 |
| **COLLISION** | Actual Cash Value Less $1000 Deductible | 481.50 | Actual Cash Value Less $1000 Deductible | 270.00 |
| **ADDITIONAL COVERAGES:** LOSS OF USE CITY TAX | $35 Per Day/$1050 Max LOUISVILLE URBAN CITY TAX AND COLLECTION FEE | 11.90 131.61 | $35 Per Day/$1050 Max LOUISVILLE URBAN CITY TAX AND COLLECTION FEE | 13.70 65.63 |
| KENTUCKY SURCHG ROADSIDE ASSIST | | 41.20 4.70 | | 20.55 3.20 |
| **ENHANCED COVERAGE LEVEL** | | 110.30 | | 54.60 |
| | | ---------- TOTAL $ 1,561.51 | | ---------- TOTAL $ 1,227.58 |

You may pay your premium in full or in installments.  There is no installment fee for the following billing plans:  Full Pay.  Installment fees for all other billing plans are listed below.  If more than one policy is billed on the installment bill, only the highest fee is charged.  The fee is:
    $2.00 per installment for recurring automatic deduction (EFT)
    $5.00 per installment for recurring credit card or debit card
    $5.00 per installment for all other payment methods

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

**Safeco** Insurance™
A Liberty Mutual Company

**POLICY NUMBER:** ▬1790

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
(CONTINUED)

**NAMED INSURED:**
DALE ROMANS
1812 PARKRIDGE PKWY
LOUISVILLE KY  40214-5916

**POLICY CHANGE**
**CHANGED EFFECTIVE:**  JULY 17 2020
**POLICY PERIOD FROM:**  JULY 17 2020
                    **TO:**  JULY 17 2021
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE     KY    40243-2808

**AGENT TELEPHONE:**
(502) 451-8800

| RATED DRIVERS | DALE ROMANS, TAMMY FOX, BAILEY ROMANS, JACOB ROMANS |
|---|---|

| **2008 VOLKSWAGEN** NEW BEETLE TRIPLE  2 DOOR | ID# 3VWFW31C48M524681 |
|---|---|
| **2017 NISSAN**     MAXIMA 3.5S/3.5SV/ 4 DOOR SEDAN | ID# 1N4AA6AP3HC452878 |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2008 VOLK LIMITS | PREMIUMS | 2017 NISS LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 628.60 | $500,000 Each Occurrence | $  545.00 |
| **PERSONAL INJURY PROTECTION** | | 136.30 | | 216.90 |
| **COMPREHENSIVE** | Actual Cash Value Less $1000 Deductible Full Glass Coverage | 66.70 | Actual Cash Value Less $1000 Deductible Full Glass Coverage | 134.80 |
| **COLLISION** | Actual Cash Value Less $1000 Deductible | 190.30 | Actual Cash Value Less $1000 Deductible | 379.10 |
| **ADDITIONAL COVERAGES:** LOSS OF USE CITY TAX | $35 Per Day/$1050 Max LOUISVILLE URBAN CITY TAX AND COLLECTION FEE | 7.30 62.54 | $35 Per Day/$1050 Max LOUISVILLE URBAN CITY TAX AND COLLECTION FEE | 13.50 78.15 |
| KENTUCKY SURCHG ROADSIDE ASSIST | | 19.58 6.20 | | 24.46 4.80 |
| **ENHANCED COVERAGE LEVEL** | | 52.10 | | 65.00 |
| | TOTAL | $ 1,169.62 | TOTAL | $ 1,461.71 |

|  |  |  |
|---|---|---|
| **UNINSURED MOTORISTS:** BODILY INJURY | | $   382.10 |
| **UNDERINSURED MOTORISTS:** BODILY INJURY | | $   450.40 |
| **ADDITIONAL PIP** | | $    67.60 |
| **TOTAL EACH VEHICLE:** | 2015 HYUN 2018 CHEV 2008 VOLK 2017 NISS | $ 1,561.51 1,227.58 1,169.62 1,461.71 |

**PREMIUM SUMMARY**
VEHICLE COVERAGES

**PREMIUM**
$ 5,420.42

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 9/90
G15

Page 2 of 3

DATE PREPARED:  JUNE 11 2020



**Safeco Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** ▬▬1790

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

```
 DISCOUNTS & SAFECO SAFETY REWARDS          You saved $1,623.80          Included
 POLICY COVERAGES                                                     $   900.10
                                                                     ----------
 TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES ............................ $ 6,320.52
```

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
    $2.00 per installment for recurring automatic deduction (EFT)
    $5.00 per installment for recurring credit card or debit card
    $5.00 per installment for all other payment methods

YOU SAVED $1,623.80 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Account
    Theft Prevention Device
    Low Mileage
    Violation Free
    Coverage
    Homeowners
    Multi-Car
    Preferred Payment Method


YOUR POLICY INCLUDES UNINSURED MOTORISTS BODILY INJURY COVERAGE
WITH LIMITS OF $500,000 PER ACCIDENT. WE CHARGE ONE PREMIUM FOR
THIS COVERAGE REGARDLESS OF THE NUMBER OF VEHICLES ON YOUR
POLICY.  YOUR PREMIUM IS $382.10.

YOUR POLICY INCLUDES UNDERINSURED MOTORISTS: BODILY INJURY
COVERAGE WITH LIMITS OF $500,000 PER ACCIDENT. WE CHARGE ONE
PREMIUM FOR THIS COVERAGE REGARDLESS OF THE NUMBER OF VEHICLES ON
YOUR POLICY.  YOUR PREMIUM IS $450.40.

YOUR POLICY INCLUDES ADDITIONAL PERSONAL INJURY PROTECTION
COVERAGE WITH OPTION 4 LIMITS. WE CHARGE ONE PREMIUM FOR THIS
COVERAGE REGARDLESS OF THE NUMBER OF VEHICLES ON YOUR POLICY.
YOUR PREMIUM IS $67.60.

**Safeco** Insurance™
A Liberty Mutual Company

OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE    KY   40243-2808

April 28, 2020

Policy Number:  ████1790
24-Hour Claims: 1-800-332-3226
Policy Service:  (502) 451-8800
Online Account Services:  www.safeco.com

DALE ROMANS
1812 PARKRIDGE PKWY
LOUISVILLE KY  40214-5916

**THIS IS NOT A BILL.**
**IDENTIFICATION CARDS ENCLOSED**

Thank you for allowing Safeco to continue serving your auto insurance needs.   We appreciate your business and the trust that you have placed in us.

Please place the enclosed insurance identification cards in the vehicle listed on the card.

Your new 12-month policy period will begin on July 17, 2020.   Your policy will renew automatically if you continue to pay the premium.   The renewal premium is:

$8,092.27 if you pay in full or use the 2-pay billing plan (includes a $921.93 billing plan discount)

$9,014.20 if you use the monthly or 4-pay billing plan

This is not a bill.   Your bill will be sent separately about 25 days before it is due.   It will provide more information about amounts you may pay and your payment due date.   For more information about fees, please see the enclosed policy declarations page and the back of your billing statement.

The bill may reflect full or installment payment options and your payment will be due on the policy renewal date July 17, 2020.   The total amount you pay may differ from the amounts above based on the fees associated with your chosen billing plan.

If you have any questions or wish to make any changes to your policy, you can do so by calling your independent Safeco agent at (502) 451-8800.

PLEASE SEE REVERSE
**SAFECO INSURANCE COMPANY OF ILLINOIS**

OC-429/EP 10/13


6768  0000072DEBDEV607204391768

Thank you for entrusting us with your insurance needs.

Tyler Asher
President, Safeco Insurance



**Safeco Insurance™**
A Liberty Mutual Company

## CUSTOMER ACCOUNT SUMMARY                                 APRIL 28, 2020

**AGENT:**                                    **CUSTOMER:**
OLD KENTUCKY INSURANCE INC                    DALE ROMANS
915 LILY CREEK RD                             1812 PARKRIDGE PKWY
LOUISVILLE    KY   40243-2808                 LOUISVILLE KY  40214-5916

(502) 451-8800                                **Account Number:**
                                              ▆▆▆3497
OKI@OLDKYINS.COM

| **QUESTIONS?** | **Policy Services:** | **Online Account Services:** | **24-Hour Claims:** |
|---|---|---|---|
| | (502) 451-8800 | www.safeco.com/myaccount | 1-800-332-3226 |

Thank you for being a valued customer.

At Safeco, we partner with your agent to provide you with a broad portfolio of products, responsive customer service and options that are simple and convenient.   Your Safeco Package is a comprehensive combination of convenience, savings and protection.   And it's our priority to protect the things and people that matter most to you.

Enclosed are important documents about your policy renewal.   If you have questions regarding your coverage or other products offered by Safeco, please contact your agent.

We appreciate your business and the trust you place in us to meet your insurance needs.

**YOUR POLICY DETAILS:**

| Policy | Policy Number | Policy is Effective From | To | Term Premium |
|---|---|---|---|---|
| AUTOMOBILE | ▆▆▆1790 | 07/17/2020 | 07/17/2021 | $9,014.20 |

   If you pay in full or use the 2-pay plan                        $8,092.27
   Discounts applied to this policy:   Account, Theft Prevention Device, Low Mileage, Violation Free,
   Coverage, Homeowners, Multi-Car, Preferred Payment Method
   Issued by:  Safeco Insurance Company of Illinois

| AUTOMOBILE | ▆▆▆4185 | 02/24/2020 | 02/24/2021 | $602.18 |
|---|---|---|---|---|

   Discounts applied to this policy:   Account, Advance Quoting, Low Mileage, Violation Free,
   Coverage, Homeowners, Multi-Car, Preferred Payment Method
   Issued by:  Safeco Insurance Company of Illinois

| UMBRELLA | ▆▆▆3622 | 02/24/2020 | 02/24/2021 | $960.42 |
|---|---|---|---|---|

   Discounts applied to this policy:   No discounts applied
   Issued by:  Safeco Insurance Company of America

**THIS IS NOT A BILL.** Please do not send payment now. You will be receiving a separate invoice statement(s) based on the payment schedule you selected. Thank you for selecting us to service your insurance needs.

OC-726/EPA 4/09
G1



## KENTUCKY POLICY COVER SHEET

### KENTUCKY PERSONAL AUTO POLICY

**Your policy is a legal contract between you and us. PLEASE READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company. **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

**MAJOR PROVISIONS OF THE POLICY**

Persons and cars insured and the coverages and limits purchased are shown on the Declarations.

The policy is divided into five Coverage Parts:

Liability
Personal Injury Protection
Medical Payments
Uninsured Motorists
Comprehensive and Collision

The first page of the contract lists the **Definitions** which will apply throughout the policy. In addition, each Part has a **Definition** section which applies only to that Part.

The following sections are included under each of the Coverage Parts:

**1.** **Insuring Agreement** which explains what coverages we will provide.

**2.** **Exclusions** which list the reasons or circumstances when we will not provide coverage.

**3.** **Limits of Liability** section explains how the limits for each coverage are determined.

Your duties and responsibilities after an accident or loss are listed under **Part E — Duties After an Accident or Loss. General Provisions** explain certain conditions which apply to the policy which include but are not limited to:

How changes by either you or us are applied
Information regarding legal action against us
Our right to recover payment from others
Provisions governing cancellation or nonrenewal
Territory, Policy Period and Billing Cycle
Transfer of your interest in this policy

The final section of the policy provides the most common Optional Coverages available. If you have any questions about these coverages, please contact your agent.

Amendatory endorsements may be attached to your policy to modify these provisions or provide you with additional coverage(s).

**Information about your Policy**

Policy Number: ███1790

DALE ROMANS
1812 PARKRIDGE PKWY
LOUISVILLE KY  40214-5916

Like many insurance companies, Safeco Insurance considers many factors, including information based on your credit history, claims and auto characteristics to determine your premium. You have the option to request that we re-evaluate your auto insurance rate with up-to-date factors using the same factors prior to your next renewal effective date. Policy re-evaluation is limited to one request per calendar year and it may result in a quoted premium either higher or lower than your current premium. Any changes will be applied upon re-evaluation.

To submit a request, return this form to:

Safeco Insurance
Attn: UW Verification & Policy Support
P.O. Box 515097
Los Angeles, CA 90051-5097

or

Fax it to (877) 344-5107.

By returning this form, you request Safeco Insurance to re-evaluate your policy based on your current credit information.

0000072DEBDEV60720439177I
6771

CN-7403/EP 11/15

# IMPORTANT NOTICE —
## EXTRAORDINARY LIFE CIRCUMSTANCES

We use information from your credit history in underwriting or pricing your insurance policy. If your credit information has been adversely impacted by an extraordinary life circumstance, you may request in writing that we consider this when using your credit information. These extraordinary life circumstances include:

- A catastrophic event, as declared by the Federal or State Government;

- A serious illness or injury or serious illness or injury to an immediate family member;

- Divorce or involuntary interruption of legally-owed alimony or support payments;

- The death of a spouse, child or parent;

- The involuntary loss of employment for more than three consecutive months;

- Identity theft;

- Military deployment overseas; or

- Any other circumstance we may choose to recognize.

You must submit this request to us not more than 60 days after the date of your application for insurance or your policy's renewal. We may require you to provide reasonable documentation of this circumstance and explain how it has negatively affected your credit history. If you would like to contact us, please provide your name and policy number: Safeco Imaging Center, PO Box 515097, Los Angeles, CA 90051-5097 or via fax at 877-344-5107.

CN-0604/EP 10/11

## NOTICE OF AVAILABILITY OF ADDITIONAL AUTO INSURANCE COVERAGES

Kentucky law requires that we let you know additional Uninsured Motorists Coverage, Underinsured Motorists Coverage and Personal Injury Protection Coverage are available.

Your Uninsured Motorists Coverage pays for damages such as medical bills, death benefits and loss of wages caused by an accident with a driver who has no insurance or by an unknown hit-and-run driver. Uninsured Motorists Coverage is available on a per person/per accident basis up to the bodily injury liability limits of your policy as shown in the Policy Declarations enclosed with this renewal.

Your Underinsured Motorists Coverage pays for damages such as medical bills, death benefits and loss of wages caused by an accident with a driver who has insurance, but not enough to pay for those losses. Underinsured Motorists Coverage is available on a per person/per accident basis up to the bodily injury liability limits of your policy as shown in the Policy Declarations enclosed with this renewal.

Please note the following:

- You may reject Uninsured Motorists Coverage and/or Underinsured Motorists Coverage completely.

- You may purchase Uninsured Motorists Coverage and/or Underinsured Motorists Coverage at various limits up to your bodily injury liability limits.

- *If you purchase both Uninsured Motorists Coverage and Underinsured Motorists Coverage, you must purchase the same amount of coverage for both.*

- The limits purchased for Uninsured Motorists Coverage and Underinsured Motorists Coverage applies on a per policy basis. Only one limit applies to each coverage regardless of the number of vehicles insured under the policy.

Personal injury protection benefits include reimbursement for medical expenses, replacement services loss, survivor s economic loss, survivor s replacement services loss, work loss and funeral expenses. These are payable under the policy whether or not you are responsible for the accident. The persons eligible for the benefits include those who would ordinarily be covered for medical payments coverage which should include you, your family members and passengers of the insured auto. Limits available over and above the basic limits are listed below. These limits are available only on a per policy basis.

**Please Consult Your Agent**

If you have any questions concerning these coverages or their costs or you would like to purchase higher limits than you currently have, please contact your agent at the number shown on the enclosed Policy Declarations page.

SA-2361/KYEP 10/19



## Consumer Privacy Statement

Safeco appreciates the trust you place in us when you purchase insurance from one of our companies. We are committed to protecting your nonpublic personal information ("personal information") and we value you as a customer.

To learn more about how Safeco collects and uses your personal information, please read the following notice.

### Safeco's sources of information about you

We collect personal information about you from different sources, including:

- The information you provide on applications or other forms (such as your name, address and Social Security number);
- Your transactions with us, our affiliates or others (such as your payment history and claims information);
- The information we receive from a consumer reporting agency or insurance support organization (such as your credit history, driving record or claims history); and
- Your independent insurance producer (such as updated information pertaining to your account).

### Safeco's use of your personal information

We only disclose personal information about our customers and former customers as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. These third parties may include independent insurance producers authorized to sell Safeco insurance products, independent contractors (such as automobile repair facilities and property inspectors), independent claims representatives, insurance support organizations, other insurers, auditors, attorneys, courts and government agencies. We may also disclose your personal information to other financial institutions with whom we have joint marketing agreements. When we disclose your information to these individuals or organizations, we require them to use it only for the reasons we gave it to them.

We may also share information about our transactions (such as payment history and products purchased) and experiences with you (such as claims made) within our Safeco family of companies.

Safeco does not sell your personal information to others and we do not provide your information to third parties for their own marketing purposes.

### Independent Safeco Insurance Agents

The independent insurance agents authorized to sell Safeco products are not Safeco employees and not subject to Safeco's Privacy Policy. Because they have a unique business relationship with you, they may have additional personal information about you that Safeco does not have. They may use this information differently than Safeco. Contact your Safeco distributor to learn more about their privacy practices.

### Information about Safeco's web site

If you have internet access and want more information about our web site specific privacy and security practices, click on the Privacy Policy link on www.safeco.com.

**Protecting your personal information from unauthorized access**

We maintain physical, electronic and procedural safeguards to protect your personal information. Our employees are authorized to access customer information only for legitimate business purposes.

**State Privacy Laws**

This privacy statement may be supplemented by privacy laws in your state. We will protect your information in accordance with state law.

**This Privacy Statement applies to the following members of the Safeco family of companies:**

**American Economy Insurance Company**
**American States Insurance Company**
**American States Insurance Company of Texas**
**American States Lloyds Insurance Company**
**American States Preferred Insurance Company**
**First National Insurance Company of America**
**General Insurance Company of America**
**Insurance Company of Illinois**
**Liberty County Mutual Insurance Company**
**Safeco Insurance Company of America**
**Safeco Insurance Company of Illinois**
**Safeco Insurance Company of Indiana**
**Safeco Insurance Company of Oregon**
**Safeco Lloyds Insurance Company**
**Safeco National Insurance Company**
**Safeco Surplus Lines Insurance Company**




© 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group. All Rights Reserved.

**Safeco** Insurance™
A Liberty Mutual Company

**POLICY NUMBER:** �merged1790

# SAFECO INSURANCE COMPANY OF ILLINOIS
# AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
DALE ROMANS
1812 PARKRIDGE PKWY
LOUISVILLE KY 40214-5916

**RENEWAL**

**POLICY PERIOD FROM:** JULY 17 2020
**TO:** JULY 17 2021

at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE       KY    40243-2808

**AGENT TELEPHONE:**
(502) 451-8800

| RATED DRIVERS | DALE ROMANS, TAMMY FOX, BAILEY ROMANS, JACOB ROMANS |
|---|---|

| | | |
|---|---|---|
| **2015 HYUNDAI**<br>LOSS PAYEE | EQUUS SIGNATURE/UL 4 DOOR SEDAN<br>FIRST FINANCIAL BANK ISAOA/ATIMA | ID# KMHGH4JH2FU095628 |
| **2018 CHEVROLET**<br>LOSS PAYEE | TRAVERSE PREMIER 4 DOOR<br>G M FINANCIAL | ID# 1GNERKKW6JJ129291 |

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2015 HYUN LIMITS | PREMIUMS | 2018 CHEV LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:**<br>  BODILY INJURY &<br>  PROPERTY DAMAGE<br>  LIABILITY | $500,000<br>Each Occurrence | $ 666.10 | $500,000<br>Each Occurrence | $ 714.30 |
| **PERSONAL INJURY<br>PROTECTION** | | 110.50 | | 142.00 |
| **COMPREHENSIVE** | Actual Cash Value<br>Less $1000 Deductible<br>Full Glass Coverage | 203.40 | Actual Cash Value<br>Less $1000 Deductible<br>Full Glass Coverage | 140.80 |
| **COLLISION** | Actual Cash Value<br>Less $1000 Deductible | 688.90 | Actual Cash Value<br>Less $1000 Deductible | 386.30 |
| **ADDITIONAL COVERAGES:**<br>  LOSS OF USE<br>  CITY TAX | $35 Per Day/$1050 Max<br>LOUISVILLE URBAN<br>CITY TAX AND<br>COLLECTION FEE | 17.00<br>214.15 | $35 Per Day/$1050 Max<br>LOUISVILLE URBAN<br>CITY TAX AND<br>COLLECTION FEE | 19.50<br>84.90 |
|   KENTUCKY SURCHG<br>  ROADSIDE ASSIST | | 67.04<br>4.70 | | 26.58<br>3.20 |
| **ENHANCED COVERAGE LEVEL** | | 179.80 | | 70.50 |
| | | TOTAL $ 2,151.59 | | TOTAL $ 1,588.08 |

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
   $2.00 per installment for recurring automatic deduction (EFT)
   $5.00 per installment for recurring credit card or debit card
   $5.00 per installment for all other payment methods

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 9/90
G15

Page 1 of 3

DATE PREPARED:  APR. 28 2020








**Safeco** Insurance.™
A Liberty Mutual Company

**POLICY NUMBER:** ▆▆▆1790

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

**NAMED INSURED:**
DALE ROMANS
1812 PARKRIDGE PKWY
LOUISVILLE KY  40214-5916

**RENEWAL**

**POLICY PERIOD FROM:**  JULY 17 2020
                    **TO:**  JULY 17 2021

at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE      KY    40243-2808

**AGENT TELEPHONE:**
(502) 451-8800

---

**RATED DRIVERS**    DALE ROMANS, TAMMY FOX, BAILEY ROMANS, JACOB ROMANS

**2008 VOLKSWAGEN** NEW BEETLE TRIPLE  2 DOOR         ID# 3VWFW31C48M524681

**2017 NISSAN**      MAXIMA 3.5S/3.5SV/ 4 DOOR SEDAN     ID# 1N4AA6AP3HC452878

**Insurance is afforded only for the coverages for which limits of liability or premium charges are indicated.**

| COVERAGES | 2008 VOLK LIMITS | PREMIUMS | 2017 NISS LIMITS | PREMIUMS |
|---|---|---|---|---|
| **COMBINED SINGLE LIMIT:** BODILY INJURY & PROPERTY DAMAGE LIABILITY | $500,000 Each Occurrence | $ 866.50 | $500,000 Each Occurrence | $ 750.60 |
| **PERSONAL INJURY PROTECTION** | | 124.70 | | 198.30 |
| **COMPREHENSIVE** | Actual Cash Value Less $1000 Deductible Full Glass Coverage | 76.90 | Actual Cash Value Less $1000 Deductible Full Glass Coverage | 156.00 |
| **COLLISION** | Actual Cash Value Less $1000 Deductible | 272.30 | Actual Cash Value Less $1000 Deductible | 542.30 |
| **ADDITIONAL COVERAGES:** LOSS OF USE CITY TAX | $35 Per Day/$1050 Max LOUISVILLE URBAN CITY TAX AND COLLECTION FEE | 10.40 81.96 | $35 Per Day/$1050 Max LOUISVILLE URBAN CITY TAX AND COLLECTION FEE | 19.30 100.92 |
| KENTUCKY SURCHG ROADSIDE ASSIST | | 25.66 6.20 | | 31.59 4.80 |
| **ENHANCED COVERAGE LEVEL** | | 68.30 | | 83.90 |
| | | ---------- | | ---------- |
| | TOTAL | $ 1,532.92 | TOTAL | $ 1,887.71 |

UNINSURED MOTORISTS:
    BODILY INJURY                                    $   822.50
UNDERINSURED MOTORISTS:
    BODILY INJURY                                    $   969.60
ADDITIONAL PIP                                       $    61.80
TOTAL EACH VEHICLE:      2015 HYUN    $ 2,151.59
                        2018 CHEV      1,588.08
                        2008 VOLK      1,532.92
                        2017 NISS      1,887.71

**PREMIUM SUMMARY**                                        **PREMIUM**
VEHICLE COVERAGES                                      $ 7,160.30

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051

SA-1697/EP 9/90
G15

Page 2 of 3

DATE PREPARED:  APR. 28 2020

**Safeco Insurance**™
A Liberty Mutual Company

**POLICY NUMBER:** ▮1790

## SAFECO INSURANCE COMPANY OF ILLINOIS
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

```
 DISCOUNTS & SAFECO SAFETY REWARDS        You saved $2,277.40         Included
 POLICY COVERAGES                                                   $ 1,853.90
                                                                   -----------
TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES ................................ $ 9,014.20

IF YOU PAY IN FULL OR USE THE 2-PAY PLAN THE PREMIUM WILL BE REDUCED TO  $ 8,092.27*
  *This includes the available $921.93 billing plan discount.

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
  $2.00 per installment for recurring automatic deduction (EFT)
  $5.00 per installment for recurring credit card or debit card
  $5.00 per installment for all other payment methods

YOU SAVED $2,277.40 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
    Account
    Theft Prevention Device
    Low Mileage
    Violation Free
    Coverage
    Homeowners
    Multi-Car
    Preferred Payment Method


YOUR POLICY INCLUDES UNINSURED MOTORISTS BODILY INJURY COVERAGE
WITH LIMITS OF $500,000 PER ACCIDENT. WE CHARGE ONE PREMIUM FOR
THIS COVERAGE REGARDLESS OF THE NUMBER OF VEHICLES ON YOUR
POLICY.  YOUR PREMIUM IS $822.50.

YOUR POLICY INCLUDES UNDERINSURED MOTORISTS: BODILY INJURY
COVERAGE WITH LIMITS OF $500,000 PER ACCIDENT. WE CHARGE ONE
PREMIUM FOR THIS COVERAGE REGARDLESS OF THE NUMBER OF VEHICLES ON
YOUR POLICY.  YOUR PREMIUM IS $969.60.

YOUR POLICY INCLUDES ADDITIONAL PERSONAL INJURY PROTECTION
COVERAGE WITH OPTION 4 LIMITS. WE CHARGE ONE PREMIUM FOR THIS
COVERAGE REGARDLESS OF THE NUMBER OF VEHICLES ON YOUR POLICY.
YOUR PREMIUM IS $61.80.
```

## AMENDATORY ENDORSEMENT — KENTUCKY

It is agreed that the policy is amended as follows:

**DEFINITIONS**

Definition **D.** is replaced by the following:

Throughout the policy "**minimum limits**" refers to the following limits of liability required by Kentucky law to be provided under a policy of automobile liability insurance:

1.  $25,000 for each person, subject to $50,000 for each accident, with respect to **bodily injury**;

2.  $15,000 for each accident with respect to **property damage**; or

3.  If Combined Single Limit applies to the policy, $65,000 per accident.






SA-3057/KYEP 1/18

## ANTI-THEFT DISCOUNT OPTIONS

We are pleased that you selected us to provide your vehicle insurance. You will find our service, coverage and rates to be among the best in Kentucky.

You should be aware Safeco offers a discount on comprehensive coverage for anti-theft devices. The amount of the discount varies from 5% to 20% and is determined by the type of anti-theft equipment on the vehicle. If you feel your vehicle qualifies contact your agent who has the forms necessary to apply for the credit.

SA-1509/KYEP 1/16






## ANTI-THEFT DISCOUNT OPTIONS

We are pleased that you selected us to provide your automobile insurance. You will find our service, coverage and rates to be among the best in Kentucky.

You should be aware SAFECO offers a discount on comprehensive coverage for auto-theft devices. The amount of the discount varies from 5% to 20% and is determined by the type of anti-theft equipment on the vehicle. If you feel your vehicle qualifies contact your agent who has the forms necessary to apply for the credit.

SA-1509/KYEP 4/87
G2







## SAFECO ENHANCED™ COVERAGE LEVEL

Congratulations! You have purchased one of our finest auto coverage levels available — the Safeco Enhanced coverage level. With Safeco Enhanced, you receive more coverage, higher limits and better benefits than with our basic policy.

Below are just <u>some</u> of the great features and benefits you receive with Safeco Enhanced. Safeco's Enhanced coverage level provides you even more benefits and coverage that are not listed here. Read the policy and endorsement in this packet to learn more about the coverages and benefits you're receiving.

| <u>Features</u> | <u>Benefits</u> |
|---|---|
| **Accident Forgiveness** | After six consecutive years of clean driving with Safeco where none of the insured drivers 18 or older have an at-fault accident or violation, your premium will not increase if you have an at-fault accident. This benefit applies to any driver 18 years or older. |
| **Auto Theft Transportation** | If your vehicle is stolen, we pay up to $25 a day to a maximum benefit of $750 to cover your transportation expenses. |
| **Audio/Visual Equipment** | We cover audio/visual equipment such as a stereo or DVD player permanently installed by the manufacturer or manufacturers' dealership. We will pay up to $1,000 if the equipment was installed by someone else. |
| **Customized Equipment** | We provide up to $1,000 for permanently installed customized equipment such as new wheel rims. |
| **Loss of Earnings** | We will pay you up to $250 a day if you have to miss work in order to attend a trial or a court hearing at our request. |
| **Bail Bonds** | We will pay up to $1,000 for the cost of a bail bond required due to an accident. |

If you have any questions about your policy, please feel free to contact your independent Safeco agent.

*No coverage is provided by this summary. If there is any conflict between the policy and this summary, the provisions of the policy, including any endorsements, shall prevail.*

SA-2912/EP 10/18

## ENHANCED LEVEL ENDORSEMENT

It is agreed that the Essential Personal Auto Policy is amended as follows:

**PART A — LIABILITY COVERAGE**

If the Declarations indicates that Part A — Liability Coverage applies, then the following applies:

**SUPPLEMENTARY PAYMENTS**

Item **1.** is amended to increase the $250 to $1,000.

Item **3.** is amended to increase the $200 a day to $250 a day.

---

**PART D — COVERAGE FOR DAMAGE TO YOUR AUTO**

The following items apply in the event of a covered **collision** or **comprehensive** loss:

**TRANSPORTATION EXPENSES**

**B.1.** is replaced by the following:

    **1.**    Up to $25 per day, to a maximum of $750; or

**EXCLUSIONS**

Exclusion **7.** is amended by increasing the $500 to $1,000.

Exclusion **19.** is amended by increasing the $500 to $1,000.



SA-2891/EP 12/13

## KENTUCKY POLICY COVER SHEET

## KENTUCKY ESSENTIAL PERSONAL AUTO POLICY

The attached policy is a legal contract between you and us. **PLEASE READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company. **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

## MAJOR PROVISIONS OF THE POLICY

Persons and cars insured and the coverages and limits purchased are shown on the Declarations.

The policy is divided into five Coverage Parts:

Liability
Personal Injury Protection
Medical Payments
Uninsured Motorists
Comprehensive and Collision

The first page of the contract lists the **Definitions** which will apply throughout the policy. In addition, each Part has a **Definition** section which applies only to that Part.

The following sections are included under each of the Coverage Parts:

1. **Insuring Agreement** which explains what coverages we will provide.

2. **Exclusions** which list the reasons or circumstances when we will not provide coverage.

3. **Limits of Liability** section explains how the limits for each coverage are determined.

Your duties and responsibilities after an accident or loss are listed under **Part E — Duties After an Accident or Loss**. **General Provisions** explain certain conditions which apply to the policy which include but are not limited to:

How changes by either you or us are applied
Information regarding legal action against us
Our right to recover payment from others
Provisions governing cancellation or nonrenewal
Territory, Policy Period and Billing Cycle
Transfer of your interest in this policy

The final section of the policy provides the most common Optional Coverages available. If you have any questions about these coverages, please contact your agent.

SA-2890/KYEP 1/18








# KENTUCKY ESSENTIAL PERSONAL AUTO POLICY

**SAFECO INSURANCE COMPANY OF ILLINOIS**
Home Office: 27201 Bella Vista Parkway, Suite 130, Warrenville, Illinois 60555

(A stock insurance company.)

## READY REFERENCE TO YOUR AUTO POLICY



|  | Beginning On Page |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |
| **PART A — LIABILITY COVERAGE** | 3 |
| Insuring Agreement | |
| Supplementary Payments | |
| Exclusions | |
| Limit of Liability | |
| Out of State Coverage | |
| Financial Responsibility | |
| Other Insurance | |
| **PERSONAL INJURY PROTECTION COVERAGE** | 8 |
| Insuring Agreement | |
| Definitions | |
| Exclusions | |
| Limits of Liability | |
| Conditions | |
| Section II | |
| Section III | |
| **PART B — MEDICAL PAYMENTS COVERAGE** | 13 |
| Insuring Agreement | |
| Exclusions | |
| Limit of Liability | |
| Other Insurance | |
| **PART C — UNINSURED MOTORISTS COVERAGE** | 15 |
| Insuring Agreement | |
| Exclusions | |
| Limit of Liability | |
| Other Insurance | |
| **PART D — COVERAGE FOR DAMAGE TO YOUR AUTO** | 18 |
| Insuring Agreement | |
| Deductibles | |
| Transportation Expenses | |
| Full Safety Glass Coverage | |
| Exclusions | |
| Limit of Liability | |
| Payment of Loss | |
| No Benefit to Bailee | |
| Other Sources of Recovery | |

SA-2890/KYEP 1/18

**PART E — DUTIES AFTER AN ACCIDENT OR LOSS**                                23

**PART F — GENERAL PROVISIONS**                                             24
    Policy Period and Territory
    Changes
    Termination
    Two or More Autos Insured; Two or More Auto Policies

**ADDITIONAL COVERAGES**                                                    28
    Additional Personal Injury Protection Coverage
    Underinsured Motorists Coverage
    Roadside Assistance Coverage
    Loss of Use Coverage
    Uninsured Motorists Bodily Injury
    Underinsured Motorists Bodily Injury

COPY

6782X

# AGREEMENT

In return for your payment of all premiums, and in reliance upon the statements in the application we agree to insure you subject to the terms, conditions and limitations of this policy. We will insure you for the coverages and limits shown on the Declarations. Your policy consists of the policy contract, Declarations and endorsements applicable to the policy.

# DEFINITIONS

**A.** Throughout this policy, "you" and "your" refer to:

    **1.** The "named insured" shown in the Declarations;

    **2.** The spouse if a resident of the same household;

    **3.** The civil partner, if a resident of the same household, by civil union licensed and certified by the state; or

    **4.** The **domestic partner**, if a resident of the same household;

        "**Domestic partner**" means a person living as a continuing partner with you and:

        **a.** is at least 18 years of age and competent to contract;

        **b.** is not a relative; and

        **c.** shares with you the responsibility for each other's welfare, evidence of which includes:

            **(1)** the sharing in domestic responsibilities for the maintenance of the household; or

            **(2)** having joint financial obligations, resources, or assets; or

            **(3)** one with whom you have made a declaration of domestic partnership or similar declaration with an employer or government entity.

        **Domestic partner** does not include more than one person, a roommate whether sharing expenses equally or not, or one who pays rent to the named insured.

**B.** "We", "us" and "our" refer to the Company, as shown on the Declarations providing this insurance.

**C.** For purposes of this policy, a private passenger type auto shall be deemed to be owned by a person if leased:

    **1.** Under a written agreement to that person; and

    **2.** For a continuous period of at least six months.

**D.** Throughout the policy, "**minimum limits**" refers to the following limits of liability required by Kentucky law to be provided under a policy of automobile liability insurance:

    **1.** $25,000 for each person, subject to $50,000 for each accident, with respect to **bodily injury**; or

    **2.** $25,000 for each accident with respect to **property damage**.

Other words and phrases are defined. They are in bold type when used.

**E.** "**Bodily injury**" means bodily harm, sickness or disease, including death that results.

**F.** "**Business**" includes trade, profession or occupation.

**G.** "**Family member**" means a person related to you by blood, marriage, civil union, domestic partnership or adoption who is a resident of your household. This includes a ward or foster child who is a resident of your household.

**H.** "**Fungi**" means any type or form of fungus, including yeast, mold or mildew, blight or mushroom and any mycotoxins, spore, scents or other substances, products or byproducts produced, released by or arising out of **fungi**, including growth, proliferation or spread of **fungi** or the current or past presence of **fungi**. However, this definition does not include any **fungi** intended by the **insured** for consumption.

**I.** "**Occupying**" means in; upon; or getting in, on, out or off.

**J.**   "**Property damage**" means physical injury or destruction of tangible property including loss of use.

**K.**   "**Punitive or exemplary damages**" include damages which are awarded to punish or deter wrongful conduct, to set an example, to fine, penalize or impose a statutory penalty, and damages which are awarded for any purpose other than as compensatory damages for **bodily injury** or **property damage**.

**L.**   "**Trailer**" means a vehicle designed to be pulled by a:

**1.**   Private passenger auto; or

**2.**   Pickup, van or motorhome.

It also means a recreational camping vehicle, a farm wagon or farm implement while towed by a vehicle listed in **L.1.** or **L.2.** above.

**M.**   "**Your covered auto**" means:

**1.**   Any vehicle shown in the Declarations.

**2.**   **a.**   Any newly acquired vehicle, whether operational or not, on the date you become the owner, subject to conditions for **Newly Acquired Replacement Vehicle** and **Newly Acquired Additional Vehicle** under **M.2.b.** below. Any newly acquired vehicle must be of the following types:

**(1)**   a private passenger auto;

**(2)**   a pickup or van that:

**(a)**   has a Gross Vehicle Weight Rating of 12,000 lbs or less; and

**(b)**   is not used for the delivery or transportation of goods and materials unless such use is:

**i.**   incidental to your **business** of installing, maintaining or repairing furnishings or equipment; or

**ii.**   for farming or ranching; or

**(3)**   a motorhome or **trailer**.

**b.**   A newly acquired vehicle is subject to the following conditions:

**(1)**   **Newly Acquired Replacement Vehicle.** If the vehicle you acquire replaces one shown in the Declarations, the replacement vehicle will have the same coverage as the vehicle it replaced, other than Part **D** — Coverage for Damage to Your Auto. This provision applies only if there is no other insurance policy that provides coverage for that replacement vehicle.

Part **D** — Coverage for Damage to Your Auto shall apply for the first thirty (30) days after you acquire the vehicle, including the date of acquisition, only to the extent Part **D** — Coverage for Damage to Your Auto applied to the vehicle being replaced. You must notify us within thirty (30) days after you acquire the replacement vehicle for Part **D** — Coverage for Damage to Your Auto to continue.

**(2)**   **Newly Acquired Additional Vehicle.** For any newly acquired vehicle that is in addition to any shown in the Declarations coverage shall apply for the first thirty (30) days after you acquire the vehicle, including the date of acquisition. Coverage shall be the broadest coverage we provide for any vehicle shown in the Declarations. This coverage applies only if:

**(a)**   you acquire the additional vehicle during the policy period shown on the Declarations; and

**(b)**   there is no other insurance policy that provides coverage for the additional vehicle.

If you wish to add or continue coverage you must ask us to insure the additional vehicle within thirty (30) days after you acquire the additional vehicle. This thirty (30) days of coverage includes the day you acquire the vehicle.

**(3)**   Collision Coverage for a newly acquired vehicle begins on the date that you acquire the vehicle. However, if the Declarations does not indicate that Collision Coverage applies to at least one vehicle, you must ask us to insure the newly acquired vehicle within four (4) days after you acquire it. If a loss occurs during the four (4) days after you acquire the vehicle but before you asked us to insure the newly acquired vehicle, a $500 collision deductible will apply.

**(4)** Comprehensive Coverage for a newly acquired vehicle begins on the date that you acquire the vehicle. However, if the Declarations does not indicate that Comprehensive Coverage applies to at least one vehicle, you must ask us to insure the newly acquired vehicle within four (4) days after you acquire it. If a loss occurs during the four (4) days after you acquire the vehicle but before you asked us to insure the newly acquired vehicle, a $500 comprehensive deductible will apply.

**3.** Any auto or **trailer** you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

**a.** breakdown;

**b.** repair;

**c.** servicing;

**d.** loss; or

**e.** destruction.

This provision **(M.3.)** does not apply to Coverage for Damage to Your Auto.

## PART A — LIABILITY COVERAGE

**INSURING AGREEMENT**

**A.** We will pay damages for **bodily injury or property damage** for which any **insured** becomes legally responsible because of an auto accident. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted. We have no duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this policy.

**B.** "**Insured**" as used in this Part means:

**1.** You or any **family member** for the ownership, maintenance or use of any auto or **trailer**.

**2.** Any person using **your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

**3.** For **your covered auto**, any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under **B.1.** and **B.2.** above.

**4.** For any auto or **trailer**, other than **your covered auto**, any other person or organization but only with respect to legal responsibility for acts or omissions of you or any **family member** for whom coverage is afforded under this Part. This provision **(B.4.)** applies only if the person or organization does not own or hire the auto or **trailer**.

**INTEREST ON JUDGMENTS**

We will pay interest on judgments subject to all of the following:

**1.** Any notice, demand, summons, judgment, or any process has been promptly forwarded to us as required by the policy conditions.

**2.** We accept the defense or agree to the judgment.

**3.** We will pay the interest on that part of the judgment that is covered and that does not exceed our applicable limit of liability.

**4.** We will pay interest that accrues after entry of judgment and before we pay, tender, or deposit in court.

**5.** If we appeal the judgment, we will pay interest on the entire judgment.

**6.** Post-judgment interest is in addition to the applicable limit of liability.

**7.** Where we are required to cover prejudgment interest, it shall be included in the limit of liability and is not an additional amount of insurance.

**SUPPLEMENTARY PAYMENTS**

We will pay on behalf of an **insured**:

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in **bodily injury** or **property damage** covered under this policy. We are not obligated to apply for or furnish such bonds.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

4. Other reasonable expenses incurred at our request.

5. All expenses incurred by an **insured** for first aid to others at the time of the accident, not to exceed $10,000.

**EXCLUSIONS**

A. To the extent that the limits of liability for this coverage exceed the **minimum limits** required by the Kentucky Motor Vehicle Reparations Act, we do not provide Liability Coverage for:

1. Any **insured** who intentionally causes **bodily injury** or **property damage** even if such **bodily injury** or **property damage** is of a different kind or degree than expected or intended, or such **bodily injury** or **property damage** is sustained by a different person or persons than expected or intended.

2. **Property damage** to property owned by the **insured** or being transported by that **insured**.

3. **Property damage** to property:

   a. rented to;

   b. used by; or

   c. in the care of;

   any **insured**.

   This exclusion (**A.3.**) does not apply to **property damage** to a residence or private garage.

4. **Bodily injury** to an employee of any **insured** during the course of employment. This exclusion (**A.4.**) does not apply to **bodily injury** to a domestic employee unless workers compensation benefits are required or available for that domestic employee.

5. Any **insured**'s liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This exclusion (**A.5.**) does not apply to a share-the-expense car pool.

6. Any **insured** using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

7. a. Any **insured** while employed or otherwise engaged in the **business** of:

   (1) selling;

   (2) repairing;

   (3) servicing;

   (4) storing; or

   (5) parking;

   vehicles designed for use mainly on public highways. This includes road testing and delivery.

   b. This exclusion (**A.7.**) does not apply to the ownership, maintenance or use of **your covered auto** by:

   (1) you;

   (2) any **family member**; or

   (3) any partner, agent or employee of you or any **family member**.

8. Any **insured** maintaining or using any vehicle while that **insured** is employed or otherwise engaged in any **business** (other than farming or ranching) not described in Exclusions **A.6.** or **A.7.** This exclusion (**A.8.**) does not apply to the maintenance or use of a:

  **a.** private passenger auto;

  **b.** pickup, motorhome or van that:

    **(1)** you own; or

    **(2)** you do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:

      **(a)** breakdown;

      **(b)** repair;

      **(c)** servicing;

      **(d)** loss; or

      **(e)** destruction; or

  **c.** trailer used with a vehicle described in **A.8.a.** or **A.8.b.** above.

9. **a.** **Bodily injury** or **property damage** for which any **insured**:

    **(1)** is an **insured** under a nuclear energy liability policy; or

    **(2)** would be an **insured** under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

  **b.** A nuclear energy liability policy is a policy issued by any of the following or their successors:

    **(1)** Nuclear Energy Liability Insurance Association;

    **(2)** Mutual Atomic Energy Liability Underwriters; or

    **(3)** Nuclear Insurance Association of Canada.

10. **Punitive** or **exemplary damages** awarded against any **insured** to the extent that the total payment for compensatory and **punitive or exemplary damages** combined exceeds the liability limits of the policy.

11. **Bodily injury** or **property damage** arising out of the use of **your covered auto** while leased or rented to others. However, this exclusion does not apply to the operation of **your covered auto** by you or a **family member**.

12. **Bodily injury** or **property damage** arising out of a criminal act or omission of the **insured**. This exclusion applies regardless of whether that **insured** is actually charged with, or convicted of, a crime. However, this exclusion (**12.**) does not apply to traffic violations.

**B.** We do not provide Liability Coverage for any **insured**:

  **1.** For property damage to property owned by that **insured**.

  **2.** Using a vehicle without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted. However, this exclusion does not apply to a **family member** using **your covered auto**.

**C.** We do not provide Liability Coverage for the ownership, maintenance or use of:

  **1.** **a.** Any vehicle which:

    **(1)** has fewer than four wheels;

    **(2)** is designed mainly for use off public roads.

    **(3)** is a vehicle not licensed for use on public roads.

  **b.** This exclusion does not apply:

    **(1)** while such vehicle is being used by an **insured** in a medical emergency; or

    **(2)** to any **trailer**.

       **(3)**   to any motorized vehicle having fewer than four wheels:

          **(a)**   such vehicle is loaned by a person, firm or corporations engaged in the **business** of selling, repairing and servicing motor vehicles;

          **(b)**   such vehicle is used as a temporary substitute for **your covered auto** which is out of normal use because of its breakdown, repair or servicing; and

          **(c)**   the **bodily injury** or **property damage** results from an auto accident caused by the negligence of you or any **family member**.

**2.**   Any vehicle, other than **your covered auto**, which is:

     **a.**   owned by you; or

     **b.**   furnished or available for your regular use.

**3.**   **a.**   Any vehicle, other than **your covered auto**, which is:

       **(1)**   owned by any **family member** or other person who resides with you; or

       **(2)**   furnished or available for the regular use of any **family member** or other person who resides with you.

     **b.**   However, this exclusion (**B.3.**) does not apply to you while you are maintaining or **occupying** any vehicle which is:

       **(1)**   owned by a **family member** or other person who resides with you; or

       **(2)**   furnished or available for the regular use of a **family member** or other person who resides with you.

**4.**   Any vehicle while it is:

     **a.**   operating on a surface designed or used for racing, except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

     **b.**   participating in a high performance driving or racing instruction course or school; or

     **c.**   preparing for, practicing for, used in, or competing in any prearranged or organized:

       **(1)**   race activity; or

       **(2)**   speed, performance, stunt, or demolition contest or exhibition.

## LIMIT OF LIABILITY

**A.**   If the Declarations indicates "per person"/"per accident" coverage applies:

The limit of liability as shown in the Declarations for "each person" for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one auto accident.

Subject to this limit for "each person", the limit of liability shown in the Declarations for "each accident" for Bodily Injury Liability is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all **property damage** resulting from any one accident.

This is the most we will pay regardless of the number of:

**1.**   **Insureds**;

**2.**   Claims made;

**3.**   Vehicles or premiums shown in the Declarations; or

**4.**   Vehicles involved in the auto accident.

**B.** If the Declarations indicate **Combined Single Limit** applies, Paragraph **A.** above is replaced by the following:

The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for all damages resulting from any one auto accident. This is the most we will pay regardless of the number of:

**1.** **Insureds**;

**2.** Claims made;

**3.** Vehicles or premiums shown in the Declarations; or

**4.** Vehicles involved in the auto accident.

We will apply the limit of liability to provide any separate limits required by law for **bodily injury** and **property damage** liability. However, this provision will not change our total limit of liability.

**C.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

**1.** Part **B** or Part **C** of this policy.

**2.** Any Underinsured Motorists Coverage provided by this policy.

**D.** A vehicle and attached **trailer** are considered one vehicle. Therefore the limits of liability will not be increased for an accident involving a vehicle which has an attached **trailer**.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which **your covered auto** is principally garaged, we will interpret your policy for that accident as follows:

**A.** If the state or province has:

**1.** A financial responsibility or similar law specifying limits of liability for **bodily injury** or **property damage** higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

**2.** A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum limits and types of coverage.

**B.** No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required. The **insured** must reimburse us if we make a payment that we would not have made if this policy was not certified as proof of financial responsibility.

## OTHER INSURANCE

If there is other applicable liability insurance available any insurance we provide shall be excess over any other applicable liability insurance. If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible liability insurance. However, any insurance we provide for a vehicle you do not own shall be primary if:

**1.** Such vehicle is loaned by a person, firm or corporation engaged in the **business** of selling, repairing and servicing motor vehicles;

**2.** Such vehicle is used as a temporary substitute for a **your covered auto** which is out of normal use because of its breakdown, repair or servicing; and

**3.** The **bodily injury** or **property damage** results from an auto accident caused by the negligence of you or any **family member**.

## PERSONAL INJURY PROTECTION COVERAGE

### INSURING AGREEMENT

We will pay **usual and customary charges**, in accordance with Kentucky Revised Statutes Chapter 304, Sub Title 39, personal injury protection benefits for:

1. **Funeral expense**;

2. **Medical expense**;

3. **Replacement services loss**;

4. **Survivor's economic loss**;

5. **Survivor's replacement services loss**; and

6. **Work loss**;

incurred with respect to **bodily injury** sustained by an **insured** and caused by an accident arising out of the operation, maintenance or use of a **motor vehicle** as a vehicle.

We have a right to review medical expenses and services to determine if they are reasonable and necessary for the **bodily injury** sustained. However, there will be a rebuttable presumption that medical expenses are reasonable.

### DEFINITIONS

When used in reference to this coverage:

"**Insured**" means:

1. The **named insured** or any **family member** who sustains **bodily injury** while **occupying** or while a **pedestrian** through being struck by any **motor vehicle**. However, if the **insured** has rejected the limitation upon such person's tort rights pursuant to Kentucky Revised Statutes Chapter 304, Sub Title 39, such person shall not be an **insured**, unless basic Personal Injury Protection Coverage has subsequently been purchased for such **insured** under this policy; or

2. Any other person who sustains **bodily injury** while **occupying** or while a **pedestrian** through being struck by the **insured motor vehicle**. However, if such person has rejected the limitation upon such person's tort rights pursuant to Kentucky Revised Statutes Chapter 304, Sub Title 39, such person shall not be an **insured**.

However, any rejection of tort limitations applicable solely to motorcycles shall not affect the status of any person as an **eligible injured person** with respect to any **motor vehicle** other than a motorcycle.

"**Family member**" means the spouse, **domestic partner** or civil partner and any person related to the **named insured** by blood, marriage, or adoption including a minor in the custody of:

1. the **named insured**;

2. the **named insured**'s spouse, **domestic partner** or civil partner; or

3. any related person,

who is a resident of the **named insured**'s household or who is temporarily residing elsewhere.

However, **family member** does not include any such person who is the **named insured** under any other policy providing the security under Kentucky Revised Statutes Chapter 304, Sub Title 39.

"**Funeral expense**" means reasonable charges incurred for expenses in any way related to funeral, cremation or burial.

"**Insured motor vehicle**" means a **motor vehicle** with respect to which:

1. The Bodily Injury Liability Coverage of the policy applies and for which a specific premium is charged; and

2. The **named insured** is required to maintain security under the provisions of Kentucky Revised Statutes Chapter 304, Sub Title 39.

"**Medical expense**" means **usual and customary charges** incurred for reasonable and necessary products, services, and accommodations including those for:

1.    Medical care, physical rehabilitation, rehabilitative occupational training, licensed ambulance services and other remedial treatment and care;

2.    Any nonmedical remedial treatment rendered in accordance with a recognized religious method of healing; and

3.    Any healing arts professions of a type licensed by the Commonwealth of Kentucky.

**Medical expense** shall not include that portion of a charge for a room in a:

1.    Hospital, clinic, convalescent or nursing home; or

2.    Any other institution engaged in providing nursing care and related services;

in excess of a **usual and customary charge** for semiprivate accommodations, unless intensive care is medically required.

"**Motor vehicle**" means a vehicle as defined in Kentucky Revised Statutes Chapter 304, Sub Title 39.

"**Named insured**" means the person or organization named in the Declarations.

"**Pedestrian**" means a person who is not **occupying** a **motor vehicle** at the time the injury occurs.

"**Replacement services loss**" means expenses reasonably incurred in obtaining ordinary and necessary services instead of those the **insured** would have performed, not for income, but for his or his family's benefit had he not sustained **bodily injury**. "**Replacement services loss**" does not include expenses for services obtained from any **family member**.

"**Survivor**" means a person identified in Kentucky Revised Statutes Section 411.130 as one entitled to receive benefits by reason of the death of another person.

"**Survivor's economic loss**" means loss after an **insured's** death of contributions of things of economic value to his or her **survivors**. This does not include services they would have received from the **insured** had he not died.

**Survivor's economic loss** shall be reduced by expenses of the **survivors** avoided by reason of the **insured's** death.

"**Survivor's replacement services loss**" means expenses reasonably incurred by **survivors** after an **insured's** death in obtaining ordinary and necessary services instead of those the **insured** would have performed for their benefit had he not died. Such expenses shall be reduced by expenses of the **survivors** avoided by reason of the **insured's** death and not subtracted in calculating **survivor's economic loss**.

"**Usual and customary charges**" as used in this Part mean:

Any amount which we determine represents a reasonable and customary charge for reasonably needed medical services. To determine whether a charge is reasonable and customary, we may consider outside sources of information of our choice, including, but not limited to:

1.    Licensed, certified or registered health care professionals;

2.    Medical examinations;

3.    Medical file reviews;

4.    Medical bill review services; or

5.    Computerized data bases.

If we determine a charge is not customary, we may negotiate a reduction in the charge as allowed by law. We will be responsible for resolving such disputes.

"**Work loss**" means:

1.    Loss of income from work an **insured** would probably have performed if he or she had not sustained **bodily injury**.

2.    Expenses reasonably incurred by an **insured** in obtaining services instead of those he would have performed for income.

Work loss shall be reduced by any income from substitute work actually performed by the **insured**.



**EXCLUSIONS**

**A.**   This coverage does not apply to **bodily injury**:

   **1.**   Sustained by the **named insured** or any **family member**, who has not rejected their tort limitation pursuant to Kentucky Revised Statutes Chapter 304, Sub Title 39, while **occupying** or while a **pedestrian** through being struck by, any **motor vehicle**, other than the **insured motor vehicle**, with respect to which the security required under the Kentucky Revised Statutes Chapter 304, Sub Title 39, is in effect unless the provider of such security fails to make payment for loss within 30 days of reasonable proof of the fact and the amount of loss sustained;

   **2.**   Sustained by any **insured** if such injury arises from that **insured's** conduct within the course of a **business** of repairing, servicing or otherwise maintaining **motor vehicles** unless such conduct occurs off the **business** premises;

   **3.**   Sustained by any **insured** arising from conduct in the course of loading or unloading any **motor vehicle** unless such conduct occurs while **occupying** such **motor vehicle**;

   **4.**   Sustained by any **insured** other than the **named insured** or any **family member** which arises from the operation, maintenance or use of a **motor vehicle** without a good faith belief that that **insured** is legally entitled to do so;

   **5.**   Sustained by any **pedestrian**, other than the **named insured** or any **family member**, outside the Commonwealth of Kentucky;

   **6.**   Any **insured**, other than the **named insured** or any **family member**, while **occupying** a motor vehicle which is:

   **a.**   regularly used in the course of the business of transporting persons or property; and

   **b.**   one of five or more **motor vehicles** under common ownership;

   if the accident occurs outside of Kentucky.

   However, this Exclusion (**A.6.**) does not apply if:

   **a.**   the **insured** is a Kentucky resident;

   **b.**   the **motor vehicle** the **insured** is **occupying** at the time of the accident is a bus which:

   **(1)**   is secured as required by the Kentucky Motor Vehicle Reparations Act; and

   **(2)**   is registered in Kentucky; and

   **c.**   the **insured** boarded the bus in Kentucky.

   **7.**   Any **insured**, other than the **named insured** or any **family member**, while **occupying** a **motor vehicle** owned by a government, other than the Kentucky state government or its:

   **a.**   political subdivisions;

   **b.**   municipal corporations; or

   **c.**   public agencies;

   if the accident occurs outside of Kentucky.

   **8.**   Sustained by any **insured** arising out of the use of any **motor vehicle** while located as a residence or premises;

   **9.**   Due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing.

   **10.**   Resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material;

   **11.**   Sustained by any **insured** while **occupying** a motorcycle.

**B.**   This coverage does not apply to any benefits any **insured** would otherwise be entitled to receive hereunder for **bodily injury** intentionally caused by such **insured** or arising out of intentionally attempting to cause **bodily injury**, and if any **insured** dies as a result of intentionally causing or attempting to cause **bodily injury** to himself or herself, the survivors are not entitled to any **survivors' economic loss** or **survivors' replacement services loss** benefits.

## LIMIT OF LIABILITY

Regardless of the number of **insureds**, policies or approved plans of self-insurance applicable, claims made or **insured motor vehicles** to which this coverage applies, our liability for personal injury protection benefits with respect to **bodily injury** sustained by any one **insured** in any one **motor vehicle** accident shall not exceed $10,000 in the aggregate, and subject to such aggregate limit:

1.  The maximum payable for **funeral expense** shall not exceed $1,000.

2.  The maximum amount payable for **replacement services loss**, **survivor's economic loss**, **survivor's replacement services loss** and **work loss** shall not exceed $200 per week in the aggregate prorated for any lesser period provided that if the **insured**'s earnings or work are seasonal or irregular, the weekly limit shall be equitably adjusted or apportioned on an annual basis.

Any amount payable by the company under the terms of this coverage shall be reduced by any applicable deductible shown in the Declarations, but only with respect to **bodily injury** sustained by the **named insured** or any **family member**, provided that, if two or more such persons sustain **bodily injury** in the same **motor vehicle** accident, such deductible applicable to all of them shall not exceed such deductible amount and such amount shall be allocated equally among them. Provided further that, a **named insured** or any **family member** is entitled to receive under this coverage the difference between this deductible and a greater deductible applicable under another policy applying to Personal Injury Protection Coverage pursuant to Kentucky Revised Statutes Chapter 304, Sub Title 39.

In calculating loss or expense from which personal injury protection benefits are payable under this coverage, a reduction shall be made in the amount of:

1.  All benefits or advantages a person receives or is entitled to receive from workers compensation, unless the benefits or advantages have not been received before personal injury protection benefits are overdue or the claim is paid;

2.  Any income tax saving resulting from benefits or advantages received for loss of income under this coverage or from like benefits or advantage received under workers compensation which are not considered taxable income, provided that the maximum reduction may not exceed 15% of the loss of income and shall be in lesser amount if the claimant furnishes to the company reasonable proof of a lower value of the income tax advantage.

## CONDITIONS

A.  **Action Against Us.** No action shall lie against the company unless as a condition precedent thereto, there shall have been full compliance with all the terms of this coverage.

B.  **Notice.** In the event of an accident, written notice containing particulars sufficient to identify the **insured**, and also reasonably obtainable information respecting the time, place and circumstances of the accident shall be given by or on behalf of each **insured** to us or any of our authorized agents as soon as practicable.

C.  **Medical Reports; Proof of Claim.** As soon as practicable, the **insured** or someone on such person's behalf shall give us written proof of claim, under oath if required, including full particulars of the nature and extent of the **bodily injury**, treatment and rehabilitation received and contemplated, and such other information as may assist us in determining the amount due and payable. The **insured** shall submit when required by a court to a physical or mental exam by a physician specified in the court order.

D.  **Subrogation.** Subject to the provisions of the Kentucky Revised Statutes Chapter 304, Sub Title 39, in the event of any payment under this coverage, we are subrogated to the rights of the person to whom or for whose benefit such payments were made to the extent of such payments. Such person shall execute and deliver the instruments and papers and do whatever else is necessary to secure such rights. Such person shall do nothing after loss to prejudice such rights.

E.  **Reimbursement and Trust Agreement.** Subject to the provisions of the Kentucky Revised Statutes Chapter 304, Sub Title 39, in the event of the payment to any person under this coverage:

1.  We shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made.

    We shall have a lien to the extent of such payment, notice of which may be given to the person or organization causing such **bodily injury**, his or her agent or insurer or a court having jurisdiction in the matter;

**2.** Such person shall hold in trust for our benefit all rights of recovery which he or she shall have against such other person or organization because of such **bodily injury**;

**3.** Such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights; and

**4.** Such person shall execute and deliver to us all instruments and papers as may be appropriate to secure the rights and obligations of such person and us established by this provision.

**F.   Other Insurance.**

No **insured** shall recover duplicate benefits for the same elements of loss under this or any similar insurance, including approved self-insurance plans. In the event an **insured** has other similar insurance, including approved self-insurance plans, available and applicable to the accident, the maximum recovery under all such insurance shall not exceed the amount which would have been payable under the provisions of the insurance providing the highest dollar limit, and we shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limit of liability of this coverage and such other insurance.

## COORDINATION OF COVERAGE

In consideration of the coverage afforded under Personal Injury Protection Coverage and the adjustment of applicable rates, any amount payable under Uninsured Motorists Coverage or Medical Payments Coverage afforded under this policy shall be excess over any personal injury protection benefits paid or payable but for the application of a deductible under this or any other automobile insurance policy because of **bodily injury** sustained by an **insured**.

However, no **insured** may recover duplicate benefits for the same element of loss.

## CONSTITUTIONALITY CLAUSE

The premium for and the coverages of the policy have been established in reliance upon the provisions of the Kentucky Revised Statutes Chapter 304, Sub Title 39. In the event a court of competent jurisdiction declares, or enters a judgment the effect of which is to render, the provisions of such statutes invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the policy and the provisions of this coverage shall be voidable or subject to amendment at our option.

**Notice to Policyholders**

Acceptance of the coverage described in Kentucky Revised Statutes Chapter 304, Sub Title 39, places some limitations on your right to bring suit for **bodily injury**, KRS 304.39-060 reads in part:

**(1)** Any person who registers, operates, maintains or uses a **motor vehicle** on the public roadways of this Commonwealth shall, as a condition of such registration, operation, maintenance or use of such **motor vehicle** and use of the public roadways, be deemed to have accepted the provisions of this subtitle and in particular those provisions which are contained in this section.

**(2)  (a)** Tort liability with respect to accidents occurring in this Commonwealth and arising from the ownership, maintenance, or use of a **motor vehicle** is "abolished" for damages because of **bodily injury**, sickness or disease to the extent the basic reparation benefits provided in this subtitle are payable therefor, or that would be payable but for any deductible authorized by this subtitle, under any insurance policy or other method of security complying with the requirements of this subtitle, except to the extent non-economic detriment qualifies under paragraph **(b)** of this subsection.

**(b)** In any action of tort brought against the owner, registrant, operator or occupant of a **motor vehicle** with respect to which security has been provided as required in this subtitle, or against any person or organization legally responsible for his or her acts or omissions, a plaintiff may recover damages in tort for pain, suffering, mental anguish and inconvenience because of **bodily injury**, sickness or disease arising out of the ownership, maintenance, operation or use of such **motor vehicle** only in the event that the benefits which are payable for such injury as **medical expense** or which would be payable but for any exclusion or deductible authorized by this subtitle exceed one thousand dollars ($1,000), or the injury or disease consists in whole or in part of permanent disfigurement, a fracture to a bone, a compound, comminuted, displaced or compressed fracture, loss of a body member, permanent injury within reasonable medical probability, permanent loss of bodily function or death. Any person who is entitled to receive free medical and surgical benefits shall be deemed

in compliance with the requirements of this subsection upon a showing that the medical treatment received has an equivalent value of at least $1,000.

**(c)** Tort liability is not so limited for injury to a person who is not an owner, operator, maintainer or user of a **motor vehicle** within subsection **(1)** of this section nor for injury to the passenger of a motorcycle arising out of the maintenance or use of such motorcycle.

**(3)** "Any person may refuse to consent to the limitations of his or her tort rights and liabilities as contained in this section. Such rejection must be completed in writing or electronically in a form to be prescribed by the Department of Insurance and must have been executed and filed with the Department at a time prior to any **motor vehicle** accident for which such rejection is to apply..."

These are some of the exceptions to the limitations on your right to sue and are not intended to comprise a complete enumeration of all circumstances under which suit may be brought for **bodily injury**.

## PART B — MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay **usual and customary charges** incurred for reasonable and necessary medical and funeral expenses because of **bodily injury**:

**1.** Caused by accident; and

**2.** Sustained by an **insured**.

We will pay only those expenses incurred for services rendered within three (3) years from the date of the accident.

We have a right to review medical expenses and services to determine if they are reasonable and necessary for the **bodily injury** sustained.

**B.** "**Insured**" as used in this Part means:

**1.** You or any **family member**:

    **a.** while **occupying**; or

    **b.** as a pedestrian or bicyclist when struck by:

    a motor vehicle designed for use mainly on public roads or a trailer of any type.

**2.** Any other person while **occupying your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

**3.** Any other person while **occupying**, as a guest, an automobile not owned by you or a **family member**, while being operated by you or a **family member**.

**C.** "**Usual and customary charges**" as used in this Part mean:

Any amount which we determine represents a customary charge for services in the geographic area in which the service is rendered. To determine whether a charge is customary, we may consider outside sources of information of our choice, including, but not limited to:

**1.** Licensed, certified or registered health care professionals;

**2.** Medical examinations;

**3.** Medical file reviews;

**4.** Medical bill review services; or

**5.** Computerized data bases.

The **insured** shall not be responsible for payment of any reduction applied by us. If a medical provider disputes an amount paid by us, we will be responsible for resolving such disputes.

SA-2890/KYEP 1/18                                     - 13 -

## EXCLUSIONS

We do not provide Medical Payments Coverage for any **insured** for **bodily injury**:

1. Sustained while **occupying** any motorized vehicle having fewer than four wheels.

2. Sustained while **occupying your covered auto** when it is being used as a public or livery conveyance. This exclusion **(2.)** does not apply to a share-the-expense car pool.

3. Sustained while **occupying** any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

4. Sustained while **occupying** any vehicle located for use as a residence or premises.

5. Occurring during the course of employment if workers compensation benefits are required or available for the **bodily injury**.

6. Sustained while **occupying**, or when struck by, any vehicle (other than **your covered auto**) which is:

    **a.** owned by you; or

    **b.** furnished or available for your regular use.

7. Sustained while **occupying**, or when struck by, any vehicle (other than **your covered auto**) which is:

    **a.** owned by any **family member** or other person who resides with you; or

    **b.** furnished or available for the regular use of any **family member** or other person who resides with you.

    However, this exclusion **(7.)** does not apply to you.

8. Sustained while **occupying** a vehicle without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted. However, this exclusion does not apply to a **family member** using **your covered auto**.

9. Sustained while **occupying** a vehicle when it is being used in the **business** of an **insured**. This exclusion **(9.)** does not apply to **bodily injury** sustained while **occupying** a:

    **a.** private passenger auto;

    **b.** pickup, van or motorhome that you own; or

    **c.** **trailer** used with a vehicle described in **a.** or **b.** above.

10. Caused by or as a consequence of:

    **a.** discharge of a nuclear weapon (even if accidental);

    **b.** war (declared or undeclared);

    **c.** civil war;

    **d.** insurrection; or

    **e.** rebellion or revolution.

11. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

    **a.** nuclear reaction;

    **b.** radiation; or

    **c.** radioactive contamination.

12. Sustained while **occupying** any vehicle while it is:

    **a.** operating on a surface designed or used for racing except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

    **b.** participating in a high performance driving or racing instruction course or school; or

    **c.** preparing for, practicing for, used in, or competing in any prearranged or organized:

        **(1)** race activity; or

**(2)** speed, performance, stunt, or demolition contest or exhibition.

**13.** Caused by the actual, alleged or threatened presence, growth, proliferation or spread of **fungi** or bacteria.

**LIMIT OF LIABILITY**

**A.** The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

**1.** **Insureds**;

**2.** Claims made;

**3.** Vehicles or premiums shown in the Declarations; or

**4.** Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part **A** or Part **C** of this policy.

**OTHER INSURANCE**

If there is other applicable auto medical payments insurance available any insurance we provide shall be excess over any other applicable auto medical payments insurance. If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible auto medical payments insurance.

---

## PART C — UNINSURED MOTORISTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay damages which an **insured** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of **bodily injury**:

**1.** Sustained by that **insured**; and

**2.** Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle**.

Any judgment for damages arising out of suit brought without our written consent is not binding on us.

**B.** "**Insured**" as used in this Part means:

**1.** You or any **family member**.

**2.** Any Rated Driver shown on the Declarations other than you or a **family member**.

**3.** Any other person **occupying your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

**4.** Any person entitled to recover damages because of **bodily injury** to which this coverage applies sustained by a person described in **B.1.**, **B.2.** or **B3.** above.

**C.** "**Uninsured motor vehicle**" means a land motor vehicle or trailer of any type:

**1.** To which no bodily injury liability bond or policy applies at the time of the accident.

**2.** To which a bodily injury liability bond or policy applies at the time of the accident if its limit for bodily injury liability is less than the **minimum limit** for bodily injury liability.

**3.** Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

**a.** you or any **family member**;

**b.** a vehicle which you or any **family member** are **occupying**;

**c.** **your covered auto**; or

**d.** another vehicle which, in turn, hits:

**(1)** your or any **family member**;

    **(2)**  a vehicle which you or any **family member** is **occupying**; or

    **(3)**  **your covered auto**.

**4.**  To which a bodily injury liability bond or policy applies at the time of the accident, but the bonding or insuring company:

    **a.**  denies coverage; or

    **b.**  is or becomes insolvent.

However, "**uninsured motor vehicle**" does not include any vehicle or equipment:

**1.**  Owned by or furnished or available for the regular use of you or any **family member**.

**2.**  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

**3.**  Owned by any governmental unit or agency.

**4.**  Operated on rails or crawler treads.

**5.**  Designed mainly for use off public roads while not on public roads.

**6.**  While located for use as a residence or premises.

**EXCLUSIONS**

**A.**  We do not provide Uninsured Motorists Coverage for **bodily injury** sustained by any **insured**:

**1.**  If that **insured** or the legal representative settles the **bodily injury** claim without our consent.

**2.**  While **occupying your covered auto** when it is being used as a public or livery conveyance. This exclusion **(A.2.)** does not apply to a share-the-expense car pool.

**3.**  While using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

**4.**  While using a vehicle without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted. However, this exclusion does not apply to you or any **family member** using **your covered auto**.

**5.**  While **occupying** or operating an owned motorcycle or moped.

**6.**  While using any vehicle while it is:

    **a.**  operating on a surface designed or used for racing except for an organized and controlled event that is not a speed, performance, stunt or demolition event;

    **b.**  participating in a high performance driving or racing instruction course or school; or

    **c.**  preparing for, practicing for, used in, or competing in any prearranged or organized:

        **(1)**  race activity; or

        **(2)**  speed, performance, stunt, or demolition contest or exhibition.

**B.**  This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

**1.**  Workers compensation law; or

**2.**  Disability benefits law.

**C.**  We do not provide Uninsured Motorists Coverage for **punitive or exemplary damages**.

**LIMIT OF LIABILITY**

**A.**  The limit of liability shown in the Declarations for "each person" for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one auto accident.

Subject to this limit for "each person", the limit of liability shown in the Declarations for "each accident" for Uninsured Motorists Coverage is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident.

This is the most we will pay regardless of the number of:

**1.**  **Insureds**;

**2.**  Claims made;

**3.**  Vehicles shown in the Declarations; or

**4.**  Vehicles involved in the accident.

**B.**  If the Declarations indicate Combined Single Limit Coverage applies, paragraph **(A.)** above is replaced by the following:

The limit of liability shown in the Declarations for Uninsured Motorists Coverage is our maximum limit of liability for all damages for **bodily injury** resulting from any one auto accident. This is the most we will pay regardless of the number of:

**1.**  **Insureds**;

**2.**  Claims made;

**3.**  Vehicles shown in the Declarations; or

**4.**  Vehicles involved in the accident.

We will apply the limit of liability to provide any separate limits required by law for **bodily injury** liability. However, this provision will not change our total limit of liability.

**C.**  No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part **A** or Part **B** of this policy or Underinsured Motorists Coverage provided by this policy.

**D.**  We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**E.**  We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

**1.**  Workers compensation law; or

**2.**  Disability benefits or occupational disease laws.

**F.**  A vehicle and attached **trailer** are considered one vehicle. Therefore the limits of liability will not be increased for an accident involving a vehicle which has an attached **trailer**.

**OTHER INSURANCE**

If there is other applicable insurance similar to the insurance provided under this Part of the policy, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle.

**1.**  you do not own, including any vehicle while used as a temporary substitute for your covered auto; or

**2.**  owned by you or any **family member** which is not insured for this coverage under this policy;

Shall be excess over any other collectible insurance similar to the insurance provided by this coverage.

**ARBITRATION**

**A.**  If we and an **insured** do not agree:

**1.**  Whether that **insured** is legally entitled to recover damages; or

**2.**  As to the amount of damages which are recoverable by that **insured**;

from the owner or operator of an **uninsured motor vehicle** or **underinsured motor vehicle** then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**B.** Each party will:

    **1.** Pay the expenses it incurs, and

    **2.** Bear the expenses of the third arbitrator equally.

**C.** Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will not be binding.

**ADDITIONAL DUTIES**

A person seeking Uninsured Motorists Coverage must also promptly send us copies of the legal papers if a suit is brought.

---

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

**INSURING AGREEMENT**

**A.** We will pay for direct and accidental loss to **your covered auto** or any **non-owned auto**, including its equipment, any child safety seat in use in **your covered auto** or **non-owned auto**, minus any applicable deductible shown in the Declarations. We will pay for loss to **your covered auto** caused by:

    **1.** Other than **collision** only if the Declarations indicate that Comprehensive Coverage is provided for that auto.

    **2.** **Collision** only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a **non-owned auto**, we will provide the broadest coverage applicable to any vehicle shown in the Declarations.

**B.** "**Collision**" means the upset of **your covered auto** or a **non-owned auto** or its impact with another vehicle or object.

"**Comprehensive**" means loss, other than **collision**, to **your covered auto** or a **non-owned auto**. Losses caused by the following are not **collision** losses but are **comprehensive** losses:

Loss caused by missiles or falling objects; fire; theft or larceny; explosion or earthquake; windstorm; hail; water or flood; malicious mischief or vandalism; riot or civil commotion; contact with a bird or animal; or breakage of glass.

If breakage of glass is caused by a **collision**, you may elect to have it considered a loss caused by **collision**.

**C.**   **1.** "**Non-owned auto**" means:

    **a.** Any private passenger auto, pickup, van (other than a cargo van) or **trailer** with a Gross Vehicle Weight rating of 12,000 pounds or less or any cargo van or moving van with a Gross Vehicle Weight Rating of 18,000 pounds or less, not owned by or furnished or available for the regular use of you or any **family member** while in the custody of or being operated by you or any **family member**; or

    **b.** Any auto or **trailer** you do not own while used as a temporary substitute for **your covered auto** which is out of normal use because of its:

        **(1)** breakdown;

        **(2)** repair;

        **(3)** servicing;

        **(4)** loss; or

        **(5)** destruction.

  **2.** "**Non-owned auto**" does not include any vehicle which has been operated or rented by or in the possession of you or any **family member** for 30 or more consecutive days. This does not apply to a temporary substitute vehicle authorized by us.

**D.** "**Camper body**" means a body equipped as sleeping or living quarters which is designed to be mounted on a pickup.

**E.** "**Diminution in value**" means the actual or perceived loss in market or resale value which results from a direct and accidental loss.

## DEDUCTIBLE

Unless stated otherwise, the applicable deductible shown in the Declarations shall be applied to each accidental loss covered under this Part of the policy. However,

**1.** If loss to more than one of **your covered autos** or a **non-owned auto** results from the same loss, only the highest applicable deductible will apply;

**2.** In the event of a **collision** with another vehicle insured by:

**a.** a Safeco insurance company; or

**b.** another Liberty Mutual Agency Corporation company;

no deductible will apply.

This does not include a vehicle described as **your covered auto** or **non-owned auto**.

**3.** No deductible will apply to **your covered auto** or a **non-owned auto** if the loss to **your covered auto** or a **non-owned auto** results from the same event as a loss covered under your Safeco Homeowners, Condominium or Renters and we issue a payment under your Homeowners, Condominium or Renters policy for the loss.

## TRANSPORTATION EXPENSES

**A.** Subject to the limitations described in paragraphs **B.** and **C.** below, we will pay:

**1.** Temporary transportation expenses incurred by you in the event of the total theft of **your covered auto** or a **non-owned auto**. We will pay for such expenses only if the Declarations indicate that Comprehensive Coverage is provided for that auto. We will pay only expenses incurred during the period:

**a.** beginning 48 hours after the theft; and

**b.** ending when **your covered auto** or the **non-owned auto** is returned to use or we pay for its loss.

**2.** Indirect loss expenses for which you become legally responsible in the event of a loss to a **non-owned auto**. We will pay only expenses beginning when the **non-owned auto** is withdrawn from use for more than 24 hours. We will pay for indirect loss expenses if the loss is caused by:

**a.** a **comprehensive** loss only if the Declarations indicate that Comprehensive Coverage is provided for any **your covered auto**.

**b.** **collision** only if the Declarations indicate that Collision Coverage is provided for any **your covered auto**.

**B.** For the expenses described in paragraphs **A.1.** and **A.2.** we will pay the greater of the following, without application of a deductible:

**1.** Up to $20 per day, to a maximum of $600; or

**2.** The limit for Loss of Use, if any, shown in the Declarations.

**C.** Our payment for the expenses described in paragraphs **A.1.** and **A.2.** will be limited to that period of time reasonably required to repair or replace the **your covered auto** or the **non-owned auto**.

## FULL SAFETY GLASS COVERAGE

We will pay under Comprehensive Coverage for the cost of repairing or replacing damaged **safety equipment** on **your covered auto** without application of a deductible. We will pay only if the Declarations indicates that Comprehensive Coverage applies.

"**Safety equipment**" as used in this coverage and as required in Kentucky Revised Statutes, means the:

**1.** Glass used in windshields, windows and doors; and

**2.** Glass, plastic or other material used in lights.

## EXCLUSIONS

We will not pay for:

**1.** Loss to **your covered auto** or any **non-owned auto** which occurs while it is being used as a public or livery conveyance. This exclusion **(1.)** does not apply to a share-the-expense car pool.

**2.** Loss to **your covered auto** or any **non-owned auto** while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

**3.** Damage or loss due and confined to:

    **a.** wear and tear;

    **b.** freezing;

    **c.** mechanical or electrical breakdown or failure; or

    **d.** road damage to tires.

    This exclusion **(3.)** does not apply if the damage results from the total theft of **your covered auto** or any **non-owned auto**.

**4.** Damage or loss arising out of neglect. Neglect means your failure to adequately maintain **your covered auto** or **non-owned auto** after the loss.

    With respect to water under Comprehensive Coverage, there is no coverage for:

    **a.** moisture, condensation, humidity, or vapor;

    **b.** water intrusion around or through panels, surfaces and seals; or

    **c.** water that collects in spaces or ventilation systems; or

    **d.** **fungi**, dry rot or bacteria;

    resulting from neglect.

**5.** Loss due to or as a consequence of:

    **a.** discharge of any nuclear weapon (even if accidental);

    **b.** war (declared or undeclared);

    **c.** civil war;

    **d.** insurrection; or

    **e.** rebellion or revolution.

**6.** Loss from or as a consequence of the following, whether controlled or uncontrolled or however caused:

    **a.** nuclear reaction;

    **b.** radiation; or

    **c.** radioactive contamination.

**7.** Loss to:

    **a.** any electronic equipment designed for the production or reproduction of sound, pictures, audio, visual or data or that receives or transmits sound, pictures or data signals.

    **b.** This exclusion **(7.)** does not apply to:

        **(1)** equipment designed for the reproduction of sound or transmission of sound, pictures, audio, visual or data signals and accessories used with such equipment, provided:

            **(a)** the electronic equipment is permanently installed by the original vehicle manufacturer or manufacturer's dealership in **your covered auto** or any **non-owned auto**; or

            **(b)** the electronic equipment is:

                **i.** removable from a housing unit which is permanently installed by the original vehicle manufacturer or manufacturer's dealership in the auto;



8802X

    **ii.**  designed to be solely operated by use of the power from the auto's electrical system; and

    **iii.**  in or upon **your covered auto** or any **non-owned auto**;

    at the time of loss.

  **(c)**  any equipment installed through our Teen Safe Driver™ program.

However, we will pay only up to a total of $500 or the actual cash value of **your covered auto** or any **non-owned auto**, whichever is less, for all such equipment that is not installed by the original vehicle manufacturer or manufacturer's dealership.

 **(2)**  any other electronic equipment that is:

  **(a)**  necessary for the normal operation of the auto or the monitoring of the auto's operating systems;

  **(b)**  an integral part of the same unit housing any electronic equipment described in **7.a.** and permanently installed by the original vehicle manufacturer or manufacturer's dealership in **your covered auto** or any **non-owned auto**.

**8.**  Loss to:

  **a.**  tapes, records, discs, or other media used with such equipment described in exclusion (**7.**); or

  **b.**  any other accessories, not permanently installed used with such equipment described in exclusion (**7.**).

**9.**  Loss to **your covered auto** or any **non-owned auto** due to destruction or confiscation by governmental or civil authorities because you or any **family member**:

  **a.**  engaged in illegal activities; or

  **b.**  failed to comply with Environmental Protection Agency or Department of Transportation standards.

This exclusion (**9.**) does not apply to the interests of Loss Payees in **your covered auto**.

**10.**  Loss to a **camper body**, motorhome or **trailer** you own which is not shown in the Declarations. This exclusion (**10.**) does not apply to a **camper body**, motorhome or **trailer** you:

  **a.**  acquire during the policy period; and

  **b.**  ask us to insure within 30 days after you become the owner.

**11.**  Loss to any **non-owned auto** when used by you or any **family member** without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted.

**12.**  Loss to equipment, whether operational or not, whose design may be used for the detection or location of law enforcement equipment.

**13.**  Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in the **business** of:

  **a.**  selling;

  **b.**  repairing;

  **c.**  servicing;

  **d.**  storing; or

  **e.**  parking;

vehicles designed for use on public highways. This includes road testing and delivery.

**14.**  Loss to any **non-owned auto** being maintained or used by any person while employed or otherwise engaged in any **business** not described in exclusion **2.** and **13.** This exclusion (**14.**) does not apply to the maintenance or use by you or any **family member** of a **non-owned auto** which is a private passenger auto or **trailer**.



15. Loss to **your covered auto** or any **non-owned auto** while it is:

   a.  operating on a surface designed or used for racing. This does not apply to an organized and controlled event that is not a speed, performance, stunt or demolition event;

   b.  participating in a high performance driving or racing instruction course or school; or

   c.  preparing for, practicing for, used in, or competing in any prearranged or organized:

      **(1)**  race activity; or

      **(2)**  speed, performance, stunt, or demolition contest or exhibition.

16. Loss to, or loss of use, of a **non-owned auto** rented by:

   a.  you; or

   b.  any **family member**;

   if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that **family member**, pursuant to the provisions of any applicable rental agreement or state law.

17. Loss to **your covered auto** or any **non-owned auto**, arising out of the actual, alleged or threatened presence, growth, proliferation or spread of **fungi**, dry rot or bacteria.

18. Loss to **your covered auto**, **non-owned auto**, or **trailer**, for **diminution in value**.

19. Loss in excess of $500 per claim or the actual cash value of **your covered auto** or any **non-owned auto**, whichever is less, for any furnishings or equipment that were not installed by the original vehicle manufacturer or manufacturer's dealership which mechanically or structurally changes your vehicle and results in increase in performance or change in appearance, including but not limited to:

   a.  custom murals, paintings or other decals or graphics;

   b.  custom wheels, tachometers, pressure and temperature gauges;

   c.  modified or custom engines and fuel systems, light bars, racing slicks and/or oversized tires, roll bars and lift kits, winches, utility boxes, and tool boxes; or

   d.  non-standard paint.

   This exclusion does not apply to equipment installed to make a vehicle handicap accessible.

20. Loss arising out of the use of **your covered auto** while leased or rented to others.

21. Loss to **your covered auto** or a **non-owned auto** caused by an intentional act by you or a **family member**, or at the direction of you or a **family member**. However, this exclusion does not apply to the ownership interest of a victim of domestic violence and abuse as defined in KRS 403.720.

## LIMIT OF LIABILITY

A.  At our option, our limit of liability for loss will be the lowest of:

   1.  The actual cash value of the stolen or damaged property;

   2.  a.  The amount necessary to repair or replace the property;

      b.  Determination of the cost of repair or replacement will be based upon one of the following:

         **(1)**  the cost of repair or replacement agreed upon by you and us;

         **(2)**  a competitive bid approved by us; or

         **(3)**  an estimate written based upon the prevailing competitive price. You agree with us that we may include in the estimate parts furnished by the original vehicle manufacturer or parts from other sources including non-original equipment manufacturers. The prevailing competitive price means prices charged by a majority of the repair market in the area where the vehicle is to be repaired as determined by us; or

   3.  The limit of liability shown in the Declarations.

   However, the most we will pay for loss to any **non-owned auto**, which is a **trailer**, is $1,500.

**B.** An adjustment for depreciation and physical condition may be made based upon the physical condition and wear and tear of the property or damaged part of the property at the time of the loss. This adjustment for physical condition includes but is not limited to, broken, cracked or missing parts, rust, dents, scrapes, gouges and paint condition. When replacing parts normally subject to repair or replacement during the useful life of the vehicle, we will not pay for the amount of any betterment.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

**1.** You; or

**2.** The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER SOURCES OF RECOVERY

**A.** If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

**B.** Any insurance we provide with respect to a **non-owned auto** shall be excess over any other collectible source of recovery including, but not limited to:

**1.** Any coverage provided by the owner of the **non-owned auto**;

**2.** Any other applicable physical damage insurance;

**3.** Any other source of recovery applicable to the loss.

**C.** However, any insurance we provide with respect to a loss to a **non-owned auto** cause by **collision** shall be primary if:

**1.** Such vehicle is loaned by a person, firm or corporation engaged in the **business** of selling, repairing and servicing motor vehicles;

**2.** Such vehicle is used as a temporary substitute for **your covered auto** which is out of normal use because of its breakdown, repair or servicing; and

**3.** The loss results from an auto accident caused by the negligence of you or any **family member**.

## APPRAISAL

**A.** If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the expenses of the appraisal and umpire equally.

**B.** We do not waive any of our rights under this policy by agreeing to an appraisal.

---

## PART E — DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**A.** We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

If you fail to provide notice within 45 days of the accident or loss, an injured third party may satisfy this requirement by giving notice of a claim by registered mail.

**B.**  A person seeking any coverage must:

    **1.**  Cooperate with us in the investigation, settlement or defense of any claim or suit.

    **2.**  Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

    **3.**  Submit, as often as we reasonably require:

        **a.**  to physical examinations by physicians we select. We will pay for these exams.

        **b.**  to examination under oath and subscribe the same. We may examine any **insured** separately and apart from the presence of any other **insured**.

    **4.**  Authorize us to obtain:

        **a.**  medical reports; and

        **b.**  other pertinent records.

    **5.**  Submit a proof of loss, under oath if requested, when required by us.

This provision does not apply to Personal Injury Protection Coverage.

**C.**  A person seeking Personal Injury Protection Coverage must:

    **1.**  Promptly give us written proof of claim, under oath if required. Such proof shall include:

        **a.**  Full details of the nature and extent of the **bodily injury** and treatment and rehabilitation received and contemplated; and

        **b.**  Any other information which may assist us in determining the amount due and payable.

    **2.**  Submit, when required by order of a court, to a physical or mental exam by a physician specified in the court order.

**D.**  A person seeking Uninsured Motorists Coverage or Underinsured Motorists Coverage must also:

    **1.**  Report the accident to the police or other civil authority within twenty-four (24) hours or as soon as reasonably practicable if a hit-and-run driver is involved.

    **2.**  Promptly send us copies of the legal papers if a suit is brought.

**E.**  A person seeking Coverage for Damage to Your Auto must also:

    **1.**  Take reasonable steps after loss to protect **your covered auto** or any **non-owned auto** and its equipment from further loss. We will pay reasonable expenses incurred to do this.

    **2.**  Promptly notify the police if **your covered auto** or any **non-owned auto** is stolen.

    **3.**  Permit us to inspect and appraise the damaged property before its repair or disposal.

---

## PART F — GENERAL PROVISIONS

**POLICY PERIOD AND TERRITORY**

**A.**  This policy applies only to accidents and losses which occur:

    **1.**  During the policy period as shown in the Declarations; and

    **2.**  Within the policy territory.

**B.**  The policy period is the period stated in the Declarations. The policy may be renewed for successive policy periods if the required premium is paid and accepted by us on or before the expiration of the current policy period. The premium will be computed at our then current rate for coverage then offered.

**C.**  The policy territory is:

    **1.**  The United States of America, its territories or possessions;

    **2.**  Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, **your covered auto** while being transported between their ports.

## BANKRUPTCY

Bankruptcy or insolvency of the **insured** shall not relieve us of any obligations under this policy.

## CHANGES

**A.** This policy, your Declarations page and endorsements issued by us to this policy contain all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**B.** The premium for the policy is based on information we have received from you or other sources. You agree to cooperate with us in determining if this information is correct and complete and you will notify us if it changes. If this information is incorrect, incomplete, or changes, we will adjust your premium during the policy term or take other appropriate action based upon the corrected, completed or changed information. Changes during the policy term that will result in a premium increase or decrease during the policy term include, but are not limited to, changes in:

    **1.** The number, type or use classification of insured vehicles.

    **2.** Operators using insured vehicles including newly licensed **family member** drivers and any household members that have licenses must be disclosed to us.

    **3.** The location where your vehicle is principally garaged.

    **4.** Customized equipment or parts.

You also agree to disclose all licensed drivers residing in your household.

**C.** If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (**C.**) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

    **1.** A subsequent edition of your policy; or

    **2.** An Amendatory Endorsement.

**D.** Additional or return premium of $3.00 or less resulting from policy changes will be waived, unless requested in writing.

## PAYMENT OF PREMIUM

If your initial premium payment is by check, draft or any remittance other than cash, coverage under this policy is conditioned upon the check, draft or remittance being honored upon presentment to the bank or other financial institution. If the check, draft or remittance is not honored upon presentment, this policy may, at our option, be deemed void from its inception. This means that we will not be liable under this policy for any claims or damages which would otherwise be covered if the check, draft, or remittance had been honored upon presentment.

## FRAUD

This policy was issued in reliance upon the information provided on your application. We may void this policy if you or an **insured** have concealed or misrepresented any material fact or circumstance; or engaged in fraudulent conduct, at the time application was made or any time during the policy period.

We may void this policy or deny coverage for an accident or loss if you or an **insured** have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, in connection with the presentation or settlement of a claim.

We may void this policy or deny coverage for fraud or material misrepresentation even after the occurrence of an accident or loss. This means we will not be liable for any claims or damages which would otherwise be covered. If we make a payment, we may request that you reimburse us. If so requested, you must reimburse us for any payments we may have already made.

We will only void this policy for material misrepresentation in excess of the **minimum limits** specified by Kentucky laws for third parties legally entitled to recover damages under Part **A** — Liability Coverage.

## LEGAL ACTION AGAINST US

**A.** No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part **A**, no legal action may be brought against us until:

**1.** We agree in writing that the **insured** has an obligation to pay; or

**2.** The amount of that obligation has been finally determined by judgment after trial.

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of an **insured**.

## OUR RIGHT TO RECOVER PAYMENT

**A.** If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another person, entity or organization we shall be subrogated to that right. That person shall:

**1.** Do whatever is necessary to enable us to exercise our rights; and

**2.** Do nothing after loss to prejudice them.

However, our rights in this paragraph (**A.**) do not apply under Part **D**, against any person using **your covered auto** with your express or implied permission or other person having lawful possession and is not using a vehicle beyond the scope of the permission granted.

**B.** If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

**1.** Hold in trust for us the proceeds of the recovery; and

**2.** Reimburse us to the extent of our payment.

**C. 1.** Our rights do not apply under paragraph **A.** with respect to Underinsured Motorists Coverage if:

**a.** We have been given prompt written notice of a tentative settlement between an **insured** and the insurer of an **underinsured motor vehicle**; and

**b.** We fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

**2.** If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

## TERMINATION

**A. Cancellation.** This policy may be canceled during the policy period as follows:

**1.** The named insured shown in the Declarations may cancel by:

**a.** returning this policy to us; or

**b.** giving us advance written or verbal notice of the date cancellation is to take effect. We may waive the requirement the notice be in writing by confirming the date and time of cancellation to you in writing.

**2.** We may cancel by mailing to the named insured shown in the Declarations at the address last known to us:

**a.** at least 14 days notice:

**(1)** if cancellation is for nonpayment of premium; or

**(2)** if notice is mailed during the first 60 days this policy is in effect and this is not a renewal policy; or

**b.** at least 20 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

    **a.** for nonpayment of premium; or

    **b.** if your driver's license or that of:

        **(1)** Any driver who lives with you; or

        **(2)** Any driver who customarily uses **your covered auto**;

        has been suspended or revoked.

        This must have occurred:

        **(1)** During the policy period; or

        **(2)** Since the last anniversary of the original effective date if the policy period is other than 1 year; or

    **c.** For fraud or material misrepresentation concerning the policy or **insureds**.

**B. Nonrenewal.**

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 75 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

1. Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

2. 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

3. 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C. Automatic Termination**

If we offer to renew and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

Coverage for **your covered auto** shall automatically terminate on the effective date of any other motor vehicle insurance policy covering that vehicle.

**D. Other Termination Provisions**

1. We may deliver any notice instead of mailing it. A receipt provided by, or such other evidence of mailing as prescribed or accepted by, the U.S. Postal Service shall be sufficient proof of notice.

2. If this policy is canceled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

4. We will give the same advance notice of cancellation or nonrenewal to the loss payee stated in the policy as we give to the named insured shown in the Declarations.

**TRANSFER OF YOUR INTEREST IN THIS POLICY**

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse, civil partner or **domestic partner** if resident in the same household at the time of death. Coverage applies to the spouse, civil partner or **domestic partner** as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use **your covered auto**.

**B.** Coverage will only be provided until the end of the policy period.



**TWO OR MORE AUTOS INSURED; TWO OR MORE AUTO POLICIES**

If this policy insures two or more autos or if any other auto insurance policy issued to you by us applies to the same accident, the maximum limit of our liability shall not exceed the highest limit applicable to any one auto.

**1.** This provision does not apply to Uninsured Motorists Coverage and Underinsured Motorists Coverage.

**2.** No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage and Underinsured Motorists Coverage.

This provision does not apply to the Maximum Limit of Liability for the Total of All Added Personal Injury Protection Benefits.

**LOSS PAYABLE CLAUSE**

As to the interest of the loss payee, this policy will remain in effect from the inception date and until ten days after proof of mailing that the cancellation notice has been mailed to the loss payee. When we pay the loss payee we shall, to the extent of payment, have the loss payee's rights of recovery.

Where fraud, misrepresentation, material omission, or intentional damage has been committed by or at the direction of any **insured**, or where the loss is otherwise not covered under the terms of the policy, the loss payee or lienholder's interest will not be protected.

**STORAGE COSTS**

If you give us your consent, we may move the damaged property, at our expense, to reduce storage costs during the claims process. If you do not give us your consent, we will pay only the storage costs which would have resulted if we had moved the damaged property.

**NAMED DRIVER EXCLUSION**

If there is an excluded driver under this policy, then we will not provide coverage for any claim arising from an accident or loss involving a motor vehicle being operated by that excluded person. This includes any claim for damages made against you or any **family member** or any other person or organization that is vicariously liable for an accident arising out of the operation of a motor vehicle by the excluded driver.

---

## ADDITIONAL COVERAGES

**AGREEMENT: WE WILL PROVIDE THE INSURANCE DESCRIBED IN EACH OF THE FOLLOWING ADDITIONAL COVERAGES ONLY IF INDICATED IN THE DECLARATIONS.**

**ADDED PERSONAL INJURY PROTECTION COVERAGE**

For an additional premium, the Personal Injury Protection Coverage is amended as follows:

"**Insured**" as used in this coverage means:

The **named insured** or any **family member** while:

**1.** **Occupying**; or

**2.** A **pedestrian** struck by:

any **motor vehicle**.

However, **insured** does not include the **named insured** or any **family member** who has rejected the limitation upon his or her tort rights pursuant to the Kentucky Motor Vehicle Reparations Act, unless personal injury protection benefits have subsequently been purchased under this policy for that person.

Any rejection of tort limitations applicable only to motorcycles shall not affect the status of any person as an **insured** with respect to any **motor vehicle** other than a motorcycle.

**A.** We will pay added personal injury protection benefits, in addition to any amounts paid or payable for benefits under the Personal Injury Protection Coverage, to or for the **named insured** or any **family member** who sustains **bodily injury**. The **bodily injury** must be caused by an accident arising out of the operation, maintenance or use of a **motor vehicle** as a vehicle.

B. Subject to the limits of liability shown in the Schedule or Declarations, added personal injury protection benefits consist of the following:

1. **Medical expenses.**

2. **Funeral expenses.**

3. **Work loss.**

4. **Replacement services loss.**

5. **Survivor's economic loss.**

6. **Survivor's replacement services loss.**

### SCHEDULE

| Added Personal Injury Protection Option Stated in the Declarations | COLUMN A<br>Maximum Limit of Liability for the Total of all Added PIP Benefits | COLUMN B<br>Added Work Loss, Replacement Services Loss, Survivor's Economic Loss and Survivor's Replacement Services Loss — Total Maximum Limit Per Week | COLUMN C<br>Funeral Expense Total Aggregate Limit |
|---|---|---|---|
| Option 1 | $ 10,000 | $50 | — |
| Option 2 | $ 20,000 | 100 | — |
| Option 3 | $ 30,000 | 200 | — |
| Option 4 | $ 40,000 | 300 | — |
| Option 5 | $ 65,000 | 400 | $1,000 |
| Option 6 | $ 90,000 | 550 | 1,000 |

C. The limits of liability shown in the Schedule for Added Personal Injury Protection Coverage are the most we will pay to or for the **named insured** or any one **family member** injured in any one **motor vehicle** accident.

These limits of liability are the most we will pay regardless of the number of:

1. **Insureds**;

2. Policies or approved self-insurance plans applicable;

3. Claims made; or

4. **Your covered autos.**

D. The Limits of Liability provision of the Personal Injury Protection Coverage is amended by adding the amounts set forth in the Schedule as follows:

1. The introductory paragraph is amended by adding the amount shown on the appropriate line in column **A**, to the amount of "$10,000";

2. Paragraph **2.** is amended by adding the amount shown on the appropriate line in column **B**, to the amount of "$200";

3. Paragraph **1.** is amended by adding the amount shown on the appropriate line in column **C**, to the amount of "$1,000".

E. The absence of an entry in the Schedule indicates no change in the limits shown in the Personal Injury Protection Coverage for such benefit.

F. This coverage does not apply to **bodily injury** sustained by any **insured** while **occupying** or while a **pedestrian** through being struck by a **motor vehicle** owned by such **insured** with respect to which the coverage provided by the Added Personal Injury Protection Coverage is in effect.

G. Exclusion **A.1.** of the Personal Injury Protection Coverage does not apply to the Added Personal Injury Protection Coverage.

H. The Other Insurance provision is replaced by the following:

1. No one will be entitled to receive duplicate payments for the same elements of loss under this or any other similar insurance, including approved self-insurance plans.

**2.** Any coverage we provide under this coverage shall be excess over any applicable personal injury protection coverage provided in accordance with the Kentucky Motor Vehicle Reparations Act.

**3.** If work loss, replacement services loss, survivor's economic loss, survivor's replacement loss or funeral expenses are payable under more than one policy or approved self-insurance plan, the maximum recovery under all such insurance shall not exceed the amount which would have been payable under the insurance with the highest limit of insurance.

**4.** If there is other applicable similar insurance, including approved self-insurance plans, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

**I.** Paragraph **(2)(a)** of the Notice To Policyholders does not apply.

**J.** This coverage is subject to all the terms and provisions of the Personal Injury Protection Coverage not expressly modified herein.

---

## UNDERINSURED MOTORISTS COVERAGE

### INSURING AGREEMENT

**A.** We will pay damages which an **insured** is legally entitled to recover from the owner or operator of an **underinsured motor vehicle** because of **bodily injury**:

**1.** Sustained by that **insured**; and

**2.** Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **underinsured motor vehicle**. All claims must be reported to us in writing within three years of the accident. We will not pay damages to any **insured** until there has been compliance with all policy provisions.

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B.** "**Insured**" as used in this coverage means:

**1.** You or any **family member**.

**2.** Any Rated Driver shown on the Declarations other than you or a **family member**.

**3.** Any other person **occupying your covered auto** with your express or implied permission. The actual use must be within the scope of that permission.

**4.** Any person for damages that person is entitled to recover because of **bodily injury** to which this coverage applies sustained by a person described in **1.**, **2.** or **3.** above.

**C.** "**Underinsured motor vehicle**" means a land motor vehicle or trailer of any type to which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for **bodily injury** under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages.

However, "**underinsured motor vehicle**" does not include any vehicle or equipment:

**1.** To which a bodily injury liability bond or policy applies at the time of the accident but its limit for bodily injury liability is less than the **minimum limit** for bodily injury liability specified by the financial responsibility law of the state in which **your covered auto** is principally garaged.

**2.** Owned by or furnished or available for the regular use of you or any **family member**.

**3.** Owned or operated by a person qualifying as a self-insurer under any applicable motor vehicle law.

**4.** Operated on rails or crawler treads.

**5.** Designed mainly for use off public roads while not on public roads.

**6.** While located for use as a residence or premises.

**7.** To which a bodily injury liability bond or policy applies at the time of the accident but the bonding company or insuring company:

**a.** denies coverage; or

**b.** is or becomes insolvent.

## EXCLUSIONS

**A.** We do not provide Underinsured Motorists Coverage for **bodily injury** sustained by any **insured**:

  **1.** If that **insured** or the legal representative settles the **bodily injury** claim without our consent.

  **2.** While **occupying your covered auto** when it is being used as a public or livery conveyance. This exclusion (**A.2.**) does not apply to a share-the-expense car pool.

  **3.** While using any vehicle while employed in the pickup or delivery of newspapers or magazines, food or any products for the purpose of compensation. This exclusion does not apply to delivery that is incidental to an **insured's business**.

  **4.** While using a vehicle without the express or implied permission of the owner or other person having lawful possession, or using a vehicle beyond the scope of the permission granted. However, this exclusion does not apply to you or any **family member** using **your covered auto**.

  **5.** While **occupying** or operating an owned motorcycle or moped.

**B.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under a workers compensation, disability benefits or similar law.

**C.** We do not provide Underinsured Motorists Coverage for **punitive or exemplary damages**.

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for "each person" for Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care and loss of services (including loss of consortium and wrongful death), arising out of **bodily injury** sustained by any one person in any one accident. Subject to this limit for "each person", the limit of liability shown in the Declarations for "each accident" for Underinsured Motorists Coverage is our maximum limit of liability for all damages for **bodily injury** resulting from any one accident.

This is the most we will pay regardless of the number of:

  **1.** **Insureds**;

  **2.** Claims made;

  **3.** Vehicles shown in the Declarations; or

  **4.** Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under Part **A**, Part **B** or Part **C** of this policy.

**C.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**D.** We will reduce the **insured's** total damages by any amount available to that **insured**, under any bodily injury liability bonds or policies applicable to the **underinsured motor vehicle**, that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of an **underinsured motor vehicle**. However, any reduction of that **insured's** total damages will not reduce the limit of liability for this coverage.

This Paragraph (**D.**) shall not apply if we advance payment to the **insured** in an amount equal to the tentative settlement with the insurer of the **underinsured motor vehicle**.

**E.** We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

  **1.** Workers compensation law; or

  **2.** Disability benefits law.



**F.** If the Declarations indicates that Combined Single Limit Underinsured Motorists Coverage applies, Paragraph **A.** is replaced by the following:

The limit of liability shown in the Declarations for Underinsured Motorists Coverage is our maximum limit of liability for all damages because of **bodily injury** resulting from any one accident. This is the most we will pay regardless of the number of:

**1.** **Insureds**;

**2.** Claims made;

**3.** Vehicles shown in the Declarations; or

**4.** Vehicles involved in the accident.

**G.** A vehicle and attached **trailer** are considered one vehicle. Therefore the limits of liability will not be increased for an accident involving a vehicle which has an attached **trailer**.

**OTHER INSURANCE**

If there is other applicable insurance similar to the insurance provided under this coverage, we will pay only our share of the loss, Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle:

**1.** You do not own, including any vehicle while used as a temporary substitute for **your covered auto**; or

**2.** Owned by you or any **family member** which is not insured for this coverage under this policy;

Shall be excess over any other collectible insurance similar to the insurance provided by this coverage.

**ARBITRATION**

**A.** If we and an **insured** do not agree:

**1.** Whether that **insured** is legally entitled to recover **damages**; or

**2.** As to the amount of damages which are recoverable by that **insured**;

from the owner or operator of an **underinsured motor vehicle**, then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**B.** Each party will pay the expenses it incurs, and bear the expenses of the third arbitrator equally.

**C.** Unless both parties agree otherwise, arbitration will take place in the county and state in which the **insured** lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will not be binding.

**ADDITIONAL DUTIES**

A person seeking Underinsured Motorists Coverage must also promptly:

**1.** Send us copies of the legal papers if a suit is brought; and

**2.** Notify us in writing by certified or registered mail of a tentative settlement between the **insured** and the insurer of the **underinsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such **underinsured motor vehicle**.

---

**ROADSIDE ASSISTANCE COVERAGE CALL 1-877-ROAD-101 (1-877-762-3101)**

"**Your covered auto**" as used in this endorsement means a private passenger vehicle, motor home or **trailer** owned by you and for which a specific premium is shown on the Declarations for this coverage.

The following coverages apply to each vehicle for which this coverage is shown on the Policy Declarations:

**1.** Each time **your covered auto** or any **non-owned auto** is disabled due to mechanical or electrical breakdown we will pay reasonable and necessary expenses for the use of an **authorized service**

**provider** to tow or flatbed **your covered auto** or **non-owned auto** up to 15 miles or to the nearest qualified place where necessary repairs can be made during regular **business** hours.

2.   Each time **your covered auto** or any **non-owned auto** is disabled requiring:

    **a.**   Towing to dislodge the vehicle from its place of disablement within 100 feet of a public street or highway; or

    **b.**   Labor, including change of tire, at the place of its breakdown; or

    **c.**   Delivery of fuel, oil, water or other fluids (we do not pay the costs of these items); or

    **d.**   Key lock-out services;

    we will cover up to one (1) hour of labor for the use of an **authorized service provider** for service at the place of disablement.

3.   For policies with a 6 month policy term, coverage is limited to no more than two occurrences per vehicle plus an additional two occurrences per policy in a 6 month policy period for both coverages **1.** and **2.**, above.

4.   For policies with an annual policy term, coverage is limited to no more than four occurrences per vehicle plus an additional four occurrences per policy in a 12 month policy period for both coverages **1.** and **2.**

**Authorized service provider** means a service provider contracted by us providing, at no charge to you, roadside assistance as described and limited above.

When service is provided by other than an **authorized service provider**, we will reimburse you only for reasonable charges as determined by us.

No deductible applies to this coverage.

---

## LOSS OF USE COVERAGE

The provisions and exclusions that apply to Part **D** — Coverage for Damage to Your Auto also apply to this coverage except as changed below:

When there is a loss to any vehicle described in the Declarations for which a specific premium charge indicates that Loss of Use Coverage is afforded, we will reimburse you for expenses you incur to rent a substitute vehicle.

This coverage applies only if:

1.   The vehicle is withdrawn from use for more than 24 hours;

2.   The loss is caused by **collision**, or is covered by the Comprehensive Coverage of this policy; and

3.   The loss exceeds the appropriate **collision** or **comprehensive** deductible applying to the vehicle.

However, this coverage does not apply to losses caused by **collision** if Collision Coverage does not apply to the vehicle.

Our payment will be limited to that period of time reasonably required to repair or replace the vehicle. We will pay up to the amount per day and the maximum shown for Loss of Use in the Declarations.

No deductible applies to this coverage.

This policy has been signed by our President and Secretary.

James MacPhee
President

Mark C. Touhey
Vice President and Secretary

This policy includes copyrighted material of Insurance Services Office, Inc. with its permission.

SA-1701/EP 9/90
G19



**Safeco** Insurance™
A Liberty Mutual Company

OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE    KY   40243-2808

December 8, 2019

Policy Number: ████3622
24-Hour Claims: 1-800-332-3226
Policy Service: (502) 451-8800
Online Account Services: www.safeco.com

**THIS IS NOT A BILL.**

DALE ROMANS
TAMMY FOX
PO BOX 21428
LOUISVILLE KY  40221-0428

Information on your umbrella policy renewal:

We would also like to draw your attention to the following:

■ Your new policy period begins February 24, 2020.  The 12-month premium for this policy is $960.42 for the February 24, 2020 to February 24, 2021 policy term.

■ This is not a bill.   Your bill will be sent in a separate mailing approximately 25 days before it is due.   The bill may reflect full or installment payment options and your payment will be due on the policy renewal date February 24, 2020.   The total amount may differ from the amount above based on the fees associated with your chosen payment plan.   Please refer to the "Important Billing Information" form in this renewal package to see what changes may affect your billing choices.

A $886.80 payment for the outstanding bill on your account will be deducted on December 24, 2019.

If you have any questions or wish to make any changes to your policy, you can do so by calling your agent at (502) 451-8800.

We appreciate the opportunity to serve you.   Thank you.

*Tyler Asher*
Tyler Asher
President, Safeco Insurance

# EXHIBIT B

**SAFECO INSURANCE COMPANY OF AMERICA**
P O BOX 515097, LOS ANGELES, CA 90051

OC-429/EP 10/13



**Safeco** Insurance™
A Liberty Mutual Company

## CUSTOMER ACCOUNT SUMMARY                    DECEMBER 8, 2019

| AGENT: | CUSTOMER: |
|---|---|
| OLD KENTUCKY INSURANCE INC | DALE ROMANS |
| 915 LILY CREEK RD | TAMMY FOX |
| LOUISVILLE     KY   40243-2808 | PO BOX 21428 |
| | LOUISVILLE KY  40221-0428 |
| (502) 451-8800 | **Account Number:** |
| | ▉▉▉3497 |

| QUESTIONS? | Policy Services: (502) 451-8800 | Online Account Services: www.safeco.com/myaccount | 24-Hour Claims: 1-800-332-3226 |
|---|---|---|---|

Thank you for being a valued customer.

At Safeco, we partner with your agent to provide you with a broad portfolio of products, responsive customer service and options that are simple and convenient.   Your Safeco Package is a comprehensive combination of convenience, savings and protection.   And it's our priority to protect the things and people that matter most to you.

Enclosed are important documents about your policy renewals.   If you have questions regarding your coverage or other products offered by Safeco, please contact your agent.

We appreciate your business and the trust you place in us to meet your insurance needs.

**YOUR POLICY DETAILS:**

| Policy | Policy Number | Policy is From | Effective To | Term Premium |
|---|---|---|---|---|
| UMBRELLA | ▉▉3622 | 02/24/2020 | 02/24/2021 | $960.42 |

  Discounts applied to this policy:   No discounts applied
  Issued by:  Safeco Insurance Company of America

| AUTOMOBILE | ▉▉4185 | 02/24/2020 | 02/24/2021 | $602.18 |
|---|---|---|---|---|
| If you pay in full or use the 2-pay plan | | | | $550.02 |

  Discounts applied to this policy:   Account, Advance Quoting, Low Mileage, Violation Free,
  Coverage, Homeowners, Multi-Car, Preferred Payment Method
  Issued by:  Safeco Insurance Company of Illinois

| AUTOMOBILE | ▉▉1790 | 07/17/2019 | 07/17/2020 | $8,617.78 |
|---|---|---|---|---|

  Discounts applied to this policy:   Account, Theft Prevention Device, Low Mileage, Violation Free,
  Coverage, Homeowners, Multi-Car, Preferred Payment Method
  Issued by:  Safeco Insurance Company of Illinois



**THIS IS NOT A BILL.** Please do not send payment now. You will be receiving a separate invoice statement(s) based on the payment schedule you selected. Thank you for selecting us to service your insurance needs.

OC-726/EPA 4/09
G1

# KENTUCKY POLICY COVER SHEET

## KENTUCKY PERSONAL UMBRELLA POLICY

Your policy is a legal contract between you and us. **PLEASE READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company. **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

**MAJOR PROVISIONS OF THE POLICY**

Persons insured, coverages, deductible, optional exclusions, optional coverages and limits purchased are shown on the Declarations.

The policy is divided into five parts:

- **Insuring Agreement**
- **Definitions**
- **Coverages**
- **Exclusions**
- **Conditions**

Page 1 lists the **Insuring Agreement** which explains what coverages we will provide in the Umbrella Policy.

The first page of the contract lists the **Definitions** which will apply throughout the policy.

The **Coverages** section begins on page three and is divided into three parts:

- **Personal Liability**
- **Defense Coverage**
- **Supplementary Payments**

The **Exclusions** begin on page 3, listing the exceptions to coverage and when coverage will not be provided under the policy.

**Conditions** of the policy begin on page 7 and explain certain conditions which apply to the policy which include but are not limited to:

- Your duties and responsibilities after an occurrence
- Payment of loss provision
- How changes to the policy are applied
- Information regarding legal action against us
- Our right to recover payment from others
- Provisions governing termination, cancellation or non-renewal
- Territory, Policy Period and Billing Cycle
- Transfer of your interest in this policy
- Maintenance of underlying insurance
- Provisions for when the limits of liability on any underlying insurance is exhausted
- Bankruptcy or death provisions.

If you have any questions about these coverages, please contact your agent or broker.



## Consumer Privacy Statement

Safeco appreciates the trust you place in us when you purchase insurance from one of our companies. We are committed to protecting your nonpublic personal information ("personal information") and we value you as a customer.

To learn more about how Safeco collects and uses your personal information, please read the following notice.

### Safeco's sources of information about you

We collect personal information about you from different sources, including:

- The information you provide on applications or other forms (such as your name, address and Social Security number);
- Your transactions with us, our affiliates or others (such as your payment history and claims information);
- The information we receive from a consumer reporting agency or insurance support organization (such as your credit history, driving record or claims history); and
- Your independent insurance producer (such as updated information pertaining to your account).

### Safeco's use of your personal information

We only disclose personal information about our customers and former customers as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. These third parties may include independent insurance producers authorized to sell Safeco insurance products, independent contractors (such as automobile repair facilities and property inspectors), independent claims representatives, insurance support organizations, other insurers, auditors, attorneys, courts and government agencies. We may also disclose your personal information to other financial institutions with whom we have joint marketing agreements. When we disclose your information to these individuals or organizations, we require them to use it only for the reasons we gave it to them.

We may also share information about our transactions (such as payment history and products purchased) and experiences with you (such as claims made) within our Safeco family of companies.

Safeco does not sell your personal information to others and we do not provide your information to third parties for their own marketing purposes.

### Independent Safeco Insurance Agents

The independent insurance agents authorized to sell Safeco products are not Safeco employees and not subject to Safeco's Privacy Policy. Because they have a unique business relationship with you, they may have additional personal information about you that Safeco does not have. They may use this information differently than Safeco. Contact your Safeco distributor to learn more about their privacy practices.

### Information about Safeco's web site

If you have internet access and want more information about our web site specific privacy and security practices, click on the Privacy Policy link on www.safeco.com.

OC-701/EP 3/16

**Protecting your personal information from unauthorized access**

We maintain physical, electronic and procedural safeguards to protect your personal information. Our employees are authorized to access customer information only for legitimate business purposes.

**State Privacy Laws**

This privacy statement may be supplemented by privacy laws in your state. We will protect your information in accordance with state law.

**This Privacy Statement applies to the following members of the Safeco family of companies:**

**American Economy Insurance Company**
**American States Insurance Company**
**American States Insurance Company of Texas**
**American States Lloyds Insurance Company**
**American States Preferred Insurance Company**
**First National Insurance Company of America**
**General Insurance Company of America**
**Insurance Company of Illinois**
**Liberty County Mutual Insurance Company**
**Safeco Insurance Company of America**
**Safeco Insurance Company of Illinois**
**Safeco Insurance Company of Indiana**
**Safeco Insurance Company of Oregon**
**Safeco Lloyds Insurance Company**
**Safeco National Insurance Company**
**Safeco Surplus Lines Insurance Company**




1086X

© 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group. All Rights Reserved.

OC-701/EP 3/16



**Safeco** Insurance™
A Liberty Mutual Company

**POLICY NUMBER:** ███████3622

## SAFECO INSURANCE COMPANY OF AMERICA
## PERSONAL UMBRELLA POLICY DECLARATIONS

**INSURED:**
DALE ROMANS
TAMMY FOX
PO BOX 21428
LOUISVILLE KY  40221-0428

**AGENT:**
OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE     KY   40243-2808

(502) 451-8800

**RESIDENCE PREMISES:**
1812 PARKRIDGE PKWY
LOUISVILLE KY  40214-5916

**POLICY PERIOD FROM:** FEB. 24 2020
**TO:** FEB. 24 2021

at 12:01 A.M. Standard time at
the address of the insured as
stated herein.

**RETAINED LIMIT:**          $250
**LIMIT OF LIABILITY:**   $2,000,000

**SCHEDULE OF UNDERLYING INSURANCE:**
You, as defined in the policy contract, agree:
1) that insurance policies providing the coverages specified on the back of these declarations, if applicable, are in force and will be maintained in force as collectible insurance for at least the required minimum limits stated.
2) to insure all motor vehicles owned, leased by or used by you.
3) to insure all residence premises owned, leased by or leased to you.
4) to insure all recreational vehicles owned, leased by or used by you.
5) to insure all watercraft owned by you.

| COVERAGES | PREMIUM |
|---|---|
| Basic premium – includes one automobile and primary residence | $  321.00 |
| 4 Additional automobiles in the household | $  427.00 |
| 1 Driver under 25 years of age | $  145.00 |
| LOUISVILLE URBAN CITY TAX AND COLLECTION FEE | $   51.35 |
| Kentucky Surcharge | $   16.07 |
| **TOTAL ANNUAL PREMIUM** | $  960.42 |

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
  $2.00 per installment for recurring automatic deduction (EFT)
  $5.00 per installment for recurring credit card or debit card
  $5.00 per installment for all other payment methods

**ENDORSEMENTS APPLICABLE TO THIS POLICY:**

Designated Vehicle Liability Exclusion



1065   00000072D0NQUI609952112065

**PLEASE SEE REVERSE**
ORIGINAL

P-1075/EP 3/14
G1

**DATE PREPARED DEC.  8 2019**

| Type of Policy | Required Minimum Limits | | |
|---|---|---|---|
| Automobile/Motor Vehicle Liability (Including motor homes) | Single Limit | - | 500,000 each occurrence |
| Comprehensive Personal Liability | Single Limit | - | 300,000 each occurrence |
| Premises Liability | Single Limit | - | 300,000 each occurrence |
| Motorcycle Liability | Single Limit or Bodily Injury and Property Damage | - - - - | 500,000 each occurrence 250,000 each person/ 500,000 each occurrence 100,000 each occurrence |
| Recreation Vehicle Liability | Single Limit or Bodily Injury and Property Damage | - - - - | 300,000 each occurrence 250,000 each person/ 500,000 each occurrence 100,000 each occurrence |
| Watercraft Liability 1. a. Powerboats 32 feet or more in length; or b. Sailing vessels (with or without auxiliary power) 26 feet or more in length 2. All other watercraft | Single Limit Single Limit or Bodily Injury and Property Damage | - - - - - | 500,000 each occurrence 300,000 each occurrence 250,000 each person/ 500,000 each occurrence 100,000 each occurrence |
| Incidental Farm Coverage | Single Limit | - | 300,000 each occurrence |

1065X

**Safeco** Insurance™
A Liberty Mutual Company

OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE    KY   40243-2808

December 8, 2019

Policy Number:  ████3617
24-Hour Claims: 1-800-332-3226
Policy Service:  (502) 451-8800
Online Account Services:  www.safeco.com

**THIS IS NOT A BILL.**

DALE ROMANS
TAMMY FOX
PO BOX 21428
LOUISVILLE KY  40221-0428

Thank you for allowing us to continue serving your home insurance needs.   We appreciate your business and the trust that you have placed in us.

This renewal reflects adjustments to your dwelling, other structures, and personal property limits. We have adjusted your dwelling coverage limit to reflect increases in labor and materials costs in your area.   As part of your responsibility to maintain adequate amounts of insurance, please contact your agent to ensure that your limits reflect your dwelling's current features and characteristics, particularly if you have remodeled recently.

Your other structures and personal property limits, which are based on your dwelling coverage, have also been adjusted.   You should review whether your coverage is adequate at least annually, and after each significant personal property purchase.   If you would like to change your limits, or schedule any of your high value items, please contact your agent.

Your policy has a special deductible for losses caused by wind or hail.   Please see your declarations page for the dollar amount of this deductible.

With this renewal the following changes were made, including those requested by you or your agent or broker:

- Your Dwelling Limits (Coverage A) changed from $576,700 to $590,000.   Other coverage limits listed below also changed since they are factors of your dwelling limits.
- Your Other Structure Limits (Coverage B) changed from $57,670 to $59,000.
- Your Personal Property Limits (Coverage C) changed from $403,690 to $413,000.
- Your Additional Living Expense (Coverage D) changed from $115,340 to $118,000.

We would also like to draw your attention to the following:

■ Your new policy period begins February 24, 2020.   The 12-month premium for this policy is $2,331.68 for the February 24, 2020 to February 24, 2021 policy term.

PLEASE SEE REVERSE
**SAFECO INSURANCE COMPANY OF AMERICA**
P O BOX 515097, LOS ANGELES, CA 90051

OC-429/EP 10/13

**EXHIBIT C**


● This is not a bill.   Your bill will be sent in a separate mailing approximately 25 days before it is due.   The bill may reflect full or installment payment options and your payment will be due on the policy renewal date February 24, 2020.   The total amount may differ from the amount above based on the fees associated with your chosen payment plan.   Please refer to the "Important Billing Information" form in this renewal package to see what changes may affect your billing choices.

Your renewal premium is $2,331.68.   We have sent a bill for this amount to your mortgage servicing company.   The bill will be due on the policy renewal date February 24, 2020 .

When we prepared this letter the premiums shown below were due for coverage we are providing until February 23, 2020.   Your mortgage servicing agency will pay the renewal premium, but you need to pay the current term premiums due yourself.   If you have not already mailed a payment for these premiums, please send us your payment by the date shown below.   If the date shown is in the past, you should mail your payment immediately.

SUMMARYOFCURRENTTERMPREMIUMSDUE

$0.00TotalCurrentTermPremiumsDue

If you have any questions or wish to make any changes to your policy, you can do so by calling your agent at (502) 451-8800.

We appreciate the opportunity to serve you.   Thank you.

Tyler Asher
President, Safeco Insurance



## Consumer Privacy Statement

Safeco appreciates the trust you place in us when you purchase insurance from one of our companies. We are committed to protecting your nonpublic personal information ("personal information") and we value you as a customer.

To learn more about how Safeco collects and uses your personal information, please read the following notice.

### Safeco's sources of information about you

We collect personal information about you from different sources, including:

- The information you provide on applications or other forms (such as your name, address and Social Security number);

- Your transactions with us, our affiliates or others (such as your payment history and claims information);

- The information we receive from a consumer reporting agency or insurance support organization (such as your credit history, driving record or claims history); and

- Your independent insurance producer (such as updated information pertaining to your account).

### Safeco's use of your personal information

We only disclose personal information about our customers and former customers as permitted by law. Generally, this includes sharing it with third parties to administer your transactions with us, service your insurance policy or claim, detect and prevent fraud, or with your authorization. These third parties may include independent insurance producers authorized to sell Safeco insurance products, independent contractors (such as automobile repair facilities and property inspectors), independent claims representatives, insurance support organizations, other insurers, auditors, attorneys, courts and government agencies. We may also disclose your personal information to other financial institutions with whom we have joint marketing agreements. When we disclose your information to these individuals or organizations, we require them to use it only for the reasons we gave it to them.

We may also share information about our transactions (such as payment history and products purchased) and experiences with you (such as claims made) within our Safeco family of companies.

Safeco does not sell your personal information to others and we do not provide your information to third parties for their own marketing purposes.

### Independent Safeco Insurance Agents

The independent insurance agents authorized to sell Safeco products are not Safeco employees and not subject to Safeco's Privacy Policy. Because they have a unique business relationship with you, they may have additional personal information about you that Safeco does not have. They may use this information differently than Safeco. Contact your Safeco distributor to learn more about their privacy practices.

### Information about Safeco's web site

If you have internet access and want more information about our web site specific privacy and security practices, click on the Privacy Policy link on www.safeco.com.

**Protecting your personal information from unauthorized access**

We maintain physical, electronic and procedural safeguards to protect your personal information. Our employees are authorized to access customer information only for legitimate business purposes.

**State Privacy Laws**

This privacy statement may be supplemented by privacy laws in your state. We will protect your information in accordance with state law.

**This Privacy Statement applies to the following members of the Safeco family of companies:**

**American Economy Insurance Company**
**American States Insurance Company**
**American States Insurance Company of Texas**
**American States Lloyds Insurance Company**
**American States Preferred Insurance Company**
**First National Insurance Company of America**
**General Insurance Company of America**
**Insurance Company of Illinois**
**Liberty County Mutual Insurance Company**
**Safeco Insurance Company of America**
**Safeco Insurance Company of Illinois**
**Safeco Insurance Company of Indiana**
**Safeco Insurance Company of Oregon**
**Safeco Lloyds Insurance Company**
**Safeco National Insurance Company**
**Safeco Surplus Lines Insurance Company**




© 2011 Safeco Insurance Company of America, Member of Liberty Mutual Group. All Rights Reserved.

## Information about your Policy

Policy Number: ███3617

DALE ROMANS
TAMMY FOX
PO BOX 21428
LOUISVILLE KY  40221-0428

Like many insurance companies, Safeco Insurance considers many factors, including information based on your credit history, to determine your premium. You have the option to request that we re-evaluate your insurance policy using current credit information. If you request that we update your credit information, it may result in a quoted premium either higher or lower than your current premium. To submit a request, return this form to Safeco Insurance, Attn: Policy Support, P.O. Box 515097, Los Angeles, CA 90051-5097 or fax it to (877) 344-5107. You may submit a request once every 12 months or as otherwise permitted by law. Any changes will be applied at your next renewal.

By returning this form, you request Safeco Insurance to re-evaluate your policy based on your current credit information.

CN-7402/EP 8/15
G1



**Safeco Insurance**™
A Liberty Mutual Company

## SAFECO INSURANCE COMPANY OF AMERICA
Home Office:  62 Maple Ave, Keene, NH 03431 (A stock insurance company.)
### HOMEOWNERS POLICY DECLARATIONS

| | |
|---|---|
| **POLICY NUMBER:** | **POLICY PERIOD:  FROM:** FEB. 24, 2020 12:01 A.M. |
| ███3617 | **TO:** FEB. 24, 2021 12:01 A.M. |

**NAMED INSURED AND MAILING ADDRESS:**
DALE ROMANS
TAMMY FOX
PO BOX 21428
LOUISVILLE KY  40221-0428

**AGENT:**
OLD KENTUCKY INSURANCE INC
915 LILY CREEK RD
LOUISVILLE      KY   40243-2808

**Valued Homeowners Customer Since: FEB. 24, 2014**

**INSURED LOCATION:**
1812 PARKRIDGE PKWY
LOUISVILLE KY  40214-5916

**POLICY SERVICE INFORMATION:**
**TELEPHONE:**  (502) 451-8800
**E-MAIL:**
**WEBSITE:** www.oldkyins.com

---

**IMPORTANT MESSAGES**

   - Your policy has renewed effective February 24, 2020.

**LIMITS OF LIABILITY**
(Policy Section I - Property Coverages and Section II - Liability Coverages)

| Coverage A — Dwelling | Coverage B — Other Structures | Coverage C — Personal Property | Coverage D — Additional Living Expense | Coverage E — Personal Liability | Coverage F — Medical Payments |
|---|---|---|---|---|---|
| $590,000 | $59,000 | $413,000 | $118,000 | $500,000 | $1,000 |

**DEDUCTIBLES.**
The following deductibles apply unless otherwise stated within the policy.

|  | AMOUNT |
|---|---|
| Section I, except as noted below | $  1,000 |
| Windstorm or Hail Deductible | 1,000 |

| | PREMIUM |
|---|---|
| BASIC COVERAGES | $   3,150.00 |
| OTHER COVERAGES, LIMITS AND OPTIONAL COVERAGES | $    121.00 |
| DISCOUNTS AND SURCHARGES | $   -939.32 |
| **TOTAL POLICY PREMIUM:** | **$   2,331.68** |

**Premium Payer:**  Servicing Mortgagee

You may pay your premium in full or in installments. There is no installment fee for
the following billing plans: Full Pay. Installment fees for all other billing plans
are listed below. If more than one policy is billed on the installment bill, only
the highest fee is charged. The fee is:
  $2.00 per installment for recurring automatic deduction (EFT)
  $5.00 per installment for recurring credit card or debit card
  $5.00 per installment for all other payment methods



**SAFECO INSURANCE COMPANY OF AMERICA**
**HOMEOWNERS POLICY DECLARATIONS**

CONTINUED                    POLICY NUMBER: ▇▇▇3617

Servicing Mortgagee                 Second Mortgagee
    CITIMORTGAGE                        FIRST CAPITAL BANK OF KY
    ITS SUCCESSORS AND/OR ASSIGNS       ITS SUCCESSORS AND/OR ASSIGNS
    PO BOX 7706                         293 N HUBBARDS LANE
    SPRINGFIELD OH  45501               LOUISVILLE KY  40207
    LOAN NUMBER:  2003755180011

**POLICY LIMITS AND OTHER ADDITIONAL COVERAGES**
(Unless otherwise stated, all limits and coverages are included in basic coverages)
    **COVERAGE LEVEL: NEW QUALITY-PLUS**
SECTION I - PROPERTY COVERAGES
COVERAGE C - PERSONAL PROPERTY - 3. SPECIAL LIMITS OF LIABILITY
a.Money, pre-paid cards...    $    250   h.Business Property
b.Rare coins and currency...  $  3,000       On Premises...          $  3,000
c.Securities, debit cards...  $  3,000       Off Premises Sub-limit  $  1,000
d.Watercraft...               $  3,000   i.Tapes, records, discs...  $    500
e.Trailers...                 $  3,000   j.Theft of rugs...          $  5,000
f.Theft of jewelry, watches... $ 3,000   k.Grave Markers...          $  3,000
g.Theft of silverware...      $  3,000

| OTHER INCLUDED COVERAGES/POLICY PROVISIONS | Limit | Premium |
|---|---|---|
| Loss Assessment Coverage | $    5,000 | $    2.00 |
| Building Ordinance or Law Coverage ( 10%) | $   59,000 | Included |
| Fungi, Wet or Dry Rot, or Bacteria | $   10,000 | Included |
| Reasonable Repairs | $    5,000 | Included |
| Fire Department Service Charge | $    3,000 | Included |
| Land Stabilization | $    5,000 | Included |
| Arson Reward | $   25,000 | Included |
| Criminal Conviction Reward - Item a. Information | $    2,500 | Included |
| Criminal Conviction Reward - Item b. Property Recovery | $    5,000 | Included |
| Credit Card, Fund Transfer, Forgery & Counterfeit Money | $    3,000 | Included |
| Volunteer America | | Included |
|     Section I (All Perils Coverage) | | Included |
|     Section II - Liability Coverage | | Included |
|     Section II - Property Damage | $    2,000 | Included |

| OPTIONAL COVERAGES | Limit | Premium |
|---|---|---|
| Personal Property Replacement Cost | | Included |
| Extended Dwelling Coverage | Up to 25% | Included |
| Escape of Water from Sump (Building/Contents) | $   10,000 | $   93.00 |
| Refrigerated Spoilage Coverage | | $   13.00 |
| Identity Recovery Coverage | $   25,000 | $   13.00 |
| Additional Interest | | |
|     Section I - Property Coverages | | Included |

| DISCOUNTS AND SURCHARGES | Premium |
|---|---|
| Package Auto Discount | $   -764.00 |
| Umbrella Policy Discount | $   -122.00 |
| Renewal Discount | $    -31.00 |
| Advance Quote Discount | $   -124.00 |
| Burglar Alarm Discount | $    -62.00 |
| LOUISVILLE URBAN CITY TAX AND COLLECTION FEE | $    124.66 |
| Kentucky Surcharge | $     39.02 |

For information on other deductibles, coverages or discounts available in your state
or to review your account online, log on to www.safeco.com

42X0X

**SAFECO INSURANCE COMPANY OF AMERICA**
**HOMEOWNERS POLICY DECLARATIONS**

CONTINUED                    POLICY NUMBER: ▆▆▆3617

**FORMS APPLICABLE TO THIS POLICY:**

| | |
|---|---|
| HOM-7301/EP 1/09 | - PERSONAL PROPERTY REPLACEMENT COST |
| HOM-7300/EP 1/09 | - EXTENDED DWELLING COVERAGE |
| HOM-7210/EP 1/09 | - SAFECO NEW QUALITY-PLUS HOMEOWNERS CVRG |
| HOM-7230/EP 1/09 | - WINDSTORM/HAIL DEDUCTIBLE |
| HOM-7311/EP 1/09 | - ESCAPE OF WATER FROM SUMP/SUMP PUMP DRAIN (BLDG AND CONT) |
| HOM-7307/EP 1/09 | - IDENTITY RECOVERY COVERAGE |
| HOM-7305/EP 1/09 | - REFRIGERATED SPOILAGE COVERAGE |
| HOM-7030/EP 1/09 | - HOMEOWNERS POLICY |
| HOM-7232/EP 1/09 | - EXECUTION CLAUSE |
| HOM-7012/EP 1/09 | - ADDITIONAL INTEREST ENDORSEMENT |
| HOM-7100/KYEP R1 5/09 | - SPECIAL PROVISIONS - KY |
| HOM-7234/KYEP 9/12 | - KENTUCKY POLICY COVER SHEET |







Safeco Insurance™
A Liberty Mutual Company

POLICY NUMBER:

## ADDITIONAL INTEREST ENDORSEMENT

**AGENT:**
OLD KENTUCKY INSURANCE INC
P O BOX 20887
LOUISVILLE      KY   40250-0887

**INSURED:**
DALE ROMANS
TAMMY FOX

**AGENT TELEPHONE: (502) 451-8800**

FIRST CAPITAL BANK OF KY
ITS SUCCESSORS AND/OR ASSIGNS
293 N HUBBARDS LANE
LOUISVILLE KY  40207

←**ADDITIONAL INTEREST**

**TYPE OF INTEREST:**
SECOND MORTGAGEE

**EFFECTIVE DATE:**
FEB. 24 2014

The person(s) and/or organization(s) listed above are considered to have an interest in the *residence premises*, subject to the following:

### SECTION I — PROPERTY COVERAGES

[X] If this box is checked, this additional interest is applicable to **Coverage A — Dwelling, Coverage B — Other Structures,** or **Coverage C — Personal Property.**

Loss payments shall be made as follows:

1st  —  To the Mortgagee named in the Policy Declarations or Statement of Coverage, as its interest in the damaged property may appear;

2nd  —  To the persons or organizations listed as mortgagees on this or other endorsement, in their order of listing, as their interest(s) in the damaged property may appear;

3rd  —  To all other persons or organizations listed on this or other endorsement, in their date order of listing, as their interest(s) in the damaged property may appear;

4th  —  The balance, if any, to the named insured.

### SECTION II — LIABILITY COVERAGES

[ ] If this box is checked, this additional interest is applicable to **Coverage E — Personal Liability,** but only with respect to the *residence premises.*

This coverage does not apply to *bodily injury* to any employee arising out of or in the course of the employee's employment by the person(s) or organization(s) named on this or other endorsement.

### SECTION I and SECTION II — CONDITIONS

If this policy is canceled or not renewed by us, all additional interests will be notified in writing.

All provisions of this policy apply.

SAFECO INSURANCE COMPANY OF AMERICA

**INSURED'S COPY**

HOM-7012/EP 1/09
G3

**DATE PREPARED:FEB. 23 2014**

4213   0000072D0NQUI60934505I213



# SAFECO HOMEOWNERS POLICY

## Table of Contents

| | Beginning On Page |
|---|---|
| INSURING AGREEMENT | 1 |
| SECTION I — PROPERTY COVERAGES | 1 |
|     COVERAGE A — DWELLING | 1 |
|     COVERAGE B — OTHER STRUCTURES | 1 |
|         Building Property We Cover | 1 |
|         Building Property We Do Not Cover | 1 |
|         Building Property Losses We Cover | 1 |
|         Building Property Losses We Do Not Cover | 1 |
|     COVERAGE C — PERSONAL PROPERTY | 4 |
|         Personal Property We Cover | 4 |
|         Personal Property We Do Not Cover | 5 |
|         Personal Property Losses We Cover | 6 |
|         Personal Property Losses We Do Not Cover | 7 |
|     COVERAGE D — ADDITIONAL LIVING EXPENSE AND LOSS OF RENT | 7 |
|     ADDITIONAL PROPERTY COVERAGES | 8 |
|     PROPERTY CONDITIONS | |
|         Deductible | 11 |
|         Your Duties | 11 |
|         Loss Settlement | 12 |
| SECTION II — LIABILITY COVERAGES | |
|     COVERAGE E — PERSONAL LIABILITY AND COVERAGE F — MEDICAL PAYMENTS TO OTHERS | |
|         Liability Losses We Cover | 14 |
|         Liability Losses We Do Not Cover | 15 |
|     ADDITIONAL LIABILITY COVERAGES | 19 |
|     LIABILITY CONDITIONS | 20 |
| SECTIONS I AND II — PROPERTY AND LIABILITY CONDITIONS | |
|         Policy Period and Changes | 22 |
|         Concealment or Fraud | 22 |
|         Liberalization Clause | 22 |
|         Cancellation | 22 |
|         Non-Renewal | 23 |
|         Assignment | 23 |
|         Our Right to Recover Payment | 23 |
|         Death | 23 |
| POLICY DEFINITIONS | 23 |

4214

0000072D0NQUI6093450512I4






# INSURING AGREEMENT

In reliance on the information you have given us, we will pay claims and provide coverage as described in this policy if you pay the premiums when due and comply with all the applicable provisions outlined in this policy.

This policy applies only to losses occurring during the policy period.

# SECTION I — PROPERTY COVERAGES

## BUILDING PROPERTY WE COVER

### COVERAGE A — DWELLING

We cover:

1. the dwelling on the *residence premises* shown in your Policy Declarations used principally as a private residence, including structures attached to the dwelling other than fences, driveways or walkways;

2. attached carpeting, built-in appliances, fixtures; and

3. materials and supplies located on or next to the *residence premises* used to construct, alter or repair the dwelling or other structures on the *residence premises.*

### COVERAGE B — OTHER STRUCTURES

We cover:

1. fences, driveways and walkways; and

2. other structures on the *residence premises*, separated from the dwelling by clear space. This includes retaining walls, decorative or privacy walls and other structures connected to the dwelling by only a fence, utility line, plumbing, or similar connection.

## BUILDING PROPERTY WE DO NOT COVER

1. Land, no matter where it is located, including land on which the dwelling is located, except as noted in **Additional Property Coverages, Land Stabilization.**

2. Other structures:

   a. used in whole or in part for business; or

   b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private residence or garage.

## BUILDING PROPERTY LOSSES WE COVER

We cover accidental direct physical loss to property described in Building Property We Cover except as limited or excluded.

## BUILDING PROPERTY LOSSES WE DO NOT COVER

We do not cover loss caused directly or indirectly by any of the following excluded perils. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area;

1. freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired. This provision does not apply if you have used reasonable care to:

   a. maintain heat in the building; or

**b.** shut off the water supply and drain the system and appliances of water;

**2.** freezing, thawing, pressure or weight of water, ice or snow whether driven by wind or not, to a swimming pool, hot tub or spa, including their filtration and circulation systems, fence, landscape sprinkler system, pavement, patio, foundation, retaining wall, decorative or privacy wall, bulkhead, pier, wharf or dock;

**3.** theft in, to or from a dwelling under construction, including materials and supplies for use in the construction, until or unless the dwelling is occupied. A dwelling under construction includes being newly built, remodeled, reconstructed, renovated or repaired. This exclusion does not apply if you are occupying the dwelling as your primary residence at the time of the loss;

**4.** vandalism and malicious mischief, including fire caused by arson, or breakage of glass and safety glazing materials if the dwelling has been vacant for more than 60 consecutive days immediately before the loss. A dwelling under construction, including being newly built, remodeled, reconstructed, renovated or repaired is not considered vacant.

**5.** continuous or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor which occurs over a period of weeks, months or years.

**6.** **a.** wear and tear, marring, scratching, deterioration;

   **b.** inherent defect, mechanical breakdown;

   **c.** smog, rust or other corrosion, or electrolysis;

   **d.** smoke from agricultural smudging or industrial operations;

   **e.** settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs, ceilings, swimming pools, hot tubs, spas or chimneys;

   **f.** birds, vermin, rodents, insects or domestic animals;

   **g.** pressure from or presence of plant roots.

However, we do insure for any resulting loss from items **1.** through **6.** unless the resulting loss is itself excluded under **Building Property Losses We Do Not Cover** in this Section. If loss to covered property is caused by water or steam not otherwise excluded, we will cover the cost of tearing out and replacing any part of the building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which water or steam escaped.

**7.** **Pollution or Contamination,** meaning the existence of or the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, escape, emission, transmission or absorption of *pollutants or contaminants* at any time except as provided by **Additional Property Coverages — Household Products Coverage** under **Section I — Property Coverages.**

**8.** **Ordinance or Law,** meaning any ordinance or law:

   **a.** requiring or regulating the construction, remodeling, renovation, repair, or demolition of building property, including removal of resulting debris, unless specifically provided under this policy;

   **b.** the requirements of which result in a loss in value to property; or

   **c.** requiring any *insured* or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, *pollutants or contaminants.*

This exclusion applies whether or not the building property has been physically damaged.

**9.** **Earth Movement,** meaning:

   **a.** the sinking, rising, shifting, expanding or contracting of earth, all whether combined with water or not. Earth movement includes but is not limited to *earthquake,* landslide, mudflow, mudslide, sinkhole, subsidence, movement resulting from improper compaction, site selection or any other external forces, erosion including collapse or subsidence of land along a body of water as a result of erosion or undermining resulting from the action of water. This includes the channeling of a river or stream;

   **b.** erosion, shifting or displacement of materials supporting the foundation; and

   **c.** volcanic blast, volcanic explosion, shockwave, lava flow, lahars and fallout of volcanic particulate matter.

This exclusion applies whether the earth movement is caused by or resulting from human or animal forces or any act of nature.

4215X

We do cover direct loss by fire, explosion or theft.

10. **Water Damage,** meaning:

    **a.**   **(1)**  flood, surface water, waves, tidal water, tsunami, seiche, overflow of a body of water, storm surge or spray from any of these, whether or not driven by wind, including hurricane or similar storm; or

        **(2)**  release of water held by a dam, levee, dike or by a water or flood control device or structure;

    **b.**  water below the surface of the ground, including that which exerts pressure on, or seeps or leaks through a building, wall, bulkhead, sidewalk, driveway, foundation, swimming pool, hot tub or spa, including their filtration and circulation systems, or other structure;

    **c.**  water which escapes or overflows from sewers or drains located off the *residence premises;*

    **d.**  water which escapes or overflows from drains or related plumbing appliances on the *residence premises.* However, this exclusion does not apply to overflow and escape caused by malfunction on the *residence premises,* or obstruction on the *residence premises,* of a drain or plumbing appliance on the *residence premises;* or

    **e.**  water which escapes or overflows or discharges, for any reason, from within a sump pump, sump pump well or any other system designed to remove water which is drained from the foundation area.

Water includes any water borne materials.

This exclusion applies whether the water damage is caused by or resulting from human or animal forces or any act of nature.

Direct loss by fire, explosion or theft resulting from water damage is covered.

11. **Power Interruption,** meaning the failure of power or other utility service if the failure takes place off the *residence premises.* If any **Building Property Losses We Cover** ensues on the *residence premises,* we will pay only for the ensuing loss.

12. **Neglect,** meaning your failure to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered.

13. Loss caused directly or indirectly by war, including the following and any consequence of any of the following:

    **a.**  undeclared war, civil war, insurrection, rebellion, or revolution;

    **b.**  warlike act by a military force or military personnel; or

    **c.**  destruction or seizure or use for a military purpose.

Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

14. **Nuclear Hazard,** meaning nuclear reaction, nuclear radiation, or radioactive contamination, all whether controlled or uncontrolled, and whether or not one of the forces initiating or contributing to these nuclear hazards is covered within the losses we cover in Section I except direct loss by fire resulting from the nuclear hazard is covered.

15. **Intentional Loss,** meaning any loss arising out of any act committed:

    **a.**  by or at the direction of any *insured;*

    **b.**  with the intent to cause a loss.

This exclusion does not apply to an otherwise covered property loss if the property loss is caused by an act of domestic abuse by another *insured* under the policy provided:

    **c.**  the *insured* claiming a property loss files a police report and cooperates with any law enforcement investigation relating to the act of domestic abuse; and

    **d.**  the *insured* claiming a property loss did not cooperate in or contribute to the creation of the property loss.

Payment pursuant to this provision shall be limited to the insurable interest in the property of the *insured* claiming a property loss, less payments made pursuant to **Section I — Property Conditions, Mortgage Clause.**



e.  For purposes of this provision, "domestic abuse" means:

   (1)  physical harm, bodily injury, assault, or the infliction of fear of imminent physical harm, bodily injury, or assault between family or household members;

   (2)  sexual assault of one family or household member by another;

   (3)  stalking of one family or household member by another family or household member; or

   (4)  intentionally, knowingly, or recklessly causing damage to property so as to intimidate or attempt to control the behavior of another family or household member.

16.  **Acts or Decisions,** including the failure to act or decide, of any person, group, organization or governmental body. However, any ensuing loss not excluded is covered.

17.  **Weather** that contributes in any way with a cause or event not covered in this section to produce a loss. However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.

18.  **Planning, Construction or Maintenance,** meaning faulty, inadequate or defective:

   a.  planning, zoning, development, surveying, siting;

   b.  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   c.  materials used in repair, construction, renovation or remodeling; or

   d.  maintenance;

   of property whether on or off the *insured location* by any person or organization. However, any ensuing loss not excluded is covered.

19.  *Fungi,* **Wet or Dry Rot, or Bacteria** meaning the presence, growth, proliferation or spread of *fungi,* wet or dry rot, or bacteria. This exclusion does not apply to the extent coverage is provided for under **Additional Property Coverages — *Fungi,* Wet or Dry Rot, or Bacteria** in **Section I — Property Coverages.**

20.  **Collapse,** except as provided under **Additional Property Coverages — Collapse** in **Section I — Property Coverages.** However, any ensuing loss caused by a covered peril and not otherwise excluded is covered.

---

## PERSONAL PROPERTY WE COVER

### COVERAGE C — PERSONAL PROPERTY

1.  Personal property owned or used by any *insured* is covered while it is anywhere in the world. When personal property is usually located at an *insured's* residence, other than the *residence premises,* coverage is limited to 10% of the Coverage C limit. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days immediately after you begin to move the property there.

   During the time the *residence premises* is under construction by or for the *insured,* our limit of liability for personal property other than on the *residence premises* shall be equal to the amount specified for Coverage C. Our total limit shall not exceed the policy limit for Coverage C in any one loss.

2.  At your request we cover:

   a.  personal property owned by others while the property is on that part of the *residence premises* occupied exclusively by any *insured;*

   b.  personal property owned by a guest or a *residence employee,* while the property is at any residence occupied by any *insured.*

3.  SPECIAL LIMITS FOR PERSONAL PROPERTY

   The following groups of personal property are covered only up to the special limit shown on your Policy Declarations page. The special limit is the total amount available for each group for any one loss and does not increase the Coverage C limit. The loss of, or damage to, more than one item in a group arising from the same cause or event is considered one loss.

   a.  Money, pre-paid cards or passes, monetary value carried on electronic chip or magnetic cards, bank notes, bullion, gold other than goldware, silver other than silverware and platinum.

**b.** Rare coins and currency, medals, stamps, trading cards and comic books, including any of these that are part of a collection.

**c.** Securities, debit cards, checks, cashier's checks, traveler's checks, money orders and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets, personal documents, and records or data.

The dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

The limit includes the cost to research, replace or restore the material from the lost or damaged medium.

**d.** Watercraft, including their trailers, furnishings, equipment and outboard motors.

**e.** Trailers not used with watercraft.

**f.** Theft of jewelry, watches, furs, precious and semiprecious stones.

**g.** Theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware.

Silverware, goldware and pewterware include:

**(1)** plateware, flatware, hollowware, tea sets, trays, trophies and the like;

**(2)** other utilitarian items made of or including silver or gold; and

**(3)** all items of pewterware.

**h.** *Business* property, not excluded elsewhere, while located on the *residence premises.* Up to $1,000 of the limit on your Policy Declarations may be used for *business* property, not excluded elsewhere, while located off the *residence premises.*

**i.** Tapes, records, discs or other media in a motor vehicle or other motorized land conveyance on or away from the *residence premises.*

**j.** Theft of any rug, carpet (except wall-to-wall carpet), tapestry, wall-hanging or other similar article.

**k.** Grave markers.

---

## PERSONAL PROPERTY WE DO NOT COVER

**1.** Articles separately described and specifically insured, regardless of insured limit, in this or any other insurance.

**2.** Animals, birds or fish.

**3.** Motorized land vehicles including their equipment, parts and accessories while in or upon the vehicle.

However, we do cover:

**a.** motorized land vehicles used solely to service the *residence premises* and not subject to motor vehicle registration or licensed for road use;

**b.** vehicles designed for the handicapped and not licensed for road use;

**c.** up to $500 for disassembled parts of a motorized land vehicle while located on the *residence premises;* or

**d.** up to $500 for electric motorized ride-on vehicles designed to be operated by children under the age of eight and designed for speeds of less than six miles per hour.

**4.** Electronic apparatus, including their accessories and antennas, designed to be operated solely by power from the electrical system of a motor vehicle. This exclusion applies only while such property is in or upon a motor vehicle.

**5.** Aircraft, including disassembled parts of aircraft. This exclusion does not apply to model aircraft. Any aircraft designed for carrying persons or cargo is not a model aircraft.

**6.** Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles.

7. Property of roomers, boarders, tenants and other residents not related to any **insured.**

8. Property in a location on the **residence premises,** when the location is rented or held for rental to others by any **insured** for more than 31 days in a calendar year. This exclusion does not apply to property of an **insured** in a sleeping room rented to others by an **insured** on the **residence premises.**

9. Property, away from the **residence premises,** rented or held for rental to others.

10. **Business** property or merchandise:

   a. in storage;

   b. held as a sample; or

   c. held for sale or delivery after sale.

11. **Business** documents, records or data regardless of the medium on which they exist. However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market.

## PERSONAL PROPERTY LOSSES WE COVER

We cover accidental direct physical loss to property described in **Coverage C — Personal Property** caused by a peril listed below except as limited or excluded.

1. **Fire or lightning.**

2. **Windstorm or hail.**

   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard motors, only while inside a building with:

   a. continuous walls on all sides extending from ground level to the roof;

   b. doors and windows in the walls at various locations; and

   c. a continuous roof sheltering all areas within the wall perimeter.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles,** meaning impact by, or with, or upset of, a vehicle.

7. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations, including slash burns.

8. **Vandalism or malicious mischief.**

9. **Theft,** including attempted theft and loss of property from a known location when it is likely that the property has been stolen.

   This peril does not include loss caused by theft:

   a. committed by any **insured** or by any other person regularly residing on the **insured location;**

   b. in, to or from a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is completed and occupied; or

   c. from that part of a **residence premises** rented by any **insured** to other than an **insured.**

   This peril does not include loss caused by theft that occurs away from the **residence premises** of property while at any other residence owned, rented to, or occupied by any **insured,** except while an **insured** is temporarily residing there.

   Property of a student who is an **insured** is covered while at a residence away from home.

10. **Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or from within a household appliance.

This peril does not include loss:

**a.** to the appliance or system from which the water or steam escaped;

**b.** caused by or resulting from freezing except as provided in the peril of freezing below; or

**c.** on the *residence premises* caused by accidental discharge or overflow which occurs off the *residence premises.*

For purposes of coverage under this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system, or of a household appliance.

This peril does not include loss on the *residence premises* while the dwelling is vacant, unoccupied or under construction, including being newly built, remodeled, reconstructed, renovated or repaired, unless you have used reasonable care to:

**a.** maintain heat in the building; or

**b.** shut off the water supply and drain the system and appliances of water.

For purposes of coverage under this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

15. **Sudden and accidental damage from artificially generated electrical current.**

16. **Breakage of glass,** meaning damage to personal property caused by breakage of glass which is a part of a building on the *residence premises.* There is no coverage if breakage of glass is caused by *earthquake.* There is no coverage for loss or damage to the glass.

---

## PERSONAL PROPERTY LOSSES WE DO NOT COVER

We do not cover loss caused directly or indirectly by any of the **Building Property Losses We Do Not Cover.** Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

---

## COVERAGE D — ADDITIONAL LIVING EXPENSE AND LOSS OF RENT

1. If a loss covered under this Section makes that part of the *residence premises* where you reside uninhabitable we cover **Additional Living Expense,** meaning the necessary increase in living expenses you incur so that your household can maintain its normal standard of living.

Payment shall be for the shortest time required, not exceeding 24 months, to repair or replace the damage or to permanently relocate.

2. If a loss covered under this Section makes that part of the *residence premises* you rent to others or hold for rental uninhabitable, we cover your loss of rent, meaning the rental income to you from that part of the *residence premises* you rent to others at the time of the loss, less any expenses that do not continue while the premises is uninhabitable.

This coverage does not apply to:

**a.** The *residence premises* or that part of the *insured location* that is not rented or leased to a tenant at the time of the loss; or

**b.** to any increase in rent or lease payment that occurs after the time of the loss.

Payment shall be for the shortest time required to repair or replace the damage, but not to exceed 24 months.

**3.** If a civil authority prohibits you from use of the *residence premises* as a result of direct damage to neighboring premises by a cause of loss we cover in this policy we cover the **Additional Living Expense** as provided under **1.,** above for no more than two weeks during which use is prohibited.

The total limit of liability available for **Additional Living Expense** and **Loss of Rent** is stated on your Policy Declarations page and is the most we will pay for all loss or costs under **1., 2.** and **3.,** above.

The periods of time under **1., 2.** and **3.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

No deductible applies to this coverage.

---

## ADDITIONAL PROPERTY COVERAGES

The following **Additional Property Coverages** are subject to all the terms, provisions, exclusions, and conditions of this policy.

**1.** **Debris Removal.** We will pay the reasonable expense you incur in the removal of debris of covered property provided coverage is afforded for the peril causing the loss. Debris removal expense is included in the limit of liability applying to the damaged property. When the amount payable for the actual damage to the property plus the expense for debris removal exceeds the limit of liability for the damaged property, an additional 5% of that limit of liability will be available to cover debris removal expense.

We will also pay the reasonable expenses you incur, up to $500, for the removal of trees from the *residence premises,* provided the trees damage **Building Property We Cover.** The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

**2.** **Reasonable Repairs.** We will pay up to the amount stated in your Policy Declarations for the reasonable cost you incur for necessary repairs made solely to protect covered property from further damage, following a covered loss. This coverage does not increase the limit of liability applying to the property being repaired.

**3.** **Trees, Shrubs and Other Plants.** We cover, as an additional amount of insurance, trees, shrubs, plants or lawns, on the *residence premises,* for loss caused by the following perils: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the *residence premises,* Vandalism or Malicious mischief and Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants and lawns. No more than $500 of this limit will be available for any one tree, shrub or plant.

**4.** **Fire Department Service Charge.** We will pay, up to the amount stated in your Policy Declarations, as an additional amount of insurance, for your liability assumed by contract or agreement for fire department service charges incurred when the fire department is called to save or protect covered property from a loss we cover.

We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

**5.** **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a loss we cover. We will cover this property for a maximum of 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

**6.** **Land Stabilization.** We will pay up to the amount stated in your Policy Declarations for the cost required to replace, rebuild, stabilize or otherwise restore the land necessary to support the insured dwelling or other structures sustaining a covered loss. This is an additional amount of insurance.

421BX

7. **Building Ordinance or Law Coverage.** We will pay for damage to **Building Property We Cover** resulting from a covered cause of loss in compliance with any ordinance or law that regulates the construction, repair or demolition of the property.

This coverage does not apply unless you choose to repair or rebuild your property at its present location.

We do not cover:

a. the loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

b. the costs to comply with any ordinance which requires any *insured* or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, *pollutants or contaminants.* However, for purposes of **Building Ordinance or Law Coverage,** *pollutants or contaminants* shall not include asbestos or materials containing asbestos.

You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated above.

The limit of liability shown in your Policy Declarations is the most we will pay for the total of all loss or costs for **Building Property We Cover,** regardless of the number of locations or number of claims made.

This is an additional amount of insurance.

8. **Arson Reward.** We will pay up to the amount stated in your Policy Declarations for information which leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable.

However, we will not pay more than the amount stated in your Policy Declarations per event regardless of the number of persons providing information.

9. **Household Products Coverage.** We cover direct physical loss to the property described in Coverages **A** and **B** arising out of a discharge, dispersal, spill, leak, release, escape, emission, transmission or absorption of household products on the *residence premises.* Household products include items currently in use or your possession at the *residence premises* in normal household quantities such as paint, paint thinners, soaps, bleach, pesticides, herbicides, motor oil, gasoline, heating fuel and similar items. For purposes of this coverage, household products do not include materials containing asbestos, lead or formaldehyde.

We will pay up to 5% of the Coverage A limit of liability stated in your Policy Declarations for any loss during the policy period under this coverage after you have paid your deductible. This is an additional amount of insurance.

This coverage does not apply to:

a. any fee, assessment or expense of any governmental authority;

b. loss arising out of household products possessed or used:

   (1) for *business* purposes;

   (2) for illegal purposes;

   (3) by contractors; or

   (4) on driveways or walkways.

**Pollution or Contamination** under **Section I — Building Property Losses We Do Not Cover** does not apply to this **Additional Property Coverage.**

In the event that a loss is covered under both this coverage and **Additional Property Coverages — Building Ordinance or Law Coverage,** you may elect either one of these coverages, but not both.

10. ***Fungi,* Wet or Dry Rot, or Bacteria.** We will pay up to the amount stated in your Policy Declarations for:

a. the direct physical loss to covered property caused by *fungi,* wet or dry rot, or bacteria;

b. the cost to remove *fungi,* wet or dry rot, or bacteria from covered property;

**c.**  the cost to tear out and replace any part of the building or other covered property as needed to gain access to the *fungi,* wet or dry rot, or bacteria;

**d.**  the cost of any testing of air or property to confirm the absence, presence or level of *fungi,* wet or dry rot, or bacteria, whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe there is the presence of *fungi,* wet or dry rot, or bacteria; and

**e.**  **Additional Living Expenses** or **Fair Rental Value** loss covered under **Additional Living Expense And Loss Of Rent.**

This coverage, **10. *Fungi,* Wet or Dry Rot, or Bacteria,** only applies when such loss or costs:

**f.**  are a result of a loss we cover that occurs during the policy period;

**g.**  are not excluded under **Building Property Losses We Do Not Cover**; and

**h.**  only if all reasonable means are used to save and preserve the property from further damage.

This coverage does not apply to loss to trees, shrubs, or other plants.

The limit of liability stated in your Policy Declarations for *Fungi,* **Wet or Dry Rot, or Bacteria** is the most we will pay for the total of all loss or costs for Coverages **A, B, C** and **D,** and does not increase the limit of liability for these coverages, regardless of the number of locations or number of claims made.

**11. Collapse.**

**a.**  With respect to this coverage collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose:

**(1)**  A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

**(2)**  A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

**(3)**  A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.**  We insure for direct physical loss to covered property involving collapse of the dwelling or any part of the dwelling if the collapse was caused by one or more of the following:

**(1)**  The perils under Personal Property Losses We Cover;

**(2)**  Decay that is hidden from view, unless the presence of such decay is known to an *insured* prior to collapse;

**(3)**  Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an *insured* prior to collapse;

**(4)**  Weight of contents, equipment, animals or people;

**(5)**  Weight of rain which collects on a roof; or

**(6)**  Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.**  Loss to an awning, fence, patio, deck, pavement, swimming pool, hot tub or spa, including their filtration and circulation systems, landscape sprinkler system, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under **b.(2)** through **(6)** above, unless the loss is a direct result of the collapse of the dwelling or any part of the dwelling to which it is attached.

This coverage does not increase the limit of liability that applies to the damaged covered property.

**12. Volunteer America**

We insure for all risks of accidental and direct physical loss to the property described in **Coverage C — Personal Property,** when the loss occurs as a direct result of acting as a *volunteer.* No deductible applies to this coverage.

421BX

**13. Criminal Conviction Reward.**

    **a.** We will pay the amount stated in your Policy Declarations to an eligible person for information leading to the arrest and conviction of the person(s) committing a crime resulting in loss to covered property; and

    **b.** We will pay up to the amount stated in your Policy Declarations to an eligible person for the return of stolen covered property, when the loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

        **(1)** ***actual cash value*** of the stolen property at the time the property is returned, but not more than the amount that would have been required to repair or replace; or

        **(2)** the amount determined by the loss settlement procedure applicable to the property returned had the property not been recovered.

    **c.** This coverage applies subject to the following conditions:

        **(1)** An eligible person means that person identified by a law enforcement agency as being the first to provide the necessary information or return the stolen property, and who is not:

            **(a)** an ***insured;***

            **(b)** a relative of an ***insured;***

            **(c)** an employee of a law enforcement agency;

            **(d)** an employee of a ***business*** engaged in property protection;

            **(e)** any person who had custody of the property at the time the theft was committed; or

            **(f)** any person involved in the crime.

        **(2)** No reward will be paid unless and until the person(s) committing the crime is (are) convicted or the property returned. The amount of the reward in items **a.** and **b.** above is the most we will pay for any one loss to an eligible person.

## SECTION I — PROPERTY CONDITIONS

**1. Deductible.** In case of loss under **Section I — Property Coverages** of this policy, we cover only that part of the loss over the applicable deductible stated in your Policy Declarations.

    The deductible does not apply to **Coverage D — Additional Living Expense And Loss Of Rent** or **Fire Department Service Charge.**

**2. Your Duties to Select and Maintain Policy Limits.** It is your responsibility to select and maintain adequate amounts of insurance on your dwelling, other structures and personal property. To assist you with this responsibility, we will suggest annual changes to your policy limits. These suggestions will be made effective on the renewal of your policy and will be based on information provided to us by you or your agent about your dwelling's features and may be supplemented by public record or inspection. Labor and material cost trends for your area supplied to us by recognized residential construction cost specialists will be included. Payment of your renewal is all that is necessary to indicate your acceptance of the new amount.

**3. An Insured's Duties After Loss.** In case of a loss to which this insurance may apply, you must perform the following duties:

    **a.** cooperate with us in the investigation, settlement or defense of any claim or suit;

    **b.** give immediate notice to us or our agent;

    **c.** notify the police in case of loss by theft;

    **d.** protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenses;

    **e.** prepare an inventory of the loss to the building and damaged personal property showing in detail the quantity, description, ***replacement cost*** and age. Attach all bills, receipts and related documents that justify the figures in the inventory;



    **f.**  as often as we reasonably require:

        **(1)**  exhibit the damaged and undamaged property;

        **(2)**  provide us with records and documents we request and permit us to make copies; and

        **(3)**  submit to examinations under oath and subscribe the same. We may examine you separately and apart from your spouse, civil or *domestic partner,* or any other *insured.* You shall not interfere with us examining any other *insured.*

    **g.**  submit to us, within 60 days after we request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

        **(1)**  the time and cause of loss;

        **(2)**  interest of the *insured* and all others in the property involved and all encumbrances on the property;

        **(3)**  other insurance which may cover the loss;

        **(4)**  changes in title or occupancy of the property during the term of the policy;

        **(5)**  specifications of any damaged building and detailed repair estimates;

        **(6)**  an inventory of damaged personal property described in **3.e.**;

        **(7)**  receipts for **Additional Living Expenses** incurred or records supporting the **Loss of Rent.**

**4.**  **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

    **a.**  for more than the amount of the *insured's* interest at the time of loss; or

    **b.**  for more than the applicable limit of liability,

whichever is less.

**5.**  **Loss Settlement.** Covered property losses are settled as follows:

    **a.**  **Replacement Cost.** Property under Coverage A or B at *replacement cost,* not including those items listed in **5.b.(2)** and **(3)** below subject to the following:

        **(1)**  We will pay the full cost of repair or replacement, but not exceeding the smallest of the following amounts:

            **(a)**  the limit of liability under the policy applying to Coverage A or B;

            **(b)**  the *replacement cost* of that part of the damaged building for equivalent construction and use on the same premises as determined shortly following the loss;

            **(c)**  the full amount actually and necessarily incurred to repair or replace the damaged building as determined shortly following the loss;

            **(d)**  the direct financial loss you incur; or

            **(e)**  our pro rata share of any loss when divided with any other valid and collectible insurance applying to the covered property at the time of loss.

        **(2)**  When more than one layer of siding or roofing exists for **Building Property We Cover,** we will pay for the replacement of one layer only. The layer to be replaced will be at your option. The payment will be subject to all other policy conditions relating to loss payment.

           When more than one layer of finished flooring exists we will pay for the finish of only one layer.

        **(3)**  If the cost to repair or replace is $1,000 or more, we will pay the difference between *actual cash value* and *replacement cost* only when the damaged or destroyed property is repaired or replaced.

        **(4)**  You may disregard the *replacement cost* loss settlement provisions and make claim under this policy for loss or damage to buildings on an *actual cash value* basis but not exceeding the smallest of the following amounts:

            **(a)**  the applicable limit of liability; or

            **(b)**  the direct financial loss you incur; or

4220X

**(c)**   our pro rata share of any loss when divided with any other valid and collectible insurance applying to the covered property at the time of loss.

You may still make claim on a ***replacement cost*** basis by notifying us of your intent to do so within 180 days after the date of loss.

**b.**   ***Actual Cash Value.***

**(1)**   Personal property covered under Coverage C;

**(2)**   Wood fences, outdoor antennae and awnings, all whether attached or not to buildings; and

**(3)**   Structures that are not buildings under Coverage B, except driveways, walkways and other structures connected to the building by only a fence, utility line, plumbing or similar connection;

at ***actual cash value*** at the time of loss not exceeding the amount necessary to repair or replace.

**6.**   **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

**a.**   repair or replace any part to restore the pair or set to its value before the loss; or

**b.**   pay the difference between ***actual cash value*** of the pair or set before and after the loss.

**7.**   **Appraisal.** If you and we do not agree on the amount of the loss, including the amount of ***actual cash value*** or ***replacement cost,*** then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of such demand. The appraisers shall first select a competent and disinterested umpire; and failing for 15 days to agree upon such umpire, then, on request of you or the company, such umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then resolve the issues surrounding the loss, appraise the loss, stating separately the ***actual cash value*** or ***replacement cost*** of each item, and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two of these three, when filed with the company shall determine the amount of loss.

Each party will:

**a.**   pay its own appraiser; and

**b.**   bear the other expenses of the appraisal and umpire equally.

**8.**   **Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions and the action is started within one year after the inception of the loss or damage.

**9.**   **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the property damaged with equivalent property.

**10.**   **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy to receive payment. Loss will be payable 30 days after:

**a.**   we reach agreement with you;

**b.**   there is an entry of a final judgment; or

**c.**   there is a filing of an appraisal award with us.

**11.**   **Abandonment of Property.** We need not accept any property abandoned by any ***insured.***

**12.**   **Mortgage Clause.**

The word "mortgagee" includes trustee. If a mortgagee is named in this policy, any loss payable under Coverage A or B shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order of precedence of the mortgages.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

**a.**   notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

**b.**   pays any premium due under this policy on demand if you have neglected to pay the premium;

**c.**   submit a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

**d.**   complies with item **3.e.** of **Section I — Property Conditions.**



Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee. If the policy is canceled or not renewed by us, the mortgagee shall be notified at least 20 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

e.   we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

f.   at our option, we shall receive full or partial assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt as our payment, including any accrued interest, as it bears to the amount of the principal on the mortgage.

Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

14. **Other Insurance and Service Agreements.** If a loss covered by this policy is also covered by:

a.   other insurance, we will pay only the proportion of the loss caused by a peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of insurance covering the loss; or

b.   a service agreement, this insurance is excess over any amounts payable under any such agreement. Service agreement includes a service plan, property restoration plan or warranty, even if it is characterized as insurance.

15. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

16. **Salvage Value.** Any value that may be realized from *salvage* will not diminish the amount owed by you under the deductible clause. We need not accept, but have all rights to *salvage*.

---

## SECTION II — LIABILITY COVERAGES

---

**LIABILITY LOSSES WE COVER**

**COVERAGE E — PERSONAL LIABILITY**

If a claim is made or a suit is brought against any insured for damages because of *bodily injury* or *property damage* caused by an *occurrence* to which this coverage applies, we will:

1.   pay up to our limit of liability for the damages for which the *insured* is legally liable; and

2.   provide a defense at our expense by counsel of our choice even if the allegations are groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the *occurrence* equals our limit of liability.

**COVERAGE F — MEDICAL PAYMENTS TO OTHERS**

We will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing *bodily injury.* Medical expenses means reasonable charges for medical, surgical, X-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household other than *residence employees.* As to others, this coverage applies only:

1.   to a person on the *insured location* with the permission of any *insured;* or

2.   to a person off the *insured location*, if the *bodily injury:*

a.   arises out of a condition on the *insured location* or the ways immediately adjoining;

b.   is caused by the activities of any *insured;*

422YX

c.   is caused by a *residence employee* in the course of the *residence employee's* employment by any *insured;* or

d.   is caused by an animal owned by or in the care of any *insured.*

---

**LIABILITY LOSSES WE DO NOT COVER**

1.   **Coverage E — Personal Liability** and **Coverage F — Medical Payments to Others** do not apply to *bodily injury* or *property damage:*

a.   which is expected or intended by any *insured* or which is the foreseeable result of an act or omission intended by any *insured;*

This exclusion applies even if:

(1)   such *bodily injury* or *property damage* is of a different kind or degree than expected or intended; or

(2)   such *bodily injury* or *property damage* is sustained by a different person, or persons, than expected or intended.

This exclusion does not apply to *bodily injury* resulting from the use of reasonable force by any *insured* to protect persons or property.

b.   which results from violation of criminal law committed by, or with the knowledge or consent of any *insured.*

This exclusion applies whether or not any *insured* is charged or convicted of a violation of criminal law, or local or municipal ordinance.

c.   arising out of *business* pursuits of any *insured.*

This exclusion does not apply to:

(1)   activities which are ordinarily incident to non-*business* pursuits;

(2)   the occasional or part-time *business* pursuits of any *insured* who is under 23 years of age;

(3)   the rental or holding for rental of an *insured location:*

(a)   on an occasional basis for the exclusive use as a residence;

(b)   in part, unless intended for use as a residence by more than two roomers or boarders; or

(c)   in part, as an office, school, studio or private garage;

d.   arising out of the rendering or failing to render professional services;

e.   arising out of any premises owned or rented to any *insured* which is not an *insured location;*

f.   arising out of the ownership, maintenance, use, loading or unloading of:

(1)   aircraft.

This does not apply to model aircraft. Any aircraft designed for carrying persons or cargo is not a model aircraft.

(2)   motorized land vehicles, including any trailers, owned or operated by or rented or loaned to any *insured.*

This exclusion does not apply to:

(a)   a trailer not towed by or carried on a motorized land vehicle;

(b)   a motorized land vehicle designed for recreational use off public roads, not subject to motor vehicle registration, licensing or permits and:

i.   not owned by any *insured;* or

ii.   owned by any *insured,* while on an *insured location;*

(c)   a motorized golf cart which is owned by an *insured,* designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per

hour on level ground and at the time of an *occurrence* is within the legal boundaries of:

    i.    a golfing facility and is parked or stored there, or being used by an *insured* to:

        **(i)**    play the game of golf or for other recreational or leisure activity allowed by the facility;

        **(ii)**    travel to or from an area where motor vehicles or golf carts are parked or stored; or

        **(iii)**    cross public roads at designated points to access other parts of the golfing facility; or

    ii.    a private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an *insured's* residence.

**(d)**    a motorized land vehicle used solely for assisting the handicapped or solely for the maintenance of an *insured location,* which is:

    i.    not designed for travel on public roads; and

    ii.    not subject to motor vehicle registration, licensing or permits; or

**(e)**    electric motorized ride-on vehicles designed to be operated by children under the age of eight and designed for speeds of less than six miles per hour; or

**(f)**    a motorized land vehicle in dead storage on an *insured location.*

**(3)**    watercraft:

**(a)**    owned by or rented to any *insured* if it has inboard or inboard-outdrive motor power of more than 50 horsepower;

**(b)**    owned by or rented to any *insured* if it is a sailing vessel 26 feet or more in overall length, with or without auxiliary power;

**(c)**    powered by one or more outboard motors with 50 or more total horsepower if the outboard motors are owned by any *insured.*

However, outboard motors of 50 or more total horsepower are covered for the policy period if:

    i.    you acquired them prior to the policy inception, and:

        **(i)**    declared them at policy inception; or

        **(ii)**    you ask us in writing to insure them within 45 days after you become the owner;

    ii.    you acquire them during the policy period, provided you ask us to insure them:

        **(i)**    during the policy period in which you become the owner; or

        **(ii)**    within 45 days after you become the owner;

        whichever is greater, and pay any resulting additional premium from the date acquired.

**(d)**    designed as an air boat, air cushion, or similar type of craft; or

**(e)**    owned by any *insured* which is a **personal watercraft.**

This exclusion does not apply while the watercraft is stored.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

Exclusions **e.** and **f.** do not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by any *insured;*

**g.**    arising out of:

    **(1)**    the entrustment by any *insured* to any person;

    **(2)**    the supervision by any *insured* of any person;

4222X

**(3)** any act, decision or omission by any *insured;*

**(4)** any liability statutorily imposed on any *insured;* or

**(5)** any liability assumed through an unwritten or written agreement by any *insured;*

with regard to any aircraft, motorized land vehicle or watercraft which is not covered under Section II of this policy.

**h.** caused directly or indirectly by war, including the following and any consequences of the following:

**(1)** undeclared war, civil war, insurrection, rebellion, or revolution;

**(2)** warlike act by a military force or military personnel; or

**(3)** destruction or seizure or use for a military purpose.

Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

**i.** which results from the legal liability of any *insured* because of home care services, day care or any hospice related activity provided to any person on a regular basis by or at the direction of:

**(1)** any *insured;*

**(2)** any employee of any *insured;*

**(3)** any other person actually or apparently acting on behalf of any *insured.*

Regular basis means more than 20 hours per week. This exclusion does not apply to:

**(1)** home care services provided to the relatives of any *insured;*

**(2)** occasional or part-time home care services provided by any *insured* under 23 years of age.

**j.** which arises out of the transmission of a communicable disease by any *insured;*

**k.** arising out of physical or mental abuse, sexual molestation or sexual harassment.

**l.** arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a controlled substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs.

However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

**m.** arising out of any *insured's* participation in, or preparation or practice for any prearranged or organized race, speed or demolition contest, or similar competition involving a motorized land vehicle or motorized watercraft regardless of whether such contest is spontaneous, prearranged or organized. This exclusion does not apply to a sailing vessel less than 26 feet in overall length with or without auxiliary power.

**2.** **Coverage E — Personal Liability** does not apply to:

**a.** Liability:

**(1)** for any assessment charged against you as a member of an association of property owners except as provided under **Additional Liability Coverages — Loss Assessment Coverage** in **Section II — Liability Coverages;**

**(2)** under any contract or agreement. However, this does not apply to written contracts:

**(a)** that directly relate to the ownership, maintenance or use of an *insured location;* or

**(b)** where the liability of others is assumed by the *insured* prior to an *occurrence;*

unless excluded in **2.a.(1)** above or elsewhere in this policy;

**(3)** liability arising out of any written or oral agreement for the sale or transfer of real property, including but not limited to liability for:

**(a)** known or unknown property or structural defects;

**(b)** known or hidden defects in the plumbing, heating, air conditioning or electrical systems;

      (c) known or unknown soil conditions or drainage problems; or

      (d) concealment or misrepresentation of any known defects.

**b.** *property damage* to property owned by any *insured;*

**c.** *property damage* to property rented to, occupied or used by or in the care of any *insured.* This exclusion does not apply to *property damage* caused by fire, smoke, explosion or water;

**d.** *bodily injury* to any person eligible to receive any benefits required to be provided or voluntarily provided by any *insured* under:

    **(1)** any workers compensation;

    **(2)** non-occupational disability; or

    **(3)** occupational disease law;

**e.** *bodily injury* or *property damage* for which any *insured* under this policy is also an *insured* under a nuclear energy liability policy or would be an *insured* but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors;

**f.** *bodily injury* to an *insured* within the meaning of parts **(1)** or **(2)** of **Policy Definitions, 3.g. Insured;**

**g.** *bodily injury* or *property damage* arising, in whole or part, out of the actual, alleged, or threatened discharge, dispersal, seepage, migration, release, escape, emission, transmission, absorption, ingestion or inhalation of *pollutants or contaminants* at any time. This includes any loss, cost or expense arising out of any:

    **(1)** request, demand or order that any *insured* or others test for, monitor, abate, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess, the effects of *pollutants or contaminants;*

    **(2)** claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to, or assessing, the effects of *pollutants or contaminants;*

This exclusion does not apply to *bodily injury* sustained within a building on the *residence premises* and caused by, smoke, fumes, including carbon monoxide, vapor or soot from equipment used to heat that building.

**i.** liability arising from any transmission, upload or download, whether intentional or not, of computer code, programs or data;

**j.** liability arising out of any animal that any *insured* acquires, owns or keeps that:

    **(1)** is of a breed or kind named by or controlled by any local, state, or federal ordinance or law because of public safety concerns;

    **(2)** has previously inflicted injury upon any person resulting in:

      **(a)** maiming, disfigurement, mutilation, impairment, disability or death; or

      **(b)** loss of work, schooling, or a loss of ability to carry on with a normal routine;

    **(3)** has been trained to fight or attack;

    **(4)** has been trained to kill;

    **(5)** is a wild canine or feral dog or an offspring from breeding with a wild canine;

    **(6)** is illegal to acquire, own or keep;

    **(7)** is wild by birth or by nature and the species is not customarily domesticated;

    **(8)** is a bird of prey;

    **(9)** is venomous; or

    **(10)** is a primate.

Item **(3)** above does not apply in the event the animal is reacting to protect people or property from imminent harm.

4223X

This exclusion does not apply to any person or organization described as an **insured** in **Policy Definitions,** item **g.(3).**

3.   **Coverage F — Medical Payments to Others** does not apply to **bodily injury:**

   a.   to a **residence employee** if the **bodily injury** occurs off the **insured location** and does not arise out of or in the course of the **residence employee's** employment by an **insured;**

   b.   to any person, eligible to receive any benefits required to be provided or voluntarily provided under any workers compensation; non-occupational disability, or occupational disease law;

   c.   from any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these;

   d.   to any person, other than a **residence employee** of any **insured,** regularly residing on any part of the **insured location.**

---

## ADDITIONAL LIABILITY COVERAGES

We cover the following in addition to the limits of liability:

1.   **Claim Expenses.** We pay:

   a.   expenses we incur and costs taxed against any **insured** in any suit we defend;

   b.   premiums on bonds required in a suit we defend, but not for bond amounts greater than the limit of liability for **Coverage E — Personal Liability.** We are not obligated to apply for or furnish any bond; and

   c.   reasonable expenses incurred by any **insured** at our request, including actual loss of earnings (but not loss of other income) up to $200 per day, for assisting us in the investigation or defense of any claim or suit.

2.   **First Aid Expenses.** We will pay expenses for first aid to others incurred by any **insured** for **bodily injury** covered under this policy. We will not pay for first aid to you or any other **insured.**

3.   **Damage to Property of Others.** We will pay on a **replacement cost** basis up to $500 per **occurrence** for **property damage** to property of others caused by any **insured.**

   We will not pay for **property damage:**

   a.   if insurance is otherwise provided in this policy;

   b.   caused intentionally by any **insured** who is 13 years of age or older;

   c.   to property owned by or rented to any **insured,** a tenant of any **insured,** or a resident in your household; or

   d.   arising out of:

      (1)   **business** pursuits;

      (2)   any act or omission in connection with a premises owned, rented or controlled by an **insured,** other than the **insured location;** or

      (3)   the ownership, maintenance, or use of aircraft, watercraft or motorized land vehicles. This does not apply to a motorized land vehicle designed for recreational use off public roads, not subject to motor vehicle registration, licensing or permits and not owned by any **insured.**

4.   **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

   We will pay up to the limit shown on your Policy Declarations page for:

   a.   the legal obligation of an **insured** to pay because of theft or unauthorized use of credit cards issued to or registered in any **insured's** name;

   b.   loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in any **insured's** name.

   We do not cover use by a resident of your household, a person who has been entrusted with the credit card or fund transfer card or any person if any **insured** has not complied with all terms and conditions under which the credit card or fund transfer card is issued.



**c.** loss to any *insured* caused by forgery or alteration of any check or negotiable instrument; and

**d.** loss to any *insured* through acceptance in good faith of counterfeit United States or Canadian paper currency.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of *business* pursuits or dishonesty of any *insured.*

Defense:

**a.** We may make any investigation and settle any claim or suit that we decide is appropriate.

**b.** If a suit is brought against any *insured* for liability covered under this Credit Card or Fund Transfer Card Coverage, we will provide a defense at our expense by counsel of our choice.

**c.** We have the option to defend at our expense any *insured* or any *insured's* bank against any suit for the enforcement of payment under the forgery coverage.

**5. Statutorily Imposed Vicarious Parental Liability.**

We will pay the lesser of:

**a.** the statutorily imposed limit; or

**b.** $3,000;

for the legal obligation you are required to pay as a result of acts of a minor child who resides with you.

This coverage is excess over any other valid and collectible insurance.

**6. Loss Assessment.**

**a.** we will pay loss assessments charged during the policy period against you by the association of property owners up to the limit of liability stated in your Policy Declarations, when the assessment is made as a result of:

**(1)** each direct loss to property, caused by a peril that would be covered under **Section I — Property Coverages** of this policy;

**SPECIAL EXCLUSION:** There is no coverage for any loss assessment resulting from the peril of *earthquake.* However, loss assessment for ensuing direct loss by fire, explosion or theft is covered.

**(2)** each *occurrence* to which **Section II — Liability Coverages** of this policy would apply; and

**(3)** liability for each act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

**(a)** the director, officer or trustee is elected by the members of the association of property owners; and

**(b)** the director, officer or trustee serves without deriving any income from the exercise of his/her duties, which are solely on behalf of the association of property owners.

**b. DEDUCTIBLE.** We will pay only that part of your assessment per unit for property insured under Section I that exceeds $500. No other deductible applies to this coverage. If our liability for a loss results from Section I and coverage under this option, only the larger deductible will apply.

**7. Volunteer America.**

**a.** Under **Section II — Liability Coverages,** the following applies:

**(1) Property Damage to Others.** We will pay an additional $2,000 for direct damage caused as direct result of acting as a *volunteer.*

**(2) Medical Payments to Others.** We will pay up to double the amount stated in your Policy Declarations for *bodily injury* caused as a direct result of acting as a *volunteer.*

**b.** Under **Section II — Liability Losses We Do Not Cover** the following items are modified as follows:

**(1)** Item **1.c.** does not apply to activities as a *volunteer.*

(2) Item **1.d.** does not apply to professional services, other than professional health care services by a doctor, performed as a *volunteer.*

## SECTION II — LIABILITY CONDITIONS

1.  **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one *occurrence* will not exceed the limit of liability for Coverage E stated in your Policy Declarations. This limit is the same regardless of the number of *insureds,* claims made or persons injured.

    Our total liability under Coverage F for all medical expense payable for *bodily injury* to one person as the result of one accident shall not exceed the limit of liability for Coverage F stated in your Policy Declarations.

2.  **Severability of Insurance.** This insurance applies separately to each *insured.* This condition shall not increase our limit of liability for any one *occurrence.*

3.  **Your Duties After Loss.** In case of an accident or *occurrence,* the *insured* shall perform the following duties that apply:

    a.  give written notice to us or our agent as soon as practicable, which sets forth:

        (1) the identity of the policy and *insured;*

        (2) reasonably available information on the time, place and circumstances of the accident or *occurrence;*

        (3) names and addresses of any claimants and witnesses; and

        (4) in case of loss under the **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money** also notify the credit card or fund transfer card company;

    b.  promptly forward to us every notice, demand, summons or other process relating to the accident or *occurrence;*

    c.  at our request, help us:

        (1) to make a settlement;

        (2) to enforce any right of contribution or indemnity against any person or organization who may be liable to any *insured;*

        (3) with the conduct of suits and attend hearings and trials;

        (4) to secure and give evidence and obtain the attendance of witnesses;

    d.  under the **Additional Liability Coverages — Damage to the Property of Others** — submit to us within 60 days after the loss, a sworn statement of loss and exhibit the damaged property, if within the *insured's* control;

    e.  submit within 60 days after the loss, evidence or affidavit supporting a claim under the **Additional Liability Coverages, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money Coverage,** stating the amount and cause of loss;

    f.  the **insured** shall not, except at the *insured's* own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of the *bodily injury.*

4.  **Duties of an Injured Person — Coverage F — Medical Payments to Others.** The injured person or someone acting for the injured person will:

    a.  give us written proof of claim, under oath if required, as soon as practical;

    b.  authorize us to obtain copies of medical reports and records.

    The injured person shall submit to physical examination by a doctor selected by us when and as often as we reasonably require.

5.  **Payment of Claim — Coverage F — Medical Payments to Others.** Payment under this coverage is not an admission of liability by any *insured* or us.

**6.  Payment of Interest — Coverage E — Personal Liability.**

If a notice, demand, summons, judgment, or other process is promptly forwarded to us as required by **Liability Condition 3.b.** under **Your Duties After Loss** and we accept the defense or agree to the judgment, we will pay interest on the judgment, subject to all of the following:

**a.**  We will pay the interest on that part of the judgment that is covered by this policy and that does not exceed our applicable limit of liability.

**b.**  We will pay interest that accrues on the judgment until we pay, tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**c.**  If we appeal the judgment, we will pay interest on the entire judgment.

**d.**  Post-judgment interest is in addition to the applicable limit of liability.

**e.**  Where we are required to cover prejudgment interest, it shall be included in the limit of liability and is not an additional amount of insurance.

**7.  Suit Against Us.** No action shall be brought against us unless there has been compliance with the policy provisions.

No one shall have any right to join us as a party to any action against any **insured.** Further, no action with respect to Coverage E shall be brought against us until the obligation of the **insured** has been determined by final judgment or agreement signed by us.

**8.  Bankruptcy of an Insured.** Bankruptcy or insolvency of any **insured** shall not relieve us of any of our obligations under this policy.

**9.  Other Insurance — Coverage E — Personal Liability.** This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

## SECTIONS I AND II — PROPERTY AND LIABILITY CONDITIONS

**1.  Policy Period and Changes.**

**a.**  The effective time of this policy is 12:01 A.M. at the **residence premises.** This policy applies only to loss under Section I, or **bodily injury** or **property damage** under Section II, which occurs during the policy period. This policy may be renewed for successive policy periods if the required premium is paid and accepted by us on or before the expiration of the current policy period. The premium will be computed at our then current rate for coverage then offered.

**b.**  Changes:

**(1)**  Before the end of any policy period, we may offer to change the coverage provided in this policy. Payment of the premium billed by us for the next policy period will be your acceptance of our offer.

**(2)**  This policy contains all agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us. If a change requires a premium adjustment, we will adjust the premium as of the effective date of change. Additional or return premium of $3.00 or less will be waived.

**2.  Concealment or Fraud.** This policy was issued in reliance upon the information provided on your application. We may void this policy if you or an **insured** have intentionally concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct at the time application was made or any time during the policy period.

We may void this policy or deny coverage for a loss or **occurrence** if you or an **insured** have intentionally concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, in connection with the presentation or settlement of a claim.

We may void this policy or deny coverage because of fraud or material misrepresentation even after a loss or **occurrence**. This means we will not be liable for any claims or damages which would otherwise be covered. If we make a payment, we may request that you reimburse us. If so, you must reimburse us for any payments we may have already made.

4225X

3. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

This liberalization clause does not apply to changes implemented that involve a broadening and a restriction of coverage or an increase in premium.

4. **Cancellation.**

a. You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect. We may waive the requirement the notice be in writing by confirming the date and time of cancellation to you in writing.

b. We may cancel this policy only for the reasons stated below by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in your Policy Declarations. Proof of mailing shall be sufficient proof of notice.

(1) When you have not paid the premium we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by notifying you at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy or if the risk has changed substantially since the policy was issued. This can be done by notifying you at least 15 days before the date cancellation takes effect.

c. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us for cancellation, we will refund it within a reasonable time after the date cancellation takes effect.

5. **Non-Renewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in your Policy Declarations, written notice at least 20 days before the expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

6. **Assignment.** Assignment of this policy shall not be valid unless and until we give our written consent.

7. **Our Right to Recover Payment.** You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, the *insured* shall sign and deliver all related papers and cooperate with us in any reasonable manner.

Subrogation does not apply under Section II to **Coverage F — Medical Payments to Others** or **Additional Liability Coverages, Damage to Property of Others.**

8. **Death.** If you die:

a. we insure your legal representative, but only with respect to the premises and property of the deceased covered under the policy at the time of death.

b. *insured* shall include:

(1) any member of the household who is an *insured* at the time of your death, but only while a resident of the *residence premises;* and

(2) with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

## POLICY DEFINITIONS

**1.** Throughout this policy, "you" and "your" refer to:

    **a.** the "named insured" shown in your Policy Declarations; and

if a resident of the same household:

    **b.** the spouse;

    **c.** the civil partner by civil union licensed and certified by the state; or

    **d.** the ***domestic partner.***

**2.** "We", "us" and "our" refer to the underwriting company providing this insurance as shown in your Policy Declarations.

**3.** In addition, certain words and phrases are defined as follows:

    **a.** *"Actual cash value"*

        **(1)** When damage to property is economically repairable, ***actual cash value*** shall mean the cost of materials and labor that would be necessary to repair the damage, less reasonable deduction for wear and tear, deterioration and obsolescence.

        **(2)** When damage to property is not economically repairable or loss prevents repair, ***actual cash value*** shall mean the market value of property in a used condition equal to that of the lost or damaged property if reasonably available on the used market.

        **(3)** Otherwise, ***actual cash value*** shall mean the market value of new, identical or nearly identical property, less reasonable deduction for wear and tear, deterioration and obsolescence.

        **(4)** ***Actual cash value*** shall not include taxes or any expenses unless incurred following the loss.

    **b.** *"Bodily injury"* means bodily harm, sickness or disease, including required care, loss of services and death resulting therefrom.

    **c.** *"Business"* means a trade, profession or occupation engaged in on a full-time, part-time or occasional basis, or any other activity, including civic or public, engaged in for money or other compensation, except for the following:

        **(1)** One or more activities, not described in **(2)** below, for which no ***insured*** receives more than $3,000 in total compensation for the 12 months before the beginning of the policy period; and

        **(2)** volunteer activities for which no money or other compensation is received other than for expenses incurred to perform the activity.

    **d.** ***Domestic partner*** means a person living as a continuing partner with you and:

        **(1)** is at least 18 years of age and competent to contract;

        **(2)** is not a relative; and

        **(3)** shares with you the responsibility for each other's welfare, evidence of which includes:

            **(a)** the sharing in domestic responsibilities for the maintenance of the household; or

            **(b)** having joint financial obligations, resources or assets; or

            **(c)** one with whom you have made a declaration of domestic partnership or similar declaration with an employer or government entity.

    ***Domestic partner*** does not include more than one person, a roommate whether sharing expenses equally or not, or one who pays rent to the named ***insured.***

    **e.** *"Earthquake"* means shaking or trembling of the earth, whether caused by volcanic activity, tectonic processes or any other cause.

    **f.** *"Fungi"* means any type or form of fungus, including yeast, mold or mildew, blight or mushroom and any mycotoxins, spore, scents or other substances, products or by-products produced, released by or arising out of ***fungi,*** including growth, proliferation or spread of ***fungi*** or the

422EX

current or past presence of *fungi.* However, this definition does not include any *fungi* intended by the *insured* for consumption.

**g.**   *"Insured"* means:

**(1)**   you; and

**(2)**   so long as you remain a resident of the *residence premises,* the following residents of the *residence premises:*

> **(a)**   your relatives;
>
> **(b)**   any other person under the age of 24 who is in the care of any person described in **(1)** or **(2)(a)** above.

Anyone described above who is a student temporarily residing away from your *residence premises* while attending school shall be considered a resident of your *residence premises.*

Under **Section II — Liability Coverage,** *"insured"* also means:

**(3)**   with respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **g.(2)(a)** or **(b)**. A person or organization using or having custody of these animals or watercraft in the course of any *business,* or without permission of the owner is not an *insured;*

**(4)**   with respect to any vehicle to which this policy applies:

> **(a)**   any person while engaged in your employment or the employment of any person included in **g.(2)(a)** or **(b)**; or
>
> **(b)**   any other person using the vehicle on an *insured location* with any *insured's* permission.

**h.**   *"Insured location"* means:

**(1)**   the *residence premises;*

**(2)**   that part of any other premises, other structures and grounds, used by you as a residence and which is shown in your Policy Declarations. This includes any premises, structures and grounds which are acquired by you during the policy period for your use as a residence;

**(3)**   any premises not owned by you which you have the right or privilege to use arising out of **h.1.** or **h.2.** above;

**(4)**   any part of a premises not owned by any *insured* but where any *insured* is temporarily residing;

**(5)**   vacant land, including that which is vacant except for a fence, owned by or rented to any *insured* other than farmland;

**(6)**   land owned by or rented to any *insured* on which a one, two, three or four family dwelling is being constructed as a residence for any *insured;*

**(7)**   individual or family cemetery plots or burial vaults of any *insured;* or

**(8)**   any part of a premises occasionally rented to any *insured* for other than *business* purposes.

**i.**   *"Occurrence"* means an accident, including exposure to conditions which results in:

**(1)**   *bodily injury;* or

**(2)**   *property damage;*

during the policy period. Repeated or continuous exposure to the same general conditions is considered to be one *occurrence.*

**j.**   *"Personal Watercraft"* means jet skis, wet bikes or other craft, using a water jet pump powered by an internal combustion engine as the primary source of propulsion.

**k.**   *"Pollutants or contaminants"* means any of the following:

**(1)**   liquid fuels;



**(2)**   lead or any materials containing lead;

**(3)**   asbestos or any materials containing asbestos;

**(4)**   radon;

**(5)**   formaldehyde or any materials containing formaldehyde;

**(6)**   electric fields, magnetic fields, electromagnetic fields, power frequency fields, electromagnetic radiation or any other electric or magnetic energy of any frequency;

**(7)**   carbon monoxide;

**(8)**   pathogenic or poisonous biological materials;

**(9)**   acids, alkalis or chemicals;

**(10)**   radioactive substances; or

**(11)**   any other irritant or contaminant, including waste, vapor, fumes or odors.

**l.**   *"Property damage"* means physical damage to or destruction of tangible property, including loss of use of this property.

**m.**   "Replacement cost"

**(1)**   In case of loss or damage to buildings, *replacement cost* means the cost, at the time of loss, to repair or replace the damaged property with new materials of like kind and quality, without deduction for depreciation.

**(2)**   In case of loss to personal property, *replacement cost* means the cost, at the time of loss, of a new article identical to the one damaged, destroyed or stolen. When the identical article is no longer manufactured or is not available, *replacement cost* shall mean the cost of a new article similar to the one damaged or destroyed and which is of comparable quality and usefulness, without deduction for depreciation.

**n.**   *"Residence employee"* means an employee of any *insured* who performs duties in connection with the maintenance or use of the *residence premises,* including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with the *business* of any *insured.*

**o.**   *"Residence premises"* means:

**(1)**   the one, two, three or four family dwelling, used principally as a private residence;

**(2)**   other structures and grounds; or

**(3)**   that part of any other building;

where you reside and which is shown in your Policy Declarations.

**p.**   *"Salvage"* means property having value and included in a covered loss.

**q.**   *"Volunteer"* means an *insured* employed by an organization for a charitable purpose or in direct service to the general public or the community.

*Volunteer* service does not include the *insured's* primary employment. *Volunteer* Service includes, but is not limited to, service performed for churches, schools, hospitals, and charitable, arts and civic organizations.

422TX

## SAFECO NEW QUALITY — PLUS™ HOMEOWNERS COVERAGE

It is agreed your policy is amended as follows:

**SECTION I — PROPERTY COVERAGES**
**PERSONAL PROPERTY WE DO NOT COVER**

Under **Personal Property We Do Not Cover, 3.,** describing motorized land vehicles and covered exceptions, the following is changed:

For item **3.c.,** describing disassembled parts, the amount is increased to $3,000.

For item **3.d.,** electric motorized ride-on vehicles for children, the amount is increased to $3,000.

The following is added:

    **e.**    Up to $7,500 for golf carts.

**SECTION I — PROPERTY COVERAGES**
**ADDITIONAL PROPERTY COVERAGES**

The following item is changed:

**1.**  **Debris Removal.** The amount we will pay for removal of trees is increased to $1,000. No more than $500 of this limit will be paid for the removal of any one tree.

The following **Additional Property Coverage** is added:

**14.**  **Locks.** We will pay the reasonable expenses you incur to re-key locks on exterior doors of the dwelling or other structure located on the **residence premises,** when the keys to those locks are part of a covered theft loss.

**15.**  **Golf Cart Collision.** We cover accidental direct physical loss to any golf cart to which **Personal Property We Cover** under this policy applies caused by upset or impact with another vehicle or object.

**SECTION II — LIABILITY COVERAGES**
**ADDITIONAL LIABILITY COVERAGES**

The following items are changed:

**1.**  **Claim Expenses.** The amount provided in item **c.** is increased to $250.

**3.**  **Damage to Property of Others.** The amount stated for **Damage to Property of Others** is increased to $3,000.

All other provisions of this policy apply.

HOM-7210/EP 1/09



# SPECIAL PROVISIONS — KENTUCKY

## SECTION I — PROPERTY CONDITIONS

Item **10. Loss Payment** is replaced by the following:

**10.  Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable within 30 days after we receive your proof of loss and:

**a.**  reach agreement with you; or

**b.**  there is an entry of a final judgment; or

**c.**  there is a filing of an appraisal award with us.

## SECTIONS I AND II — PROPERTY AND LIABILITY CONDITIONS

Item **4. Cancellation** is deleted and replaced by the following:

**4.  Cancellation.**

**a.**  You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.

**b.**  We may cancel this policy only for the reasons stated below by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing shall be sufficient proof of notice.

**(1)**  When you have not paid the premium, whether payable to us or to our agent or under any finance or credit plan, we may cancel at any time by notifying you at least 14 days before the date cancellation takes effect.

**(2)**  When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel by notifying you at least 14 days before the date cancellation takes effect.

**(3)**  When this policy has been in effect for more than 60 days or at any time if it is a renewal with us, we may cancel only as set forth in item **4.b.(1)** above, or for one or more of the following reasons:

**(a)**  Upon discovery of fraud or material misrepresentation made by, or with the knowledge of, the named insured in obtaining or continuing this policy, or in presenting a claim under this policy;

**(b)**  Upon discovery of willful or reckless acts or omissions on the part of the named insured which increase any hazard insured against;

**(c)**  Upon the occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

**(d)**  If there is a violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any insured property or the occupancy of such property which substantially increases any hazard insured against; or

**(e)**  If we are unable to reinsure the risk covered by the policy.

This can be done by letting you know at least 75 days before the date cancellation takes effect.

Item **5. Nonrenewal** is deleted and replaced by the following:

**5.  Nonrenewal.**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your address shown in the Declarations or last known to us, written notice at least 75 days before:

**1.**  The expiration date of the policy, for a policy written for a term of one year or less; or

**2.**  An anniversary date of the policy, for a policy written for a term of more than one year or for an indefinite term.

If we mail or deliver a renewal notice to you at least 30 days before the end of the policy period, stating the renewal premium and its due date, the policy will terminate without further notice unless the renewal premium is received by us or our authorized agent by the due date.

If this policy terminates because the renewal premium has not been received by the due date, we will, within 15 days, mail or deliver to you at your last known address a notice that the policy was not renewed and the date it was terminated.

Proof of mailing will be sufficient proof of notice.

The following paragraph is added to item **7. Our Right to Recover Payment:**

If we pay an innocent co-***insured*** for a loss caused by an act of domestic abuse, the rights of that ***insured*** to recover damages from the perpetrator of the abuse are transferred to us to the extent of our payment. That ***insured*** may not waive such rights to recover against the perpetrator of the domestic abuse.

All other provisions of this policy apply.

4229X

## PERSONAL PROPERTY REPLACEMENT COST

**1.   PROPERTY COVERED**

For an additional premium, we cover:

**a.**   personal property under Coverage C; and

**b.**   awnings, carpeting, domestic appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings

at *replacement cost* at the time of loss.

**2.   PROPERTY NOT COVERED**

The following property is not eligible for *replacement cost* settlement. Any loss shall be settled at *actual cash value* at the time of loss but not exceeding the amount necessary to repair or replace:

**a.**   antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced;

**b.**   memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value;

**c.**   personal property not maintained in good or workable condition;

**d.**   personal property that is outdated or obsolete and is stored or not being used;

**e.**   property not owned by any *insured;* and

**f.**   motorized land vehicles or earth moving or excavating equipment used to service the *residence premises.*

**3.   CONDITIONS**

**a.**   We will pay the full cost of repair or replacement, but not exceeding the smallest of the following amounts:

**(1)**   the limit of liability of this policy applicable to the damaged, destroyed or stolen property;

**(2)**   the *replacement cost* of the property or any part;

**(3)**   the full amount actually and necessarily incurred by the *insured* in repairing or replacing the property or any part;

**(4)**   the direct financial loss you incur; or

**(5)**   our pro rata share of any loss when divided with any other valid and collectible insurance applying to the covered property at the time of loss.

**b.**   We will pay the difference between *actual cash value* and *replacement cost* only after the damaged, destroyed or stolen property has actually been repaired or replaced.

**c.**   You may make a claim for loss on an *actual cash value* basis and then make a claim, within 180 days after loss, for any additional liability under *replacement cost,* after you have repaired or replaced the property.

All other provisions of this policy apply.

HOM-7301/EP 1/09

## EXTENDED DWELLING COVERAGE

For an additional premium, we will settle covered losses to the dwelling described in Coverage A up to the additional limit of liability shown in the Policy Declarations for **Extended Dwelling Coverage** provided you:

1. insure the dwelling to 100% of its *replacement cost* as agreed by us;

2. accept any yearly adjustments by us of Coverage A reflecting changes in the cost of construction for the area;

3. notify us of any addition or other remodeling which increases the *replacement cost* of the dwelling $5,000 or more within 180 days of the start of construction; and

4. repair or replace the damaged dwelling.

If you fail to comply with any of the above provisions, the limit of liability shown in the Policy Declarations for Coverage A shall apply.

From time to time we may make requests of you for updated dwelling information. If you fail to provide the information, or if we disagree on *replacement cost,* we may delete **Extended Dwelling Coverage** effective at policy renewal.

All other provisions of this policy apply.

HOM-7300/EP 1/09



## ESCAPE OF WATER FROM A SUMP, SUMP PUMP OR
## DRAIN ON THE RESIDENCE PREMISES (BUILDING AND CONTENTS)

1. To the extent coverage is provided by this **EXTENSION OF COVERAGE** and up to the **LIMIT OF LIABILITY** described below, **Section I — Building Property Losses We Do Not Cover, Water Damage, 10.d.** and **10.e.** do not apply (items **3.d.** and **3.e.** under **Section I — Personal Property Losses We Do Not Cover** for HOM-7040/EP, Renters Policy).

2. **EXTENSION OF COVERAGE**

   For an additional premium, we cover accidental direct physical loss to property covered under **Section I — Property Coverages** caused solely by water that escapes, overflows or discharges from a sump, sump pump, sump pump well or a drain or related plumbing appliance located on the *residence premises.*

   For purposes of coverage under this **EXTENSION OF COVERAGE,** a drain or related plumbing appliance does not include a roof drain, gutter, downspout or similar fixture or equipment.

3. **EXCLUSION**

   **THIS IS NOT FLOOD INSURANCE.**

   There shall be no coverage under this **EXTENSION OF COVERAGE** if water excluded under **Section I — Building Property Losses We Do Not Cover, Water Damage, 10.a., 10.b.** or **10.c.** (items **3.a., 3.b.** or **3.c.** under **Section I — Personal Property Losses We Do Not Cover** for HOM-7040/EP, Renters Policy):

   a. is concurrent with, in sequence with, or causes or contributes to the escape of water as described in this **EXTENSION OF COVERAGE,** and

   b. damages property covered under **Section I — Property Coverages** other than solely by escape, overflow or discharge from a sump, sump pump, sump pump well, or a drain or related plumbing appliance located on the *residence premises.*

4. **LIMIT OF LIABILITY**

   Our limit of liability for this **EXTENSION OF COVERAGE** shall be up to the amount shown in the Declarations for this **EXTENSION OF COVERAGE.**

5. **DEDUCTIBLE**

   We will pay only that part of the loss that exceeds the applicable deductible shown in the Policy Declarations.

All other provisions of this policy apply.

HOM-7311/EP 1/09



## REFRIGERATED SPOILAGE COVERAGE

**1.   PROPERTY COVERED**

For an additional premium, we cover up to $500 for any one loss to covered property stored in freezers or refrigerators on the ***residence premises*** for accidental direct physical loss caused by:

**a.**   the interruption of power or other utility service; or

**b.**   mechanical failure of the unit storing the property.

With respect to coverage under this endorsement, the exclusion **Power Interruption** in **Building Property Losses We Do Not Cover** or **Personal Property Losses We Do Not Cover,** does not apply.

**2.   LIMIT OF LIABILITY**

The limit of liability provided under this coverage shall not increase the limit of liability shown in the Policy Declarations applying to the damaged property.

**3.   DEDUCTIBLE**

There is no loss payable under this option unless the amount of loss exceeds $100. No more than $100 of the **Section I — Property Coverages** deductible stated in the Policy Declarations shall apply to items covered under this option.

All other provisions of this policy apply.

HOM-7305/EP 1/09




# IDENTITY RECOVERY COVERAGE

**ID THEFT CASE MANAGEMENT SERVICE AND EXPENSE REIMBURSEMENT**

Service and coverage under this endorsement applies to any *insured* as defined in this policy.

**DEFINITIONS**

The following definitions are added with respect to this endorsement only:

1. *"ID Recovery Case Manager"* means a person assigned by us to help an *insured* to recover control over his or her personal identity (ID). This help may include contacting authorities, credit bureaus, creditors and businesses. Such contacts will take place with the permission and cooperation of the *insured*.

2. *"ID Theft"* means the fraudulent use of the Social Security number or other method of identifying an *insured*. This includes the fraudulent use of the personal identity of an insured to establish credit accounts, secure loans, enter into contracts or commit crimes.

   *ID theft* does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

   *ID theft* does not include the unauthorized use of a valid credit card, credit account or bank account. However, *ID theft* does include the fraudulent alteration of account profile information, such as the address to which statements are sent.

3. *"ID Theft Expenses"* means any of the following when they are reasonable and necessary expenses that are incurred in the United States or Canada as a direct result of an ID theft.

   **a.** Costs for re-filing applications for loans, grants or other credit instruments.

   **b.** Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage.

   **c.** Costs for up to 12 credit reports from established credit bureaus dated within 12 months after discovery of the *ID theft.*

   **d.** Fees and expenses for an attorney approved by us for the following:

   **(1)** The defense of any civil suit brought against an *insured* by a creditor or entity acting on behalf of a creditor for non-payment of goods or services or default on a loan.

   **(2)** The removal of any civil judgment wrongfully entered against an *insured.*

   **e.** Actual lost wages of the *insured* for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

   **f.** Actual costs for supervision of children or elderly or infirm relatives or dependants of the *insured* during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the *insured.*

The following Additional Coverage is added under **Section I:**

**IDENTITY RECOVERY COVERAGE**

We will provide the Case Management Service and Expense Reimbursement Coverage indicated below if all of the following requirements are met.

1. There has been an *ID theft* involving the personal identity of an *insured* under this policy; and

2. Such *ID theft* is first discovered by the *insured* during the policy period for which this Identity Recovery coverage is applicable; and

3. Such ID *theft* is reported to us within 60 days after it is first discovered by you.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HOM-7307/EP 1/09                                                                                     Page 1 of 3

If all three of the requirements listed above have been met, then we will provide the following to the *insured:*

1. **Case Management Service**

   Services of an *ID recovery case manager* as needed to respond to the *ID theft.*

2. **Expense Reimbursement**

   Reimbursement of necessary and reasonable *ID theft expenses* incurred as a direct result of the *ID theft.*

This coverage is additional insurance.

## LIMITS

Case Management Service is available as needed for any one *ID theft* for up to 12 months in a row from the inception of the service. Expenses we incur to provide Case Management Service do not reduce the amount of limit available for Expense Reimbursement coverage.

Expense Reimbursement coverage is subject to a limit of $25,000 annual aggregate per *insured.* This limit is the most we will pay for the total of all loss or expense arising out of all *ID thefts* to any one *insured* which are first discovered by the *insured* during the present annual policy period. This limit applies regardless of the number of claims during that period.

An *ID theft* may be first discovered by the *insured* in one policy period and continue into other policy periods. If so, all loss and expense arising from such *ID theft* will be subject to the aggregate limit applicable to the policy period when the *ID theft* was first discovered by the *insured.*

Coverage for legal costs is found under item **d.** of the definition of *ID theft* expenses. Such legal costs are part of, and not in addition to, the Expense Reimbursement coverage limit.

Item **e.** Lost Wages and item **f.** Child and Elder Care Expenses of the definition of *ID theft expenses* are jointly subject to a sub-limit of $250 per day, not to exceed $5,000 in total. This sub-limit is part of, and not in addition to, the Expense Reimbursement coverage limit. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the *ID theft* by the *insured.*

## DEDUCTIBLE

Case Management Service is not subject to a deductible.

Expense Reimbursement coverage is subject to a deductible as shown on your Declarations page. You shall be responsible for only one deductible under this endorsement during any one policy period.

## EXCLUSIONS

The following additional exclusions apply to this coverage. These exclusions apply to both Case Management Service and Expense Reimbursement.

We do not cover loss or expense arising from any of the following.

1. The theft of a professional or business identity.

2. Any fraudulent, dishonest or criminal act by an *insured.* This includes any such act by a person aiding or abetting an *insured.* This also includes any such act by an authorized representative of an *insured.* In all these cases, it does not matter whether the individual is acting alone or in collusion with others.

3. Loss other than *ID theft expenses.* Account balances which arise out of fraudulent charges would be one example of loss other than *ID theft expenses.*

4. An *ID theft* first discovered by the *insured* prior to or after the period for which this coverage applies. This exclusion applies whether or not such *ID theft* began or continued during the period of coverage.

5. An *ID theft* that is not reported to us within 60 days after it is first discovered by the *insured.*

6. An *ID theft* that is not reported in writing to the police.

4234K

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CONDITIONS**

The following additional Conditions apply to this coverage.

**A.  Assistance and Claims**

If you have questions or need help, please call the **ID Recovery Help Line** at **1 (800) 631-9073.**

The **ID Recovery Help Line** is available to provide you with the following.

**1.**  Information on how to respond to a possible **ID theft.**

**2.**  Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an **insured** prior to a determination that a covered **identity theft** has occurred. Our provision of such services is not an admission of liability under the policy. We reserve the right to deny further coverage or service if, after investigation, we determine that a covered **identity theft** has not occurred.

As respects Expense Reimbursement Coverage, you must send to us receipts, bills or other records that support your claim for **ID theft expenses.** Such records must be sent to us within 60 days after our request.

**B.  Computer Security**

Each **insured** has the responsibility to use and maintain security for his or her computer system. This includes the use of personal firewalls and anti-virus software. This also includes the proper disposal of used hard drives.

**C.  Services**

The following conditions apply as respects any services provided by us or our designees to you or any **insured** under this endorsement.

**1.**  Our ability to provide helpful services in the event of an **ID theft** depends on your cooperation, permission and assistance.

**2.**  All services may not be available or applicable to all individuals. For example, **insureds** who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**3.**  We do not warrant that our services will end or solve all problems associated with an **ID theft.** We do not warrant that our services will prevent future **ID thefts.**

All other provisions of this policy apply.



## WINDSTORM OR HAIL DEDUCTIBLE

We will pay only that part of the total applicable loss for all **SECTION I — PROPERTY COVERAGES** that exceeds the windstorm or hail deductible stated on the Declarations. This deductible applies in the event of direct physical loss to property covered under this policy caused directly or indirectly by windstorm or hail. Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to direct physical loss caused by windstorm or hail.

All other provisions of this policy apply.

HOM-7230/EP 1/09







This policy is signed on our behalf by our President and Secretary.



Timothy M. Sweeney
President

Dexter Legg
Vice President and Secretary

This policy includes copyrighted material of Insurance
Services Office, Inc. with its permission.

HOM-7232/EP 1/09
G3





## KENTUCKY POLICY COVER SHEET

**Your policy is a legal contract between you and us. PLEASE READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company. **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

## MAJOR POLICY PROVISIONS

The persons and property covered under this policy are listed in the Declarations. The coverages and limits of liability which apply are also listed in the Declarations.

SECTION I

A. **Building Property We Cover**
   1. Dwelling
   2. Other Structures
B. **Building Property We Do Not Cover**
C. **Building Property Losses We Cover**
D. **Building Property Losses We Do Not Cover**
E. **Personal Property We Cover**
F. **Personal Property We Do Not Cover**
G. **Personal Property Losses We Cover**
H. **Personal Property Losses We Do Not Cover**
I. **Additional Living Expense and Loss of Rent**
J. **Additional Property Coverages**
   1. Debris Removal
   2. Reasonable Repairs
   3. Trees, Shrubs and Other Plants
   4. Fire Department Service Charge
   5. Property Removed
   6. Land Stabilization
   7. Building Ordinance or Law Coverage
   8. Arson Reward
   9. Household Products Coverage
   10. Fungi, Wet or Dry Rot, or Bacteria
   11. Collapse
   12. Volunteer America
   13. Criminal Conviction Reward
K. **Property Conditions**
   1. Deductible
   2. Your Duties to Select and Maintain Policy Limits
   3. An Insured's Duties After Loss



HOM-7234/KYEP 9/12
G1

4.   Insurable Interest and Limit of Liability

5.   Loss Settlement

6.   Loss to a Pair or Set

7.   Appraisal

8.   Suit Against Us

9.   Our Option

10.  Loss Payment

11.  Abandonment of Property

12.  Mortgage Clause

13.  No Benefit to Bailee

14.  Other Insurance and Service Agreements

15.  Recovered Property

16.  Salvage Value

**SECTION II**

**A.   Liability Losses We Cover**

1.   Personal Liability

2.   Medical Payments to Others

**B.   Liability Losses We Do Not Cover**

**C.   Additional Liability Coverages**

1.   Claim Expenses

2.   First Aid Expenses

3.   Damage to Property of Others

4.   Credit Card, Fund Transfer Card, Forgery and Counterfeit Money

5.   Statutorily Imposed Vicarious Parental Liability

6.   Loss Assessment

7.   Volunteer America

**D.   Liability Conditions**

1.   Limit of Liability

2.   Severability of Insurance

3.   Your Duties After Loss

4.   Duties of an Injured Person

5.   Payment of Claim

6.   Payment of Interest

7.   Suit Against Us

8.   Bankruptcy of an Insured

9.   Other Insurance

**SECTION I AND II CONDITIONS**

1.   Policy Period and Changes

2.   Concealment or Fraud




4238K

HOM-7234/KYEP 9/12

3. Liberalization Clause

4. Cancellation

5. Nonrenewal

6. Assignment

7. Our Right to Recover Payment

8. Death

This policy may be terminated for any of the following reasons:

1. When you do not pay the premium.

2. When the policy has been in effect for less than 60 days, we may cancel for any reason.

3. After the policy has been in effect for 60 days, we will cancel only for:

   a. material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

   b. if the risk has changed substantially since the policy was issued.

**Policy Definitions**

## MANDATORY FORMS

The following Mandatory Form(s) are attached to your policy:

1. **Special Provisions**

## OPTIONAL COVERAGES

The following Optional Coverages are available:

1. Extended Dwelling Coverage

2. Personal Property Replacement Cost

3. Scheduled Personal Property

4. Refrigerated Spoilage Coverage

5. Equipment Breakdown

6. ID Recovery Coverage

7. Earthquake Coverage

8. Mine Subsidence Coverage Endorsement

9. Special Personal Property Coverage

10. Theft of Building Materials

11. Landlord's Furnishings Coverage

12. Landlord's Furnishing Coverage (Scheduled Personal Property)

13. Escape of Water from Sewer/Sump (Building/Contents)

14. Escape of Water from Sewer/Sump (Building Plus)

15. Short Term Vacancy Coverage

16. Actual Cash Value on Roof Surfacing Repair or Replacement for Windstorm or Hail Losses.



## Package Endorsements

1.  Home Business Package
2.  Valuable Articles Coverage
3.  Incidental Farming Package

## Other Policy Forms

1.  Windstorm or Hail Deductible
2.  Additional Interest





# Ask yourself: Do you have enough insurance coverage?

**How much would it take to reconstruct your home?**

Surprisingly, it has been estimated that 58% of American homes are underinsured by an average of 21%*. Make sure yours isn't one of them.

Each home is unique. You know your home best. It's your responsibility to make sure you're "fully insured" and "insured to value." That means you need to have enough insurance coverage to rebuild your home and replace all of your personal belongings in the event of total loss.

**How can you determine your needs? Ask yourself the questions below. If you need help answering them, call your agent and discuss your insurance needs with them.**

They will assist you in determining how much insurance would be needed to fully protect your home and belongings.

**How much would it take to reconstruct your home at today's prices?**
Things to consider:
- Your home's age (older homes tend to be more expensive to reconstruct) and style (contemporary, colonial, ranch, etc.)
- Features — fireplaces, cabinetry, built-in features, vaulted ceilings
- Flooring — hardwood, tile, natural stone, carpeting
- Finishes — crown molding, window and floor trim, faux paint, wall paper, wainscoting, chair rails, staircases, etc.
- Recent improvements you may have made (remodeled bathroom or kitchen, recessed lighting, built-in cabinets)
- A basement you may have finished or a room you may have added

**How much is enough to replace the structures surrounding your home at today's prices?**
Things to consider:
- Your fence, detached garage, gazebo, barn or storage shed
- If you have an in-ground swimming pool or just repaved your driveway or sidewalk

**What would it take to replace your personal belongings at today's prices?**
Things to consider:
- All your basics (furniture, rugs, linens, kitchenware, tools) and every electronic gadget
- Your entire wardrobe, your jewelry, medicines and personal effects
- Have you made any big purchases lately?
- If you have a garage full of tools, are passionate about the latest gadgets or collect just about anything, you should seriously consider getting more personal belongings coverage than the standard policy provides.

*© 2008 Marshall & Swift / Boeckh, LLC and its licensors. All rights reserved. Used with permission.

# Let's make sure you're "fully insured."

Your agent uses replacement cost estimation tools to establish a starting point for your insurance coverage. But you know your home best. And we look to you to give your agent the most complete, up-to-date information in order to protect your home and lifestyle. Here are two quick things you can do today:

1. **Look critically at your coverage statement page (also known as the policy declarations page, which comes after the opening letter in this package).** Do you believe you have enough Coverage A? (This is the amount you'd get for reconstruction of an as-close-as-possible replica of your home in the event of total loss.) If you're not sure, call your agent for help.

2. **Take inventory.** Compare the value of your personal belongings to the Coverage C amount on your coverage statement page. Safeco has created a form that can help you get started. You'll find it at **Safeco.com/homeinventory.**

**It's important to know: your home's market value is totally different from what it would cost to reconstruct.** Today's market value reflects economic conditions, taxes, school districts, the market value of land and many other factors that have nothing to do with how much it would cost to reconstruct your home from scratch.

Reconstruction cost — the amount needed to get you back home quickly — is based almost exclusively on the cost of materials and labor as well as demand for contractor services. In the event of total loss, a properly insured Safeco policyholder can rebuild with the same quality of materials and workmanship in their current home (unless a functional replacement cost policy was deliberately selected). Of course, we hope you'll never need these services. But we'll all sleep better knowing you're fully insured.

Thank you for trusting Safeco with your home insurance needs.



4240X

## Information about your Policy

Policy Number: ███████3617

DALE ROMANS
TAMMY FOX
PO BOX 21428
LOUISVILLE KY  40221-0428

Like many insurance companies, Safeco Insurance considers many factors, including information based on your credit history, to determine your premium. You have the option to request that we re-evaluate your insurance policy using current credit information. If you request that we update your credit information, it may result in a quoted premium either higher or lower than your current premium. To submit a request, return this form to Safeco Insurance, Attn: Policy Support, P.O. Box 515097, Los Angeles, CA 90051-5097 or fax it to (877) 344-5107. You may submit a request once every 12 months or as otherwise permitted by law. Any changes will be applied at your next renewal.

By returning this form, you request Safeco Insurance to re-evaluate your policy based on your current credit information.

CN-7402/EP 8/15
G1

